| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF IDAHO |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Idaho Health Data Exchange, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-3249732** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **950 W. Bannock Street Suite 1147 Boise, ID 83702** Number, Street, City, State & ZIP Code | **PO Box 190983 Boise, ID 83719** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ada** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://idahohde.org/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5182_

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

Debtor    **Idaho Health Data Exchange, Inc.**                                        Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | Relationship _____ | |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

    ■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
         Name

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2022**
MM / DD / YYYY

**X** **/s/ Jesse Meldru**                               **Jesse Meldru**
Signature of authorized representative of debtor        Printed name

Title   **Director of Finance**

---

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen**          Date   **August 11, 2022**
Signature of attorney for debtor                 MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**Johnson May**
Firm name

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone   **208-384-8588**   Email address   **info@johnsonmaylaw.com**

**7213 ID**
Bar number and State

## Idaho Health Data Exchange, Inc.

August 11, 2022

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the Board of Directors of Idaho Health Data Exchange, Inc. (the "Company"), having complied with all operable provisions of the Company Articles and Bylaws; and

WHEREAS, the Board of Directors having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company and having met as a board (with officers of the Company) on August 2, 2022; and

WHEREAS, it appearing in the business judgment of the board that the Company should be reorganized under the supervision of the U.S. Bankruptcy Court, it was voted and approved by the board that

1. The Company initiate a new case under Chapter 11 of the Bankruptcy Code;

2. That Jesse Meldru, as Director of Finance, is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Jesse Meldru appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code;

3. That the Company is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of JOHNSON MAY, to represent the Company in its case under the Bankruptcy Code upon such compensation agreement as may seem in the discretion of the Company to be appropriate.

DATED this 11th day of August, 2022.


By: Michael Ide, Chairman of the Board


Attested by:
Dick Armstrong, Secretary

**Idaho Health Data Exchange, Inc.**

August 11, 2022

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the Board of Directors of Idaho Health Data Exchange, Inc. (the "Company"), having complied with all operable provisions of the Company Articles and Bylaws; and

WHEREAS, the Board of Directors having received and reviewed reports and/or information furnished to them concerning the financial condition of the Company and having met as a board (with officers of the Company) on August 2, 2022; and

WHEREAS, it appearing in the business judgment of the board that the Company should be reorganized under the supervision of the U.S. Bankruptcy Court, it was voted and approved by the board that

1. The Company initiate a new case under Chapter 11 of the Bankruptcy Code;

2. That Jesse Meldru, as Director of Finance, is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Jesse Meldru appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code;

3. That the Company is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of JOHNSON MAY, to represent the Company in its case under the Bankruptcy Code upon such compensation agreement as may seem in the discretion of the Company to be appropriate.

DATED this 11th day of August, 2022.


By: Michael Ide, Chairman of the Board

Attested by:
Dick Armstrong, Secretary

**Fill in this information to identify the case:**

Debtor name __**Idaho Health Data Exchange, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**August 11, 2022**__        X */s/ Jesse Meldru*
_____        Signature of individual signing on behalf of debtor

**Jesse Meldru**
Printed name

**Director of Finance**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Idaho Health Data Exchange, Inc.** | |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** | |
| Case number (if known): | _____ | ☐ Check if this is an<br><br>amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4medica, Inc.**<br>**13160 Mindano Way #350**<br>**Marina Del Rey, CA 90292** | | **Healthcare Data Solutions** | | | | **$45,000.00** |
| **Amazon Web Services**<br>**Dept 3747**<br>**PO Box 123747**<br>**Dallas, TX 75312-3747** | | **Internet Services** | | | | **$3,418.06** |
| **Briljent LLC**<br>**7615 W Jefferson Blvd**<br>**Fort Wayne, IN 46804** | | **Health Information Solutions** | | | | **$15,500.00** |
| **C2 Consulting Incorporated**<br>**24115 Hunters Trail Lane**<br>**Vienna, VA 20105** | | **Consulting** | | | | **$80,000.00** |
| **Capitol Health Associates**<br>**400 N Capitol St NW Ste 585**<br>**Washington, DC 20001** | | **Management Services** | | | | **$202,421.04** |
| **Cureous Innovations, Inc.**<br>**Portland Hall, Suite 230**<br>**60 Pineland Drive**<br>**New Gloucester, ME 04260** | | **Software services** | **Unliquidated Disputed** | | | **$788,544.00** |
| **Health System Transformation**<br>**5500 Mountain Road**<br>**Stowe, VT 05672** | | **Vendor** | | | | **$78,252.34** |

| Debtor | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KPI Ninja 2900 S 70th Street Lincoln, NE 68506** | | **Health Information Exchange** | | | | **$213,000.00** |
| **Orion Health 7350 E Evans Road Ste. C-100 Scottsdale, AZ 85260** | | **Software Agreement Data Manager - Promissory Note obligation** | | | | **$2,171,294.37** |
| **Orion Health 7350 E Evans Road Ste. C-100 Scottsdale, AZ 85260** | | **Software Agreement Data Management - project fees** | | | | **$135,955.00** |
| **Paramount Consulting Solutio dba Para-Solve PO Box 1827 Minden, NV 89423** | | **Consulting and Operations Contract** | | | | **$71,368.35** |
| **PointCare LLC 1299 Newell Hill Place Walnut Creek, CA 94596** | | **Vendor** | | | | **$80,330.00** |
| **Primus Policy Group 619 E Bonita Canyon Street Meridian, ID 83646** | | **Lobbying** | | | | **$5,000.00** |
| **SPUR Catalyst, Inc. 7941 Ravenna Road Hudson, OH 44236** | | **Promissory Note** | **Unliquidated Disputed** | | | **$331,310.96** |

**Fill in this information to identify the case:**

Debtor name __**Idaho Health Data Exchange, Inc.**__

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................   $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $ _____**1,176,674.66**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $ _____**1,176,674.66**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____**0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____**4,221,394.12**

4.   Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b                                                                                $ _____**4,221,394.12**

| Fill in this information to identify the case: |
|---|

Debtor name     **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citi** | **Business Checking** | **7677** | $216,385.00 |
| 3.2. | **Citi** | **Business Checking** | **7685** | $0.00 |
| 3.3. | **Wells Fargo** | **Brokerage** | **0152** | $456.34 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Undeposited Checks** | $156,724.75 |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $373,566.09 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Debtor    **Idaho Health Data Exchange, Inc.**                                    Case number *(If known)* _____
              Name

7.    **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.    **Rental Deposit for Office Space** _____    **$2,058.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.    **D & O, EPL & Cyber Insurance** _____    **$56,741.00**

9.    **Total of Part 2.**                                                              | **$58,799.00** |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

        11a. 90 days old or less:    **683,942.50** - **0.00** = ....    **$683,942.50**
                                              face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:    **49,369.07** - **0.00** = ....    **$49,369.07**
                                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              | **$733,311.57** |
        Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc small office furniture** | $0.00 | | $5,532.00 |
| 40. | **Office fixtures**<br>**Misc small office equipment** | $0.00 | | $5,466.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $10,998.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Lease of 950 W. Bannock Street, Boise, ID 83702** | **Lease Interest only** | **Unknown** | | **Unknown** |

Debtor    **Idaho Health Data Exchange, Inc.**                    Case number *(If known)* _____
_____
Name

56.  **Total of Part 9.**                                                                 | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites https://idahohde.org/ https://www.ihdeportal.org/concerto/Login.htm** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property HIE database (software portal to access aggregated patient records and information)** | $0.00 | | Unknown |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                 | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Idaho Health Data Exchange, Inc.** _____    Case number *(If known)* _____
         Name

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Idaho Health Data Exchange, Inc.**                         Case number *(If known)* _____
                  Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $373,566.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,799.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $733,311.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,998.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,176,674.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,176,674.66 |

