Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         crm@johnsonmaylaw.com

*Attorneys for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 Subchapter V |
| Debtor. | |

**VERIFIED STATEMENT OF MATTHEW T. CHRISTENSEN IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY COUNSEL**

STATE OF IDAHO    )
                          ) ss:
COUNTY OF ADA    )

Matthew T. Christensen, being first duly sworn upon oath, deposes, and says:

1.     I am a practicing attorney and an attorney with the law firm of Johnson May with offices at 199 N. Capitol Blvd., Suite 200, Boise, ID 83702, (208) 384-8588.

2.     I have read the application of Idaho Health Data Exchange, Inc., for authority to employ and retain counsel.

3.     My firm previously received a retainer from the Debtor of $45,200.00. Pre-filing fees and expenses drawn against the retainer total $8,433.50, which includes the court filing fees

for this bankruptcy case, leaving approximately $36,766.50 remaining in the retainer, which is currently being held in our firm's client trust account on behalf of Debtor.

4.      I and the law firm of Johnson May have no connection with the Debtor other than previous pre-petition representation related to this bankruptcy case.

5.      I and the law firm of Johnson May have no connection with any personnel employed in the Office of the United States Trustee, the creditors or any party in interest, nor with their respective attorneys or accountants, other than normal professional relationships with attorneys and accountants except as follows:

      a.   The Debtor's creditors include creditors who may have appeared as creditors in matters previously or currently being handled by Johnson May that are unrelated to this case.  Johnson May does not represent the creditors in those other cases.

      b.   The Debtor in Possession's creditors include entities that Johnson May and its attorneys or staff currently uses or previously used in the ordinary course of its business or for personal uses.  All such uses are unrelated to this case or the Debtor.

6.      I believe I and the law firm of Johnson May are disinterested persons as defined in 11 U.S.C. § 101(14) and represent no interest adverse to the debtor in possession or bankruptcy estate in matters upon which I am to be engaged, and believe that I and the law firm can undertake representation of the Debtor in Possession in this case without any type of restriction.

7.      The hourly rates to be charged by myself and other professionals at my firm are outlined in the engagement letter between my firm and Debtor, a copy of which is attached to the Application to Employ Counsel as Exhibit A.

/

/

/

/

DATED this 12th day of August, 2022.

JOHNSON MAY

_/s/ Matt Christensen_
MATTHEW T. CHRISTENSEN

SUBSCRIBED AND SWORN to before me this 12TH day of August, 2022.

[ SEAL ]                   /s/ Megan Richmond
Notary Public of Idaho
Commission Expires: 3/2/2027
My Commission No: 54133