Jaclyn T. Gans (ISB #9291)
jtg@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for SPUR Capital


UNITED STATES BANKRUPTCY

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>    Debtor. | Bankruptcy Case<br>No. 22-00355-JMM<br><br>Chapter 11, Subchapter V |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD, AND TO ALL OTHER INTERESTED PARTIES.**

The law firm of ELAM & BURKE, P.A., hereby enters an appearance as attorneys of record

on behalf of creditor, SPUR Catalyst, Inc. dba SPUR Capital ("SPUR").  Request is also made that

that all papers or pleadings herein be served on us at our address stated below.

Further, pursuant to Bankruptcy Rule 2002, the undersigned further requests notice of all

matters on which notice is given to creditors, any creditors committee or any other party in interest

herein, including all schedules, amended schedules, motions, applications, plans of reorganization,

disclosure statements, orders and other documents and pleadings, including those in adversary

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1

actions; and further requests that such notices be sent to and that the following be added to the

Court's master mailing list:

> Jaclyn T. Gans
> ELAM & BURKE, P.A.
> 251 E. Front St., Ste. 300
> P.O. Box 1539
> Boise, Idaho 83701
> Telephone: (208) 343-5454
> Facsimile: (208) 384-5844
> jtg@elamburke.com

DATED this 16th day of September, 2022.

ELAM & BURKE, P.A.

By: _Jaclyn T. Gans_
    Jaclyn T. Gans, Of the Firm
    Attorneys for SPUR Catalyst, Inc.
    dba SPUR Capital

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of September, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew Todd Christiansen        mtc@johnsonmaylaw.com

_Jaclyn T. Gans_
Jaclyn T. Gans

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2