**Fill in this information to identify the case:**

Debtor name    **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

---

**3.1** Nonpriority creditor's name and mailing address

**4medica, Inc.**
**13160 Mindano Way #350**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Healthcare Data Solutions

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Amazon Web Services**
**Dept 3747**
**PO Box 123747**
**Dallas, TX 75312-3747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet Services

Is the claim subject to offset? ■ No  ☐ Yes

**$3,418.06**

---

**3.3** Nonpriority creditor's name and mailing address

**Briljent LLC**
**7615 W Jefferson Blvd**
**Fort Wayne, IN 46804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Health Information Solutions

Is the claim subject to offset? ■ No  ☐ Yes

**$15,500.00**

---

**3.4** Nonpriority creditor's name and mailing address

**C2 Consulting Incorporated**
**24115 Hunters Trail Lane**
**Vienna, VA 20105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consulting

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202,421.04**

**Capitol Health Associates**
**400 N Capitol St NW Ste 585**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2019**

Last 4 digits of account number __

Basis for the claim:  **Management Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$788,544.00**

**Cureous Innovations, Inc.**
**Portland Hall, Suite 230**
**60 Pineland Drive**
**New Gloucester, ME 04260**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

Basis for the claim:  **Software services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,252.34**

**Health System Transformation**
**5500 Mountain Road**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213,000.00**

**KPI Ninja**
**2900 S 70th Street**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Health Information Exchange**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135,955.00**

**Orion Health**
**7350 E Evans Road Ste. C-100**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Software Agreement Data Management - project fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,171,294.37**

**Orion Health**
**7350 E Evans Road Ste. C-100**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Software Agreement Data Manager - Promissory Note obligation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,368.35**

**Paramount Consulting Solutio**
**dba Para-Solve**
**PO Box 1827**
**Minden, NV 89423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2021**

Last 4 digits of account number __

Basis for the claim:  **Consulting and Operations Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,330.00** |
|---|---|---|---|
| | **PointCare LLC**<br>**1299 Newell Hill Place**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Primus Policy Group**<br>**619 E Bonita Canyon Street**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2022__ | Basis for the claim: __Lobbying__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331,310.96** |
|---|---|---|---|
| | **SPUR Catalyst, Inc.**<br>**7941 Ravenna Road**<br>**Hudson, OH 44236** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __4/1/2021__ | Basis for the claim: __Promissory Note__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **4medica, Inc.**<br>**c/o CT Corporation System**<br>**330 N. Brand Blvd., Ste 700**<br>**Glendale, CA 91203** | Line __3.1__<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Jaclyn T. Gans**<br>**Elam & Burke**<br>**251 E.Front St., Ste. 300**<br>**Boise, ID 83702** | Line __3.14__<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Nicole C. Hancock**<br>**Stoel Rives LLP**<br>**101 S. Capitol Blvd, #1900**<br>**Boise, ID 83702** | Line __3.6__<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Paramount Consulting Solutio**<br>**dba Para-Solve**<br>**1894 E William St #4-316**<br>**Carson City, NV 89701** | Line __3.11__<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Pointcare, Inc.**<br>**c/o Dean Westly**<br>**51 E Campbell Ave 109A**<br>**Campbell, CA 95008** | Line __3.12__<br>☐ Not listed. Explain ___ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Idaho Health Data Exchange, Inc.**

      Name

Case number (if known)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,221,394.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,221,394.12 |

**Fill in this information to identify the case:**

Debtor name      **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Clinical Portal Access** | |
| State the term remaining | **Ada Pediatrics PA**<br>**650 N. Cole Road**<br>**Boise, ID 83704** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Clinical Portal Access** | |
| State the term remaining | **Advanced Family Medicine**<br>**943 N Linder Road**<br>**Kuna, ID 83634** |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Clinical Portal Access** | |
| State the term remaining | **All Care Health Solutions**<br>**815 S Bridgeway Pl, #122**<br>**Eagle, ID 83616** |
| List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **Clinical Portal Access** | |
| State the term remaining | **All Seasons Mental Health**<br>**6933 W Emerald St**<br>**Boise, ID 83704** |
| List the contract number of any government contract | |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
   First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alliance Concierge Care**<br>**5995 W State St., Ste. A**<br>**Boise, ID 83703** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Appleton Clinics Idaho**<br>**2025 E Riverside Dr #160**<br>**Eagle, ID 83616** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arbor Valley of Cascadia**<br>**8211 Ustick Road**<br>**Boise, ID 83704** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arbor Valley of Cascadia**<br>**8211 Ustick Road**<br>**Boise, ID 83704** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ashton Memorial Inc.**<br>**23 S 8th Street**<br>**Ashton, ID 83420** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Aspen Transitional Rehab**<br>**2867 E Copper Point Dr**<br>**Meridian, ID 83642** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Bear Lake Community Health 152 South 4th Street Montpelier, ID 83254** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Support contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Blue Cross of ID 3000 E Pine Avenue Meridian, ID 83642** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Boise ENT 8854 W Emerald St., #150 Boise, ID 83704** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Boise Family Medicine 10798 W Overland Road Boise, ID 83709** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Boise Kidney & Hypertension 3525 E Louise Ste 100 Meridian, ID 83642** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                              Case number (*if known*) _____
         First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    **Boise Valley Asthma Allergy**
**901 N Curtis Ste 100**
**Boise, ID 83706**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest    **Hospital user license**

State the term remaining

List the contract number of any government contract    **Bonner General Hospital**
**520 N. Third Ave**
**Sandpoint, ID 83864**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    **Borron Family Medicine**
**790 W Ustick Road #110**
**Meridian, ID 83646**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    **Cancer Data Registry Idaho**
**615 N 7th Street**
**Boise, ID 83702**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    **Capital Surgical Associates**
**8854 W Emerald Ste 140**
**Boise, ID 83704**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining    **Cascade Medical Center**
**402 Lake Cascade Parkway**
**Cascade, ID 83611**

---

Debtor 1   **Idaho Health Data Exchange, Inc.**                                        Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Cascadia of Boise**<br>**6000 W Denton Street**<br>**Boise, ID 83704** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Catalyst Medical Group**<br>**2315 8th St**<br>**Lewiston, ID 83501** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Center for Colonrectal Care**<br>**333 N 1st St Ste. 130**<br>**Boise, ID 83702** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Client Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Central District Health Dept**<br>**707 N Armstrong Place**<br>**Boise, ID 83704** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Challis Area Health Center**<br>**PO Box 980**<br>**Challis, ID 83226** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **CHAS Health Administration**<br>**611 N Iron Bridge Way**<br>**Spokane, WA 99202** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Cherry Heights Family Medica**<br>**1560 N Crestmont Dr Ste A**<br>**Meridian, ID 83642** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Gastroenterology**<br>**2517 17th St, Ste. B**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Medical Clinic**<br>**1522 17th Street**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Coeur d' Alene Arthritis**<br>**950 W Ironwood Dr**<br>**Coeur D Alene, ID 83814** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Coeur d' Alene Pediatrics**<br>**700 W Ironwood Dr., Ste. 155**<br>**Coeur D Alene, ID 83814** |

Debtor 1  **Idaho Health Data Exchange, Inc.**                                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Community Family Client** |
| | List the contract number of any government contract  _____ | | **2100 Alan Street** **Idaho Falls, ID 83404** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Community Tissue Services** |
| | List the contract number of any government contract  _____ | | **5525 N Glenwood Street** **Garden City, ID 83714** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Complete Family Care** |
| | List the contract number of any government contract  _____ | | **10 Madison Professional** **Rexburg, ID 83440** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Complete Hospice Care** |
| | List the contract number of any government contract  _____ | | **250 W Bobwhie Ct., #130** **Boise, ID 83706** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Creekside Transitional Care** |
| | List the contract number of any government contract  _____ | | **1351 W Pine Ave** **Meridian, ID 83642** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Crossover Health** |
| | List the contract number of any government contract | | **8000 S Federal Way MS 1-706** |
| | | | **Boise, ID 83716** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **D & G Medical Associates** |
| | List the contract number of any government contract | | **39 W Pine St., Ste. B20** |
| | | | **Meridian, ID 83642** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Darin L Weyhrich MD** |
| | List the contract number of any government contract | | **222 N 2nd St., Ste. 206** |
| | | | **Boise, ID 83702** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Davis Family Medicine** |
| | List the contract number of any government contract | | **222 N 2nd St., Ste. 204** |
| | | | **Boise, ID 83702** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **DaVita Dialysis** |
| | List the contract number of any government contract | | **1055 N Curtis Road** |
| | | | **Boise, ID 83706** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Dept of Veterans Affairs** |
| | | | **PO Box 149971** |
| | | | **Austin, TX 78714-9971** |

Debtor 1  **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
       First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Digestive Health Clinic**<br>**6259 Emerald Street**<br>**Boise, ID 83704** |

| | | |
|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Doctors House Calls**<br>**1552 N Crestmont Dr., Ste. B**<br>**Meridian, ID 83642** |

| | | |
|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Eagle Family Health**<br>**445 S Fitness Pl, Ste 130**<br>**Eagle, ID 83616** |

| | | |
|---|---|---|
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **East to West Family Medicine**<br>**5537 N Glenwood St., Ste. A**<br>**Garden City, ID 83714** |

| | | |
|---|---|---|
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Elite Home Health & Hospice**<br>**1370 Bridge Street**<br>**Clarkston, WA 99403** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number *(if known)* _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.49.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    **Clinical Portal Access**

**Family First Medical Center
3820 Crestwood Lane
Idaho Falls, ID 83404**

**2.50.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    **Clinical Portal Access**

**Family Health Associates PA
914 Ironwood Dr., Ste. 801
Coeur D Alene, ID 83814**

**2.51.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    **Clinical Portal Access**

**Family Health Center
606 N 3rd Ave Ste 101
Sandpoint, ID 83864**

**2.52.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    **Clinical Portal Access**

**Family Health Services
794 Eastland Dr.
Twin Falls, ID 83301**

**2.53.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    **Clinical Portal Access**

**Finding Home Medical Service
55 W Willowbrook Dr #103
Meridian, ID 83646**

**2.54.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining    **Clinical Portal Access**

**First Choice Home & Health
12345 W Overland Rd, Ste 100
Boise, ID 83709-0021**

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Firth Medical Center**<br>**114 S Main Street**<br>**Firth, ID 83236** |

| | | |
|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Glenns Ferry Health Center**<br>**PO Box 266**<br>**Glenns Ferry, ID 83623** |

| | | |
|---|---|---|
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Gritman Medical Center**<br>**700 S. Main St.**<br>**Moscow, ID 83843** |

| | | |
|---|---|---|
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Health West**<br>**PO Box 2377**<br>**Pocatello, ID 83206** |

| | | |
|---|---|---|
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Healthy Living at Home Boise**<br>**2950 E Magic View Drive**<br>**Meridian, ID 83642** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                              Case number (*if known*) _____
           First Name         Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Heart n Home Hospice** |
| | List the contract number of any government contract | | **1107 NW 11th Street** |
| | | | **Fruitland, ID 83619** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Heritage Health** |
| | List the contract number of any government contract | | **PO Box 1387** |
| | | | **Hayden, ID 83835** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Hollingshead Eye Center** |
| | List the contract number of any government contract | | **360 E Mallard Dr. #110** |
| | | | **Boise, ID 83706** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Home Health** |
| | List the contract number of any government contract | | **63 W Willowbrook Drive** |
| | | | **Meridian, ID 83646** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Humphrey Shoulder Clinic** |
| | List the contract number of any government contract | | **3381 W Bavaria Street** |
| | | | **Eagle, ID 83616** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Air National Guard** |
| | | | **3315 W Aeronca Street** |
| | | | **Boise, ID 83705** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                          Case number (*if known*) _____
　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | **Idaho Army National Guard** **4228 W Guard Street** **Boise, ID 83704** |
| | List the contract number of any government contract _____ | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | **Idaho Arthritis Center** **3277 E Louise Dr., Ste. 350** **Meridian, ID 83642** |
| | List the contract number of any government contract _____ | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | **Idaho Bariatric & Metabolic** **2960 E St Luke's Street** **Meridian, ID 83642** |
| | List the contract number of any government contract _____ | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Support Contract | |
|---|---|---|---|
| | State the term remaining | | **Idaho Dept of Health & Wel.** **3232 Elder St.** **Boise, ID 83705** |
| | List the contract number of any government contract _____ | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | **Idaho Falls Pediatrics** **2375 Coronado Street** **Idaho Falls, ID 83404** |
| | List the contract number of any government contract _____ | | |

Debtor 1    **Idaho Health Data Exchange, Inc.**
First Name          Middle Name          Last Name          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract | **Idaho Gastroenterology Assoc**<br>**425 W Bannock**<br>**Boise, ID 83702** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract | **Idaho Hand Center**<br>**901 N Curtis Rd, Ste. 304**<br>**Boise, ID 83706** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract | **Idaho Lions Eye Center**<br>**1090 N Cole Road**<br>**Boise, ID 83704** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract | **Idaho Physical Medicine**<br>**PO Box 1128**<br>**Boise, ID 83701** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Client Portal Access** |
| | State the term remaining | |
| | List the contract number of any government contract | **Idaho Primary Care Assoc**<br>**1087 W River St, Ste. 160**<br>**Boise, ID 83702** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| | State the term remaining | **Idaho Urologic Institute**<br>**2855 E. Magic View Dr.**<br>**Meridian, ID 83642-6245** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                Case number *(if known)* _____

First Name            Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Independent Doctors of ID**<br>**8854 W Emerald #180**<br>**Boise, ID 83709** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Initial Point Family Medicin**<br>**2640 S Eagle Road**<br>**Meridian, ID 83642** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Intermountain Medical Imagin**<br>**2929 E Magiv View Drive**<br>**Meridian, ID 83642** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Ironwood Family Practice**<br>**920 Ironwood Drive, Ste. 101**<br>**Coeur D Alene, ID 83814** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Kaniksu Health Services**<br>**PO Box 2160**<br>**Sandpoint, ID 83864** |

| Debtor 1 | Idaho Health Data Exchange, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Kaylor Family Medicine** |
| | List the contract number of any government contract | | **2536 N Stokesberry Place Meridian, ID 83646** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Keystone Health Care LLC** |
| | List the contract number of any government contract | | **21 N Fisher Park Way Eagle, ID 83616** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** | |
|---|---|---|---|
| | State the term remaining | | **Kootenai Medical Center** |
| | List the contract number of any government contract | | **2003 Kootenai Health Way Coeur D Alene, ID 83814** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Data Supplier License contract** | |
|---|---|---|---|
| | State the term remaining | | **LabCorp** |
| | List the contract number of any government contract | | **PO Box 2280 Burlington, NC 27215** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Lakeside Pediatrics & Adoles** |
| | List the contract number of any government contract | | **980 W Ironwood Dr Ste 302 Coeur D Alene, ID 83814** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Legacy Navigation** |
| | | | **2433 Julie Lane Payette, ID 83661** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                                    Case number *(if known)* _____
        First Name        Middle Name        Last Name

███   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract     _____ | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract     _____ | | **Lighthouse Hospice**<br>**2667 E Gala Court #110**<br>**Meridian, ID 83642** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract     _____ | | **Locust Grove Womens Health**<br>**2036 N Cole Road**<br>**Boise, ID 83704** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract     _____ | | **Lost Rivers Rural Health**<br>**PO Box 145**<br>**Arco, ID 83213** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract     _____ | | **Mangum Primary Care**<br>**3046 S Bown Way**<br>**Boise, ID 83706** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract     _____ | | **Marimn Health**<br>**PO Box 388**<br>**Plummer, ID 83851** |

Debtor 1  **Idaho Health Data Exchange, Inc.**
First Name          Middle Name          Last Name                              Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Matrix Regenerative Medicine** |
| | List the contract number of any government contract | _____ | **3090 E. Gentry Way #220**<br>**Meridian, ID 83642** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Meridian Family Medicine** |
| | List the contract number of any government contract | _____ | **1525 East Leighfield Dr**<br>**Suite 150**<br>**Meridian, ID 83646** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Meridian Pediatrics** |
| | List the contract number of any government contract | _____ | **3653 N Locust Grove Road**<br>**Meridian, ID 83646** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Millennium Surgery Center** |
| | List the contract number of any government contract | _____ | **1828 Millenium Way #100**<br>**Meridian, ID 83642** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Morgan Family Center** |
| | List the contract number of any government contract | _____ | **2541 N Stokesberry Pl #100**<br>**Meridian, ID 83646** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Moscow Medical PA**<br>**213 N Main Street**<br>**Moscow, ID 83843** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                              Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Mountain Home AFB Medical** <br> **90 Hospital Drive Bldg 6000** <br> **Mountain Home A F B, ID 83648** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Mountain Mobile Medicine** <br> **186 N Main Street #931** <br> **Donnelly, ID 83615** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Mountain States Hand Clinic** <br> **8854 W Emerald Ste. 170** <br> **Boise, ID 83704** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Mountain View Hospital** <br> **2325 Coronado Street** <br> **Idaho Falls, ID 83404** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **North Canyon Medical Center** <br> **267 North Canyon Drive** <br> **Gooding, ID 83330** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **NW Occupational Medicine** |
| | List the contract number of any government contract | | **6140 W Curtisan #400** |
| | | | **Boise, ID 83704** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **OBGYN Associates** |
| | List the contract number of any government contract | | **3520 E. Louise Dr.** |
| | | | **Meridian, ID 83642** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Option Care Enterprises** |
| | List the contract number of any government contract | | **800 S Industry Way Ste 240** |
| | | | **Meridian, ID 83642** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Oster Medical Group** |
| | List the contract number of any government contract | | **403 S 11th St, Ste. 310** |
| | | | **Boise, ID 83702** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Data Supplier License contract** | |
| | State the term remaining | | **Pathologists Reg. Lab.** |
| | List the contract number of any government contract | | **PO Box 956** |
| | | | **Lewiston, ID 83501** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Phoenix Radiology PLLC** |
| | | | **531 4th Ave** |
| | | | **Lewiston, ID 83501** |

Debtor 1  **Idaho Health Data Exchange, Inc.**                                              Case number *(if known)* _____
           First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Physicians Immediate Care**<br>**134 W Chubbuck Road**<br>**Pocatello, ID 83202** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Pocatello Children's Clinic**<br>**1151 Hospital Way, Bldg F**<br>**Pocatello, ID 83201** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Client Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Primary Health Medical Group**<br>**PO Box 191050**<br>**Boise, ID 83719** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Progressive Nursing Services**<br>**1514 Shoshone Street**<br>**Boise, ID 83705** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Support contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Regence BlueShield of ID**<br>**PO Box 5068**<br>**Portland, OR 97208** |

| Debtor 1 | Idaho Health Data Exchange, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Space at $1,029 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires May 31, 2023** | **Regus Management Group** |
| | List the contract number of any government contract | | **950 W Bannock St, Ste 1100** |
| | | | **Boise, ID 83702** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Rindfleisch Family Practice** |
| | List the contract number of any government contract | | **3155 Channing Way Ste. A** |
| | | | **Idaho Falls, ID 83404** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Rocky Mtn Diabetes & Osteo** |
| | List the contract number of any government contract | | **3910 Washington Parkway** |
| | | | **Idaho Falls, ID 83404** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sandpoint Family Medicine** |
| | List the contract number of any government contract | | **302 South First Ave** |
| | | | **Sandpoint, ID 83864** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sara A Berg MD** |
| | List the contract number of any government contract | | **1623 5th St., Ste. A** |
| | | | **Clarkston, WA 99403** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sawtooth Family Medicine** |
| | | | **2320 E Gala St #400** |
| | | | **Meridian, ID 83642** |

Debtor 1  **Idaho Health Data Exchange, Inc.**
First Name            Middle Name            Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Shaw Mountain of Cascadia**<br>**909 Reserve STreet**<br>**Boise, ID 83712** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Shoshone Family Medical Cntr**<br>**PO Box 309**<br>**Shoshone, ID 83352-0609** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Simply Women's Health**<br>**219 S Wooddale Ave**<br>**Eagle, ID 83616** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skyline Transitional Care**<br>**1001 S Hilton**<br>**Boise, ID 83705** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Snake River Correctional**<br>**777 Stanton Blvd**<br>**Ontario, OR 97914** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
         First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **South Central Public Health**<br>**1020 Washington Street N**<br>**Twin Falls, ID 83301** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Southeast Idaho Family Pract**<br>**2775 Channing Way**<br>**Idaho Falls, ID 83404** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Southwest District Health**<br>**13307 Miami Lane**<br>**Caldwell, ID 83607** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **SPORT Physical Therapy**<br>**328 Warner Drive Ste 8**<br>**Lewiston, ID 83501** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **St. Alphonsus Reg. Med Ctr**<br>**1055 N. Curtis Road**<br>**Boise, ID 83706** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** | |
|---|---|---|---|
| | State the term remaining | | **St. Joseph Regional Medical**<br>**PO Box 282308-20**<br>**Nashville, TN 37228** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                                    Case number *(if known)* _____
　　　　　　 First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract　_____ | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** | |
| | State the term remaining | | **St. Luke's Regional Med Ctr** |
| | List the contract number of any government contract　_____ | | **190 E. Bannock St.** **Boise, ID 83712** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** | |
| | State the term remaining | | **St. Mary's Hospital** |
| | List the contract number of any government contract　_____ | | **PO Box 137** **Cottonwood, ID 83522** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Stark Medical Group** |
| | List the contract number of any government contract　_____ | | **PO Box J** **Ontario, OR 97914** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **State Hospital South** |
| | List the contract number of any government contract　_____ | | **700 East Alice Street** **Blackfoot, ID 83221** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Summit Cancer Centers** |
| | List the contract number of any government contract　_____ | | **2855 E Magic View Dr Ste. B** **Meridian, ID 83642** |

Debtor 1    **Idaho Health Data Exchange, Inc.**
First Name          Middle Name          Last Name                    Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sunterra Springs Riverview** |
| | List the contract number of any government contract | | **3550 W Americana Terrace Boise, ID 83706** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Terrace Home Health** |
| | List the contract number of any government contract | | **2929 W Navigator Dr Meridian, ID 83642** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Terry Reilly Health Services** |
| | List the contract number of any government contract | | **PO Box 9 Nampa, ID 83653-0009** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Total Health Physician Group** |
| | List the contract number of any government contract | | **619 S Washington Street #203 Moscow, ID 83843** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Treasure Valley Endocrinolog** |
| | List the contract number of any government contract | | **900 N Liberty Ste. 201 Boise, ID 83704** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Treasure Valley Family Medic** |
| | | | **2428 N Stokesberry Pl #100 Meridian, ID 83646** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                    Case number (*if known*) _____
    First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Treasure Valley Gastroentolo 222 W Iowa Ave Ste A Nampa, ID 83686** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Treasure Valley Hospice LLC 8 6th Street N Ste. 200 Nampa, ID 83687** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User license** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Tri State Mem. Hosp. & Med PO Box 189 Clarkston, WA 99403** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Tueller Counseling Inc 2275 W Broadway Ste G Idaho Falls, ID 83402** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Unity Health Center 745 S Progress Ave Meridian, ID 83642** |

| Debtor 1 | Idaho Health Data Exchange, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | Upper Valley Community Healt |
| | List the contract number of any government contract | | 20 N 3rd E<br>Saint Anthony, ID 83445 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | Valley Family Health Care |
| | List the contract number of any government contract | | 1441 NE 10th Ave<br>Payette, ID 83661 |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | Valley View Nursing & Rehab |
| | List the contract number of any government contract | | 1140 N Allumbaugh<br>Boise, ID 83704 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | Valor Health |
| | List the contract number of any government contract | | 1102 E Locust St<br>Emmett, ID 83617 |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Clinical Portal Access | |
|---|---|---|---|
| | State the term remaining | | Vibra Hospital of Boise |
| | List the contract number of any government contract | | 6551 W Franklin Street<br>Boise, ID 83709 |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Hospital User License | |
|---|---|---|---|
| | State the term remaining | | Weiser Memorial Hospital<br>645 E. 5th St.<br>Weiser, ID 83672 |

Debtor 1    **Idaho Health Data Exchange, Inc.**
First Name          Middle Name          Last Name          Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **West Valley Cardiology** |
| | List the contract number of any government contract _____ | | **1906 Fairview Ave, Ste. 230**<br>**Middleton, ID 83644** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **West Valley Medical Center** |
| | List the contract number of any government contract _____ | | **1717 Arlington Ave**<br>**Caldwell, ID 83605** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **West Valley Medical Group** |
| | List the contract number of any government contract _____ | | **1906 Fairview Ave Ste 230**<br>**Caldwell, ID 83605** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **West Valley Middleton Clinic** |
| | List the contract number of any government contract _____ | | **381 S Middleton Rd., Ste. B**<br>**Middleton, ID 83644** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **West Valley OB GYN** |
| | List the contract number of any government contract _____ | | **315 E Elm Street Ste 310**<br>**Caldwell, ID 83605** |

**Fill in this information to identify the case:**

Debtor name     **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.2 | _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.3 | _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.4 | _____ | Street _____ _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |

| Fill in this information to identify the case: |
|---|

Debtor name **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,823,030.16** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$1,982,425.30** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$10,914,969.76** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Idaho Health Data Exchange, Inc.**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **4medica, Inc.**<br>**13160 Mindano Way #350**<br>**Marina Del Rey, CA 90292** | **5/19/2022**<br>**6/29/2022** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Amazon Web Services**<br>**Dept 3747**<br>**PO Box 123747**<br>**Dallas, TX 75312-3747** | **5/13/2022**<br>**5/23/2022**<br>**7/15/2022**<br>**8/11/2022** | **$16,523.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.   **Aunt Bertha, a Public Benefit Corp**<br>**3616 Far West Blvd Ste 117**<br>**Austin, TX 78731-1658** | **7/15/2022** | **$23,925.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4.   **Briljent LLC**<br>**7615 W Jefferson Blvd**<br>**Fort Wayne, IN 46804** | **5/19/2022** | **$15,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.   **Capitol Health Associates**<br>**400 N Capitol St NW Ste 585**<br>**Washington, DC 20001** | **5/19/2022**<br>**6/29/2022**<br>**7/14/2022**<br>**8/11/2022** | **$333,738.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **Clarke and Sampson Inc.**<br>**228 S Washington St, Ste. 200**<br>**Alexandria, VA 22314** | **6/29/2022** | **$57,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.7.   **eHealth Technologies**<br>**250 Thruway Park Dr**<br>**West Henrietta, NY 14586** | **5/20/2022** | **$19,998.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.   **ESO Solutions, Inc.**<br>**PO Box 679449**<br>**Dallas, TX 75267-9449** | **7/14/2022** | **$24,720.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Idaho Health Data Exchange, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Givens Pursley LLP**<br>**601 W Bannock Street**<br>**Boise, ID 83702** | **5/19/2022**<br>**7/15/2022**<br>**8/11/2022** | **$79,121.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorney Fees** |
| 3.10. **NextGate Solutions, Inc.**<br>**3579 E Foothill Blvd, Ste 587**<br>**Pasadena, CA 91107** | **5/19/2022**<br>**7/15/2022** | **$16,666.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Paramount Consulting Solutio**<br>**dba Para-Solve**<br>**1894 E William St #4-316**<br>**Carson City, NV 89701** | **5/19/2022**<br>**6/29/2022**<br>**7/15/2022**<br>**8/11/2022** | **$124,509.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Orion Health**<br>**7350 E Evans Road Ste. C-100**<br>**Scottsdale, AZ 85260** | **Various** | **$400,836.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Primus Policy Group**<br>**619 E Bonita Canyon Street**<br>**Meridian, ID 83646** | **5/19/2022**<br>**6/29/2022**<br>**7/15/2022**<br>**8/11/2022** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **XPIO Group Health LLC**<br>**3118 Judson Street**<br>**Gig Harbor, WA 98335** | **5/19/2022**<br>**6/29/2022**<br>**7/15/2022**<br>**8/11/2022** | **$44,045.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Health System Transformation**<br>**5500 Mountain Road**<br>**Stowe, VT 05672** | **5/19/2022**<br>**6/29/2022**<br>**7/15/2022**<br>**8/11/2022** | **$19,563.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Idaho Health Data Exchange, Inc. | | Case number *(if known)* | |
|--------|----------------------------------|--|--------------------------|--|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cureous Innovations, Inc v Idaho Health Data Exchange<br>CV01-21-15209 | Civil | Ada County Court<br>200 W. Front Street<br>Boise, ID 83702 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | PointCare LLC v Idaho Health Data Exchange<br>C22-01407 | Civil | Superior Court of CA - Contra Consta<br>725 Court Street<br>Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | SPUR Catalyst, Inc. dba SPUR Capital v Idaho Health Data Exchange, Inc.<br>CV01-22-11548 | Civil | Ada County Court<br>200 W. Front Street<br>Boise, ID 83702 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Idaho Health Data Exchange, Inc.** | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Johnson May**<br>**199 N. Captiol Blvd., Ste. 200**<br>**Boise, ID 83702** | | **7/12/2022 - $200.00**<br>**8/4/2022 - $45,000.00** | **$45,200.00** |
| | Email or website address<br>**info@johnsonmaylaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **Idaho Health Data Exchange, Inc.** _____    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Fourth Judicial District, Ada County** **200 W. Front Street** **Boise, ID 83702** | **Pre Judgment Writ of Attachment in Case No. CV01-21-15209** | | **$469,767.83** |
| | **Relationship to debtor** **on behalf of Cureous Innovations (creditor)** | | | |
| 13.2. | **BeyondHIE, Inc.** **c/o Givens Pursley** **601 W. Bannock St.** **Boise, ID 83702** | **Various cash payments.** | **Various in 2021 and 2022** | **$277,651.45** |
| | **Relationship to debtor** **None** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Personal Health Information (provided to database by contracting parties)** _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

Debtor    **Idaho Health Data Exchange, Inc.**                                    Case number *(if known)* _____

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **DL Evans Bank**<br>**PO Box 1188**<br>**Burley, ID 83318** | **XXXX-4841** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.2. | **DL Evans Bank**<br>**PO Box 1188**<br>**Burley, ID 83318** | **XXXX-0078** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

---

| Debtor | Idaho Health Data Exchange, Inc. | Case number *(if known)* | |
|---|---|---|---|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Jennifer Retana
Retana Accounting PLLC
11881 West Dreamcatcher Street
Boise, ID 83709** | **3/2017 to 6/2021** |
| 26a.2.   **Harris CPAs
1120 South Rackham Way #100
Meridian, ID 83642** | **1/2018 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

| Debtor | Idaho Health Data Exchange, Inc. | Case number *(if known)* | |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Ide | Idaho Primary Care Association 1087 W. River Street, Ste. 160 Boise, ID 83702 | Chair/Executive Committee/Board Member | |
| Dick Armstrong | | Secretary/Executive Committee/Board Member | |
| Anthony Vitulli | Keybank 702 W. Idaho St., Ste. 1200 Boise, ID 83702 | Treasurer/Executive Committee/Board Member | |
| James Yee | Eide Bailly 877 W. Main St., Ste. 800 Boise, ID 83702-8588 | Finance Committee/Board Member | |
| Jon Vanderpool | St. Luke's 190 E. Bannock Street Boise, ID 83712 | Board Member | |
| Michael Malone | St. Alphonsus 1055 N. Curtis Road Boise, ID 83706 | Board Member | |
| Lance Hatfield | Blue Cross of Idaho PO Box 7408 Boise, ID 83707 | Board Member | |

Debtor    **Idaho Health Data Exchange, Inc.**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Pharis | Regence Blue Shield<br>1211 West Myrtle, #200<br>Boise, ID 83702 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MJ Tran | Castell Health | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tami Fife | Terry Reilly Health<br>211 16th Ave. N.<br>Nampa, ID 83687 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Smith | Kootenai Medical Center<br>2003 Kootenai Health Way<br>Coeur D Alene, ID 83814 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hans Kastensmith | c/o IHDE<br>PO Box 190983<br>Boise, ID 83719 | Executive Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse Meldru | c/o IHDE<br>PO Box 190983<br>Boise, ID 83719 | Director of Finance | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin Lawhorn | Pura Vita<br>950 W. Bannock #1115<br>Boise, ID 83702 | Vice Chair/Executive Committee/Board Member | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Debtor    **Idaho Health Data Exchange, Inc.**                                      Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2022**

**/s/ Jesse Meldru**                                                    **Jesse Meldru**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Director of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### District of Idaho

In re   **Idaho Health Data Exchange, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director of Finance** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 11, 2022**

Signature   **/s/ Jesse Meldru**

**Jesse Meldru**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Idaho**

In re __Idaho Health Data Exchange, Inc._____    Case No. _____

                                          Debtor(s)        Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Director of Finance of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __August 11, 2022_____        __/s/ Jesse Meldru_____
                                          **Jesse Meldru/Director of Finance**
                                          Signer/Title

4MEDICA, INC.
13160 MINDANO WAY #350
MARINA DEL REY, CA 90292


4MEDICA, INC.
C/O CT CORPORATION SYSTEM
330 N. BRAND BLVD., STE 700
GLENDALE, CA 91203


ADA PEDIATRICS PA
650 N. COLE ROAD
BOISE, ID 83704


ADVANCED FAMILY MEDICINE
943 N LINDER ROAD
KUNA, ID 83634


ALL CARE HEALTH SOLUTIONS
815 S BRIDGEWAY PL, #122
EAGLE, ID 83616


ALL SEASONS MENTAL HEALTH
6933 W EMERALD ST
BOISE, ID 83704


ALLIANCE CONCIERGE CARE
5995 W STATE ST., STE. A
BOISE, ID 83703


AMAZON WEB SERVICES
DEPT 3747
PO BOX 123747
DALLAS, TX 75312-3747


APPLETON CLINICS IDAHO
2025 E RIVERSIDE DR #160
EAGLE, ID 83616

ARBOR VALLEY OF CASCADIA
8211 USTICK ROAD
BOISE, ID 83704


ASHTON MEMORIAL INC.
23 S 8TH STREET
ASHTON, ID 83420


ASPEN TRANSITIONAL REHAB
2867 E COPPER POINT DR
MERIDIAN, ID 83642


BEAR LAKE COMMUNITY HEALTH
152 SOUTH 4TH STREET
MONTPELIER, ID 83254


BLUE CROSS OF ID
3000 E PINE AVENUE
MERIDIAN, ID 83642


BOISE ENT
8854 W EMERALD ST., #150
BOISE, ID 83704


BOISE FAMILY MEDICINE
10798 W OVERLAND ROAD
BOISE, ID 83709


BOISE KIDNEY  HYPERTENSION
3525 E LOUISE STE 100
MERIDIAN, ID 83642


BOISE VALLEY ASTHMA ALLERGY
901 N CURTIS STE 100
BOISE, ID 83706

BONNER GENERAL HOSPITAL
520 N. THIRD AVE
SANDPOINT, ID 83864


BORRON FAMILY MEDICINE
790 W USTICK ROAD #110
MERIDIAN, ID 83646


BRILJENT LLC
7615 W JEFFERSON BLVD
FORT WAYNE, IN 46804


C2 CONSULTING INCORPORATED
24115 HUNTERS TRAIL LANE
VIENNA, VA 20105


CANCER DATA REGISTRY IDAHO
615 N 7TH STREET
BOISE, ID 83702


CAPITAL SURGICAL ASSOCIATES
8854 W EMERALD STE 140
BOISE, ID 83704


CAPITOL HEALTH ASSOCIATES
400 N CAPITOL ST NW STE 585
WASHINGTON, DC 20001


CASCADE MEDICAL CENTER
402 LAKE CASCADE PARKWAY
CASCADE, ID 83611


CASCADIA OF BOISE
6000 W DENTON STREET
BOISE, ID 83704

CATALYST MEDICAL GROUP
2315 8TH ST
LEWISTON, ID 83501


CENTER FOR COLONRECTAL CARE
333 N 1ST ST STE. 130
BOISE, ID 83702


CENTRAL DISTRICT HEALTH DEPT
707 N ARMSTRONG PLACE
BOISE, ID 83704


CHALLIS AREA HEALTH CENTER
PO BOX 980
CHALLIS, ID 83226


CHAS HEALTH ADMINISTRATION
611 N IRON BRIDGE WAY
SPOKANE, WA 99202


CHERRY HEIGHTS FAMILY MEDICA
1560 N CRESTMONT DR STE A
MERIDIAN, ID 83642


CLEARWATER GASTROENTEROLOGY
2517 17TH ST, STE. B
LEWISTON, ID 83501


CLEARWATER MEDICAL CLINIC
1522 17TH STREET
LEWISTON, ID 83501


COEUR D' ALENE ARTHRITIS
950 W IRONWOOD DR
COEUR D ALENE, ID 83814

```
COEUR D' ALENE PEDIATRICS
700 W IRONWOOD DR., STE. 155
COEUR D ALENE, ID 83814


COMMUNITY FAMILY CLIENT
2100 ALAN STREET
IDAHO FALLS, ID 83404


COMMUNITY TISSUE SERVICES
5525 N GLENWOOD STREET
GARDEN CITY, ID 83714


COMPLETE FAMILY CARE
10 MADISON PROFESSIONAL
REXBURG, ID 83440


COMPLETE HOSPICE CARE
250 W BOBWHIE CT., #130
BOISE, ID 83706


CREEKSIDE TRANSITIONAL CARE
1351 W PINE AVE
MERIDIAN, ID 83642


CROSSOVER HEALTH
8000 S FEDERAL WAY MS 1-706
BOISE, ID 83716


CUREOUS INNOVATIONS, INC.
PORTLAND HALL, SUITE 230
60 PINELAND DRIVE
NEW GLOUCESTER, ME 04260


D   G MEDICAL ASSOCIATES
39 W PINE ST., STE. B20
MERIDIAN, ID 83642
```

DARIN L WEYHRICH MD
222 N 2ND ST., STE. 206
BOISE, ID 83702


DAVIS FAMILY MEDICINE
222 N 2ND ST., STE. 204
BOISE, ID 83702


DAVITA DIALYSIS
1055 N CURTIS ROAD
BOISE, ID 83706


DEPT OF VETERANS AFFAIRS
PO BOX 149971
AUSTIN, TX 78714-9971


DIGESTIVE HEALTH CLINIC
6259 EMERALD STREET
BOISE, ID 83704


DOCTORS HOUSE CALLS
1552 N CRESTMONT DR., STE. B
MERIDIAN, ID 83642


EAGLE FAMILY HEALTH
445 S FITNESS PL, STE 130
EAGLE, ID 83616


EAST TO WEST FAMILY MEDICINE
5537 N GLENWOOD ST., STE. A
GARDEN CITY, ID 83714


ELITE HOME HEALTH   HOSPICE
1370 BRIDGE STREET
CLARKSTON, WA 99403

FAMILY FIRST MEDICAL CENTER
3820 CRESTWOOD LANE
IDAHO FALLS, ID 83404


FAMILY HEALTH ASSOCIATES PA
914 IRONWOOD DR., STE. 801
COEUR D ALENE, ID 83814


FAMILY HEALTH CENTER
606 N 3RD AVE STE 101
SANDPOINT, ID 83864


FAMILY HEALTH SERVICES
794 EASTLAND DR.
TWIN FALLS, ID 83301


FINDING HOME MEDICAL SERVICE
55 W WILLOWBROOK DR #103
MERIDIAN, ID 83646


FIRST CHOICE HOME   HEALTH
12345 W OVERLAND RD, STE 100
BOISE, ID 83709-0021


FIRTH MEDICAL CENTER
114 S MAIN STREET
FIRTH, ID 83236


GLENNS FERRY HEALTH CENTER
PO BOX 266
GLENNS FERRY, ID 83623


GRITMAN MEDICAL CENTER
700 S. MAIN ST.
MOSCOW, ID 83843

HEALTH SYSTEM TRANSFORMATION
5500 MOUNTAIN ROAD
STOWE, VT 05672


HEALTH WEST
PO BOX 2377
POCATELLO, ID 83206


HEALTHY LIVING AT HOME BOISE
2950 E MAGIC VIEW DRIVE
MERIDIAN, ID 83642


HEART N HOME HOSPICE
1107 NW 11TH STREET
FRUITLAND, ID 83619


HERITAGE HEALTH
PO BOX 1387
HAYDEN, ID 83835


HOLLINGSHEAD EYE CENTER
360 E MALLARD DR. #110
BOISE, ID 83706


HORIZON HOME HEALTH
63 W WILLOWBROOK DRIVE
MERIDIAN, ID 83646


HUMPHREY SHOULDER CLINIC
3381 W BAVARIA STREET
EAGLE, ID 83616


IDAHO AIR NATIONAL GUARD
3315 W AERONCA STREET
BOISE, ID 83705

```
IDAHO ARMY NATIONAL GUARD
4228 W GUARD STREET
BOISE, ID 83704


IDAHO ARTHRITIS CENTER
3277 E LOUISE DR., STE. 350
MERIDIAN, ID 83642


IDAHO BARIATRIC  METABOLIC
2960 E ST LUKE'S STREET
MERIDIAN, ID 83642


IDAHO DEPT OF HEALTH  WEL.
3232 ELDER ST.
BOISE, ID 83705


IDAHO FALLS PEDIATRICS
2375 CORONADO STREET
IDAHO FALLS, ID 83404


IDAHO GASTROENTEROLOGY ASSOC
425 W BANNOCK
BOISE, ID 83702


IDAHO HAND CENTER
901 N CURTIS RD, STE. 304
BOISE, ID 83706


IDAHO LIONS EYE CENTER
1090 N COLE ROAD
BOISE, ID 83704


IDAHO PHYSICAL MEDICINE
PO BOX 1128
BOISE, ID 83701
```

IDAHO PRIMARY CARE ASSOC
1087 W RIVER ST, STE. 160
BOISE, ID 83702


IDAHO UROLOGIC INSTITUTE
2855 E. MAGIC VIEW DR.
MERIDIAN, ID 83642-6245


INDEPENDENT DOCTORS OF ID
8854 W EMERALD #180
BOISE, ID 83709


INITIAL POINT FAMILY MEDICIN
2640 S EAGLE ROAD
MERIDIAN, ID 83642


INTERMOUNTAIN MEDICAL IMAGIN
2929 E MAGIV VIEW DRIVE
MERIDIAN, ID 83642


IRONWOOD FAMILY PRACTICE
920 IRONWOOD DRIVE, STE. 101
COEUR D ALENE, ID 83814


JACLYN T. GANS
ELAM  BURKE
251 E.FRONT ST., STE. 300
BOISE, ID 83702


KANIKSU HEALTH SERVICES
PO BOX 2160
SANDPOINT, ID 83864


KAYLOR FAMILY MEDICINE
2536 N STOKESBERRY PLACE
MERIDIAN, ID 83646

KEYSTONE HEALTH CARE LLC
21 N FISHER PARK WAY
EAGLE, ID 83616


KOOTENAI MEDICAL CENTER
2003 KOOTENAI HEALTH WAY
COEUR D ALENE, ID 83814


KPI NINJA
2900 S 70TH STREET
LINCOLN, NE 68506


LABCORP
PO BOX 2280
BURLINGTON, NC 27215


LAKESIDE PEDIATRICS   ADOLES
980 W IRONWOOD DR STE 302
COEUR D ALENE, ID 83814


LEGACY NAVIGATION
2433 JULIE LANE
PAYETTE, ID 83661


LIGHTHOUSE HOSPICE
2667 E GALA COURT #110
MERIDIAN, ID 83642


LOCUST GROVE WOMENS HEALTH
2036 N COLE ROAD
BOISE, ID 83704


LOST RIVERS RURAL HEALTH
PO BOX 145
ARCO, ID 83213

```
MANGUM PRIMARY CARE
3046 S BOWN WAY
BOISE, ID 83706


MARIMN HEALTH
PO BOX 388
PLUMMER, ID 83851


MATRIX REGENERATIVE MEDICINE
3090 E. GENTRY WAY #220
MERIDIAN, ID 83642


MERIDIAN FAMILY MEDICINE
1525 EAST LEIGHFIELD DR
SUITE 150
MERIDIAN, ID 83646


MERIDIAN PEDIATRICS
3653 N LOCUST GROVE ROAD
MERIDIAN, ID 83646


MILLENNIUM SURGERY CENTER
1828 MILLENIUM WAY #100
MERIDIAN, ID 83642


MORGAN FAMILY CENTER
2541 N STOKESBERRY PL #100
MERIDIAN, ID 83646


MOSCOW MEDICAL PA
213 N MAIN STREET
MOSCOW, ID 83843


MOUNTAIN HOME AFB MEDICAL
90 HOSPITAL DRIVE BLDG 6000
MOUNTAIN HOME A F B, ID 83648
```

MOUNTAIN MOBILE MEDICINE
186 N MAIN STREET #931
DONNELLY, ID 83615


MOUNTAIN STATES HAND CLINIC
8854 W EMERALD STE. 170
BOISE, ID 83704


MOUNTAIN VIEW HOSPITAL
2325 CORONADO STREET
IDAHO FALLS, ID 83404


NICOLE C. HANCOCK
STOEL RIVES LLP
101 S. CAPITOL BLVD, #1900
BOISE, ID 83702


NORTH CANYON MEDICAL CENTER
267 NORTH CANYON DRIVE
GOODING, ID 83330


NW OCCUPATIONAL MEDICINE
6140 W CURTISAN #400
BOISE, ID 83704


OBGYN ASSOCIATES
3520 E. LOUISE DR.
MERIDIAN, ID 83642


OPTION CARE ENTERPRISES
800 S INDUSTRY WAY STE 240
MERIDIAN, ID 83642


ORION HEALTH
7350 E EVANS ROAD STE. C-100
SCOTTSDALE, AZ 85260

OSTER MEDICAL GROUP
403 S 11TH ST, STE. 310
BOISE, ID 83702


PARAMOUNT CONSULTING SOLUTIO
DBA PARA-SOLVE
PO BOX 1827
MINDEN, NV 89423


PARAMOUNT CONSULTING SOLUTIO
DBA PARA-SOLVE
1894 E WILLIAM ST #4-316
CARSON CITY, NV 89701


PATHOLOGISTS REG. LAB.
PO BOX 956
LEWISTON, ID 83501


PHOENIX RADIOLOGY PLLC
531 4TH AVE
LEWISTON, ID 83501


PHYSICIANS IMMEDIATE CARE
134 W CHUBBUCK ROAD
POCATELLO, ID 83202


POCATELLO CHILDREN'S CLINIC
1151 HOSPITAL WAY, BLDG F
POCATELLO, ID 83201


POINTCARE LLC
1299 NEWELL HILL PLACE
WALNUT CREEK, CA 94596


POINTCARE, INC.
C/O DEAN WESTLY
51 E CAMPBELL AVE 109A
CAMPBELL, CA 95008

PRIMARY HEALTH MEDICAL GROUP
PO BOX 191050
BOISE, ID 83719


PRIMUS POLICY GROUP
619 E BONITA CANYON STREET
MERIDIAN, ID 83646


PROGRESSIVE NURSING SERVICES
1514 SHOSHONE STREET
BOISE, ID 83705


REGENCE BLUESHIELD OF ID
PO BOX 5068
PORTLAND, OR 97208


REGUS MANAGEMENT GROUP
950 W BANNOCK ST, STE 1100
BOISE, ID 83702


RINDFLEISCH FAMILY PRACTICE
3155 CHANNING WAY STE. A
IDAHO FALLS, ID 83404


ROCKY MTN DIABETES   OSTEO
3910 WASHINGTON PARKWAY
IDAHO FALLS, ID 83404


SANDPOINT FAMILY MEDICINE
302 SOUTH FIRST AVE
SANDPOINT, ID 83864


SARA A BERG MD
1623 5TH ST., STE. A
CLARKSTON, WA 99403

SAWTOOTH FAMILY MEDICINE
2320 E GALA ST #400
MERIDIAN, ID 83642


SHAW MOUNTAIN OF CASCADIA
909 RESERVE STREET
BOISE, ID 83712


SHOSHONE FAMILY MEDICAL CNTR
PO BOX 309
SHOSHONE, ID 83352-0609


SIMPLY WOMEN'S HEALTH
219 S WOODDALE AVE
EAGLE, ID 83616


SKYLINE TRANSITIONAL CARE
1001 S HILTON
BOISE, ID 83705


SNAKE RIVER CORRECTIONAL
777 STANTON BLVD
ONTARIO, OR 97914


SOUTH CENTRAL PUBLIC HEALTH
1020 WASHINGTON STREET N
TWIN FALLS, ID 83301


SOUTHEAST IDAHO FAMILY PRACT
2775 CHANNING WAY
IDAHO FALLS, ID 83404


SOUTHWEST DISTRICT HEALTH
13307 MIAMI LANE
CALDWELL, ID 83607

SPORT PHYSICAL THERAPY
328 WARNER DRIVE STE 8
LEWISTON, ID 83501


SPUR CATALYST, INC.
7941 RAVENNA ROAD
HUDSON, OH 44236


ST. ALPHONSUS REG. MED CTR
1055 N. CURTIS ROAD
BOISE, ID 83706


ST. JOSEPH REGIONAL MEDICAL
PO BOX 282308-20
NASHVILLE, TN 37228


ST. LUKE'S REGIONAL MED CTR
190 E. BANNOCK ST.
BOISE, ID 83712


ST. MARY'S HOSPITAL
PO BOX 137
COTTONWOOD, ID 83522


STARK MEDICAL GROUP
PO BOX J
ONTARIO, OR 97914


STATE HOSPITAL SOUTH
700 EAST ALICE STREET
BLACKFOOT, ID 83221


SUMMIT CANCER CENTERS
2855 E MAGIC VIEW DR STE. B
MERIDIAN, ID 83642

```
SUNTERRA SPRINGS RIVERVIEW
3550 W AMERICANA TERRACE
BOISE, ID 83706


TERRACE HOME HEALTH
2929 W NAVIGATOR DR
MERIDIAN, ID 83642


TERRY REILLY HEALTH SERVICES
PO BOX 9
NAMPA, ID 83653-0009


TOTAL HEALTH PHYSICIAN GROUP
619 S WASHINGTON STREET #203
MOSCOW, ID 83843


TREASURE VALLEY ENDOCRINOLOG
900 N LIBERTY STE. 201
BOISE, ID 83704


TREASURE VALLEY FAMILY MEDIC
2428 N STOKESBERRY PL #100
MERIDIAN, ID 83646


TREASURE VALLEY GASTROENTOLO
222 W IOWA AVE STE A
NAMPA, ID 83686


TREASURE VALLEY HOSPICE LLC
8 6TH STREET N STE. 200
NAMPA, ID 83687


TRI STATE MEM. HOSP.   MED
PO BOX 189
CLARKSTON, WA 99403
```

```
TUELLER COUNSELING INC
2275 W BROADWAY STE G
IDAHO FALLS, ID 83402


UNITY HEALTH CENTER
745 S PROGRESS AVE
MERIDIAN, ID 83642


UPPER VALLEY COMMUNITY HEALT
20 N 3RD E
SAINT ANTHONY, ID 83445


VALLEY FAMILY HEALTH CARE
1441 NE 10TH AVE
PAYETTE, ID 83661


VALLEY VIEW NURSING   REHAB
1140 N ALLUMBAUGH
BOISE, ID 83704


VALOR HEALTH
1102 E LOCUST ST
EMMETT, ID 83617


VIBRA HOSPITAL OF BOISE
6551 W FRANKLIN STREET
BOISE, ID 83709


WEISER MEMORIAL HOSPITAL
645 E. 5TH ST.
WEISER, ID 83672


WEST VALLEY CARDIOLOGY
1906 FAIRVIEW AVE, STE. 230
MIDDLETON, ID 83644
```

```
WEST VALLEY MEDICAL CENTER
1717 ARLINGTON AVE
CALDWELL, ID 83605


WEST VALLEY MEDICAL GROUP
1906 FAIRVIEW AVE STE 230
CALDWELL, ID 83605


WEST VALLEY MIDDLETON CLINIC
381 S MIDDLETON RD., STE. B
MIDDLETON, ID 83644


WEST VALLEY OB GYN
315 E ELM STREET STE 310
CALDWELL, ID 83605
```

# United States Bankruptcy Court
### District of Idaho

In re   **Idaho Health Data Exchange, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Idaho Health Data Exchange, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2022** _____

Date

**/s/ Matthew T. Christensen** _____

**Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for   **Idaho Health Data Exchange, Inc.** _____

**Johnson May**

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
**208-384-8588 Fax:208-629-2157**
**info@johnsonmaylaw.com**