Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com
        crm@johnsonmaylaw.com

*Attorney for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

**SUBCHAPTER V DEBTOR' PLAN OF REORGANIZATION**

This Plan of Reorganization is presented to you to inform you of the proposed Plan for restructuring the debt of Idaho Health Data Exchange, Inc. ("IHDE" or the "Debtor"), and to seek your vote to accept this Plan. 11 USC § 1190.

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on this Plan.  To assist you in your review, please note that a list of definitions appears at the end of this document.

**IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THIS PLAN, YOU MAY OBJECT TO CONFIRMATION OF THIS PLAN BY FILING AN OBJECTION WITH THE BANKRUPTCY COURT.**

Your rights may be affected by this Plan. You should consider discussing this document with an attorney.

# ARTICLE 1

## BUSINESS OPERATIONS OF THE DEBTOR

### 1.1.  Nature of the Debtor's Business and History of Business Operations of Debtor

In 2006 the Health Quality Planning Commission (HQPC) was established by the Idaho Legislature and was charged with promoting improved quality of care and health outcomes through investment in health information technology. The Idaho Health Data Exchange (IHDE) was created in 2008 to establish a statewide Health Information Exchange (HIE) as a result of the efforts of the HQPC and was funded initially through appropriations by Idaho's Legislature.  As an HIE, IHDE assists doctors, nurses, pharmacists and other health care providers and patients to appropriately access and securely share a patient's vital medical information electronically.  This helps to improve the speed, quality and safety of patient care.  IHDE provides the platform and access needed – the patients and medical providers provide the data and patient care.

In 2010, Federal American Recovery and Reinvestment Act (ARRA) enabled grant funds to be made available through Health Information Technology for Economic and Clinical Health Act (HITECH) to IHDE through appropriations under a 90%/10% program where 10% contributions from state appropriations would be matched with 90% funds from HITECH.  These funding grants provided more than 50% of IHDE's funding through 2014 with the remaining portion of funds generated from client services fees billed to healthcare participating organizations. With support from HITECH, the Idaho State Healthcare Innovation Plan (SHIP) started appropriating grant funding support in 2015 with Medicaid Healthy Connections adding incremental appropriation funding in 2016, supplying more than 60% of the total revenues generated by IHDE through 2019.

### 1.3.  Events Leading to the Filing of the Bankruptcy Case

In 2019, the IHDE board of directors understood that the HITECH Act would sunset in 2021 and was unlikely to be extended.   They were also informed that the Idaho Legislature would not continue with any matching state funds for any federal funding programs or state funded appropriations.   These funding streams had supplied more than 60% of the revenues IHDE generated since its inception, thus subsidizing the Idaho healthcare participating organizations for the first dozen years of IHDE's operations.   IHDE would have to raise fees for those existing healthcare participating organizations while restructuring and reducing IHDE's cost of operations. The objectives would require that IHDE improve its technology platform and services availability to offer services commensurate with those expected higher fees.   In order to achieve these objectives, IHDE worked with the Idaho Department of Health and Welfare (IDHW) to propose and subsequently received commitments from the Idaho Legislature for more than $16MM of appropriations in 2020 through the Federal Substance Use-Disorder Prevention that Promotes Opioid Recovery and Treatment for Patients and Communities Act (SUPPORT Act).   Together with another $4.8MM in 2020 and $4MM in 2021 from funds appropriated through the HITECH Act enhance its technical infrastructure, IHDE sought to refine its operational capability, integrate its work with the Board of Pharmacy Prescription Drug Monitoring Program (PMP), and expand its reach statewide.   The contracts were established as fixed price contracts between IHDE (i.e.,

the prime contractor) and IDHW (i.e., the client).  In total, $25MM of appropriations were committed to IHDE for specific purposes that correspondingly would position IHDE on a path to sustainable business operations for many years into the future.

During the Support Act contract execution period, IHDE experienced difficult project management relationships with certain individuals within the IDHW organization, affected by IHDE's reluctance to accept a proposed subcontractor's services (i.e., Cureous Innovations) that was predicated on the subcontractor's relationship with those same IDHW employees. Cureous Innovation's proposed services included installing and supporting through Software as a Service (SaaS) agreements two applications that IHDE determined as unnecessary and overly expensive. The difficult project management relationships and IHDE's reluctance to accepting the Cureous Innovations contracts overlapped with IDHW's unilateral reduction of the Support Act contract from $16.3MM to $10.5MM in contract value, with a further surprise reduction of contract value to $9MM two weeks before the expiration of the contract and after IHDE had already incurred expense and obligations associated with the eliminated $1.5MM of contract value.  In addition, the IDHW employees eliminated the appropriations for the HITECH funding that was committed to IHDE for 2020 and 2021.  To make matters even more challenging, the IDHW employees challenged the deliverables which IHDE supplied under the final $9MM contract based on documentation requirements that were either wrongly interpreted by IDHW or arbitrarily increased by department personnel to a point that exceeded CMS requirements, holding up payment for more than $700K of invoices of the reduced Support Act.  In summary, IHDE started 2020 with grant commitments of more than $25MM for 2020 and 2021 but ended 2020 with only $9MM of grant commitment in 2020 and $0 in 2021 and after having expended resources for $10.5MM of cost associated with performing on those contracts in 2020.  Of the $9MM of contracted grant commitments that IHDE was left with for which IHDE spent $10.5MM, IHDE was only paid for $8.3MM of those services until late 2021.

During the Support Act contract execution period, IHDE negotiated with IDHW to deliver to IDHW multiple years of license agreements to be paid in advance by IDHW under the Support Act contract.  Separately, IHDE attempted to negotiate 3 years of prepaid license agreements with its vendors that included Orion Health, Cureous Innovations, and KPI Ninja for their respective SaaS license agreements. IHDE successfully negotiated and contracted (i.e., executed agreements) for 3-year prepaid license agreements only with Orion Health.  IHDW personnel arbitrarily pulled approval for the KPI Ninja after IHDE had already acted on that approval and contracted with the company, placing an unreimbursed financial commitment upon IHDE.  Despite not having agreed to or executed a 3-year prepayment agreement with IHDE, Cureous Innovations demanded that it be paid in advance for all three years of its SaaS license agreements with IHDE.  Cureous Innovations claim for being owed the three years of license fees is based on the fact that IHDE had an agreement with IDHW whereby IHDE would be paid in advance for 3 years of the SaaS services it agreed to provide to IDHW (i.e., those same services it could purchase from a vendor such as Cureous Innovations).  The contract between IHDE and CI, however, stipulated that IHDE had a 3-year agreement with an option to terminate or renew the agreement at the conclusion of each year of the 3-year agreement term.  Coinciding with their disputed claim, Cureous Innovations terminated the services they were contracted to deliver to IHDE.  Despite having received full payment for all contracted services and for the first year of the SaaS license fees, Cureous Innovations has yet to reactivate the licensed services IHDE purchased.  Cureous Innovations

eventually filed a lawsuit claiming IHDE committed fraud by representing to IDHW that it had 3-year agreements with Cureous Innovations, despite IDHW having directly and explicitly approved IHDE's actual 1-Year renewal term contracts with Cureous Innovations.

In late 2020, reeling from having been deprived of more than $2.2MM of funds (i.e., $1.5MM of eliminated contract value plus $700k of refused invoice payments), IHDE sought out funding support from private organizations. IHDE identified and negotiated a contracted grant commitment of $8MM with an option for further commitment from a private organization. The private grant program required IHDE to set aside $2MM of pledged collateral as security and to execute on a program that included expanding the technology capability of the HIE, expending access to the HIE with new client connections, and subsidizing existing connections for current clients where appropriate. During 2021, IHDE worked to execute on the program requirements while working to collect grant funds from the private organization. While $2.4MM of the funds were distributed to IHDE, the funds were not in accordance with the required distribution schedule and were not adequate to cover the expenses IHDE was incurring to execute on the program requirements. In early 2022 it became evident that IHDE could no longer continue to incur the expense associated with executing on the grant program requirements while not receiving promised distributions from the private organization. IHDE negotiated a mutual conclusion to the grant program that allowed for the release of the $2MM of pledged collateral back to IHDE and release of claims from the private organization to the $2.4MM of grant funds that were distributed to IHDE during the term of the grant program.

With the grant program settled and the pledged collateral released back to IHDE, IHDE set forward on a plan to execute core operations for the remainder of 2022 and 2023 while working aggressively with existing clients to raise fees. As of April 2022, IHDE had sufficient cash reserves and a cash management plan to be able to execute its operations through 2023, with an expectation for having secured the necessary fee increases and additional contracts to execute past 2023. However, in May 2022, Cureous Innovations applied for and was granted an order from the Ada County District Court allowing the Ada County Sheriff to seize IHDE funds, despite the fact that CI did not have a judgment and that IHDE disputed the amounts claimed by CI. The Ada County District court issued a pre-judgment writ of attachment allowing CI to seize assets equaling the full amount of CI's claim ($788,500.00). Based on this unusual pre-judgment writ of attachment, the Ada County Sheriff seized approximately $470,000.00 in operating funds from IHDEs operating accounts and was seeking a continuing levy to seize additional funds from IHDE's other bank accounts.

This extraordinary ruling and seizure put IHDE, a nonprofit organization dependent on generating just enough revenue to maintain its cost of operations, in a position of immediately and unexpectedly not having the funds available to pay existing operating expenses. The abrupt seizure also resulted in the immediate closure (by the bank) of some of IHDE's bank accounts, seriously impairing IHDE's ability to even pay employees or make critical vendor payments. The snowball effect of the inability to pay vendors and creditors as a result of the seizure only exacerbated the tight condition IHDE was already experiencing, contributing to further legal claims for nonpayment to be filed against IHDE. IHDE had no alternative but to seek bankruptcy protection in order to halt the further seizure of IHDE's operating funds and motivate an objective review of the pertinent contracts under dispute by a federal bankruptcy court. Importantly, the Chapter 11

filing allows IHDE to continue to provide its critical and essential services for the healthcare community and citizens in the State of Idaho while more efficiently resolving all outstanding contract disputes through an orderly and structured process in federal court. The Chapter 11 filing also allows IHDE to work to pay creditors while simultaneously working through a restructuring plan that assures IHDE continued progress towards its primary goal of sustainable business operations.

### 1.4.  Filed Monthly Operating Reports

IHDE has filed monthly operating reports that detail the revenue, expenses, and other financial events during the course of the case. These reports are available for review by contacting IHDE's counsel or by online access through PACER. The most recent Monthly Operating Report is attached to this Plan as *Exhibit A*.

### 1.5.  Unusual or Significant Events During the Bankruptcy Case

The Debtor has successfully employed counsel in this case, and is otherwise actively seeking to get this Plan confirmed. Additionally, IHDE has sought to recover the $470,000.00 that was taken from its bank accounts by Cureous Innovations, and has objected to CI's claim. This recovery and objection is being pursued through Adversary Case No. 22-06018-JMM.

## ARTICLE 2

## TREATMENT OF CLAIMS, LIENS AND INTERESTS UNDER THE PLAN

The Debtor's Plan describes how its Creditors will be paid.

As required by the Bankruptcy Code under § 1123(a)(1), this Plan places Claims and Equity Interests in various classes and describes the treatment each class will receive. This Plan also states whether each class of Claims or Equity Interests is impaired or unimpaired. If this Plan is confirmed, each Creditor's recovery is limited to the amount provided in this Plan.

Only Creditors in classes that are impaired may vote on whether to accept or reject this Plan, and only Creditors holding Allowed Claims may vote. A class that is not impaired is deemed to accept this Plan.

### 2.1.  Unclassified Claims

Certain types of Claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such Claims do not vote on this Plan. They may, however, object if, in their view, their treatment under this Plan does not comply with that required by the Code. As such, this Plan does not place the following Claims in any class:

### A. Administrative Expenses

Except as otherwise provided under the Plan, each holder of an Administrative Expense claim allowed under § 503 of the Code will be paid in full on the Effective Date of the Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor or as approved by the Court.  If an Administrative Expense is disputed, payment will be made after the Court resolves the dispute and determines the amount of the allowed Administrative Expense. In the event this Plan is confirmed under §1191(b), the Plan may provide for payment of claims specified in paragraph (2) or (3) of 11 U.S.C. §507(a) through the Plan, rather than paid in full on the Effective Date of the Plan.  **You should examine the proposed treatment of your claim carefully**.

The following chart lists the Debtor's estimated Administrative Expenses and their proposed treatment under this Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Professional fees, as approved by the Bankruptcy Court | $50,000.00 (Attorney Fees) | After Bankruptcy Court approval, Payment through this Plan as follows:  Full payment on the Effective Date. |
| Other Administrative Expenses (please describe) | None | Payment through this Plan as follows:  None. |
| Trustee | $6,500.00 (SubV Trustee) | Upon application under § 330 and after Bankruptcy Court approval, payment through this Plan as follows: Full payment on the Effective Date. |
| TOTAL | $56,500.00 | |

B.  Priority Tax Claims

| Name of Taxing Authority and Type of Tax | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| None | | | |
| None | | | |

Each holder of a Priority Tax Claim pursuant to § 507(a)(8) will be paid as set forth in the chart below:

2.2.  Classes of Claims and Equity Interests

The following are the classes set forth in this Plan and the proposed treatment they will receive under this Plan:

A.   Classes of Secured Claims

The following chart lists all classes containing the Debtor's secured prepetition Claims and their proposed treatment under this Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| 1 | "Secured" claim of Cureous Innovations | No | Yes | Debtor disputes the secured status of this claim as well as the claim itself (see Adv. Case No. 22-06018-JMM). Upon the conclusion of the Adversary Case, to the extent any of this claim is allowed, it shall be treated as unsecured, and paid as part of the payments to Class # 3. |

       2.2.A.1. <u>Waiver of Secured Status and Lien Rights by Claimants</u>. In the event any of the claimants listed or scheduled as secured file a proof of claim stating that no part of the claim is secured, then the claim shall be deemed entirely unsecured and treated as such pursuant to this Plan.

       2.2.A.2. <u>Proof of Claim Controls Over Amount Scheduled by Debtor(s)</u>. The amount listed on a timely filed proof of claim (subject to allowance of the claim) shall control over any contrary amount listed in the Debtor's schedules and deemed filed pursuant to 11 U.S.C. § 1111(a).

    B.  <u>Classes of Priority Unsecured Claims</u>

       The following chart lists all classes containing Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under this Plan:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| | None | | None |

/

C.   Classes of General Unsecured Claims

The following chart identifies this Plan's proposed treatment of Class 2, which contain general unsecured Claims against the Debtor. 11 USC § 502:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| 2 | Orion Health | Impaired | This class consists of the portion of Orion Health obligation that was a separate promissory note. This promissory note obligation remained as a separate obligation in the most-recent addendum between the Debtor and Orion, and is tied to Orion's and the Debtor's continued obligations under the executory contract with Orion.  The note obligation is unsecured, but because it is tied to continued performance by Orion under it's executory contract, it is classified separately from other unsecured creditors (which do not have the same continued performance contingencies). The Debtor proposes the note obligation portion of the executory contract (including any outstanding amounts owed for project work) be re-amortized over a thirty-year repayment period, bearing interest at 5% per annum, with monthly payments on this obligation of $15,000.00. After 120 months of $15,000.00 payments (which shall begin on the Effective Date), the Debtor will make a balloon payment of the final unpaid principal amount. |

SUBCHAPTER V DEBTOR' PLAN OF REORGANIZATION – Page 9

| 3 | General Unsecured Class (including the unsecured portion of any claims set forth in Section 2.2.A, above) | Impaired | The Debtor will make a monthly payment of $5,000.00 to creditors in this class (split pro-rata between all creditors with allowed claims) for a period of sixty months. |
|---|---|---|---|

D.  Class of Equity Security Holders and the Debtor

The following chart sets forth this Plan's proposed treatment of the class(es) of Equity Security Holders and the Debtor itself:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
|  | Equity Security Holders | None | None |
| 4 | Debtor | Unimpaired | Debtor shall retain all assets and income, except as outlined in this Plan. |

2.3.    Estimated Number and Amount of Claims Objections

The Debtor may object to the amount or validity of any Claim within 60 days of the Confirmation Date by filing an objection with the Bankruptcy Court and serving a copy of the objection on the holder of the Claim. The Claim objected to will be treated as a Disputed Claim under this Plan.  If and when a Disputed Claim is finally resolved by the allowance of the Claim in whole or in part, the Debtor will pay the Allowed Claim in accordance with this Plan.

| Class | Number of Claims Objected To | Amount of Claims Objected To |
|---|---|---|
| 1 | Claim No. 2 (Cureous Innovations) | $958,110.54 |
|  |  |  |

SUBCHAPTER V DEBTOR' PLAN OF REORGANIZATION – Page 10

2.4.    Treatment of Executory Contracts and Unexpired Leases

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. The Debtor has the right to reject, assume (i.e. accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain the Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

Check all that apply:

[ X ]  Assumption of Executory Contracts.

The Executory Contracts shown on *Exhibit C* shall be assumed by the Debtor. Assumption means that the Debtor have elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any. Exhibit C also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption within the deadline for objecting to the confirmation of this Plan, unless the Bankruptcy Court has set an earlier time.

OR

[ ]  Assumption and Assignment of Executory Contracts and Unexpired Leases.

The Executory Contracts shown on Exhibit C shall be assumed by the Debtor and assigned to the party listed in that Exhibit. Assumption and assignment by the Debtor means that the Debtor will undertake the obligations under such contracts and unexpired leases, will cure defaults of the type that must be cured under the Bankruptcy Code, if any, and will assign the contract to the party listed.

If you object to the assumption and assignment of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption and assignment within the deadline for objecting to the confirmation of this Plan, unless the Bankruptcy Court has set an earlier time.

AND/OR

[ ]  Rejection of Executory Contracts and Unexpired Leases.

Rejection means that the Debtor has elected not to continue to perform the obligations under such contracts or leases. If the Debtor has elected to reject a contract or lease, the other party to the contract or lease will be treated as an unsecured Creditor holding a Claim that arose before the bankruptcy was filed.

Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the Effective Date, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the Effective Date. **Any creditors that believe they hold claims with respect to contracts rejected hereunder shall file a proof of claim on or before thirty (30) days after Confirmation of this Plan**. Any such timely filed allowed claims will participate in the distribution for General Unsecured Creditors set out within this Plan. Any Claim based on the rejection of an Executory Contract will be barred if the proof of claim is not timely filed unless the Bankruptcy Court orders otherwise.

### 2.5.    Projected Recovery of Avoidable Transfers

The Debtor is pursuing avoidance and recovery of the $470,000.00 seized by Cureous Innovations prior to the bankruptcy filing. If the Debtor prevails in the recovery of those sums, those amounts will be available to fund the Debtor's continued operations and plan payments.

### 2.6.    Payments

If this Plan is confirmed under § 1191(a), payments to Creditors provided for in this Plan will be made directly by the Debtor and shall not be paid through the subchapter V Trustee except as otherwise provided in this Plan or in the order confirming this Plan.

If this Plan is confirmed under § 1191(b), payments to creditors under this Plan will be made by the Debtor and not paid through the subchapter V Trustee.

### 2.7.    Means for Implementation of the Plan

The Debtor intends to fund its plan through regular monthly payments to creditors. These monthly payments will be made from the income the Debtor receive from the operation of its business.

As outlined above, the Debtor anticipates all distributions to creditors will be made by the Debtor, with no distributions by the subchapter V Trustee. The Debtor anticipates the compensation for the subchapter V Trustee will be on an hourly basis for his work monitoring this case. In the event the subchapter V Trustee is required to make distributions to creditors, the Debtor anticipates the Trustee will receive a maximum administrative commission for those distributions equivalent to two percent (2%) of the funds received and disbursed after Confirmation, plus additional compensation on an hourly basis for performing other statutory duties related to this case; and that Plan Payments will be made from the Debtor to the Trustee through Electronic Funds Transfers (EFTs) or other medium of efficient monetary transactions from the Debtor to the Trustee, as agreed and arranged between them.

In the event the Debtor is unable to make a payment under the terms of this Plan, the Debtor shall <u>not</u> be in default under the terms of this Plan until at least two (2) months of nonpayments have occurred.  In the event two months of non-payment have occurred, the Debtor shall begin to liquidate the assets in its possession to make required payments.  In the event the liquidation of assets is not sufficient to cure the default in payments, any party shall be entitled to petition the Court to convert this case to one proceeding under Chapter 7 of the Bankruptcy Code.

The Debtor reserves the right to prepay any claim, in part, or in full, while this Plan is in effect.

2.8.    Post-Confirmation Management

The Post-Confirmation Officers/Managers of the Debtor and their compensation shall be as follows:

| Name | Position | Compensation |
|---|---|---|
| Hans Kastensmith/Craig Jones | Executive Director/Medical Director | $20,000.00/month |
| Jesse Meldru | Director of Finance | $10,000.00/month |

2.9.    Tax Consequences of this Plan

**CREDITORS AND EQUITY INTEREST HOLDERS CONCERNED WITH HOW THIS PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS.**

2.10.    Projections in Support of Debtor' Ability to Make Payments Under the Proposed Plan

Debtor have provided projected financial information. Those projections are listed on the attached ***Exhibit D***.

**ARTICLE 3**

**FEASIBILITY OF PLAN**

3.1.    Ability to Initially Fund Plan

The Debtor believes that the Debtor will have enough cash on hand on the Effective Date of this Plan to pay all the Claims and expenses that are entitled to be paid on that date.  The Debtor anticipates holding approximately $447,000.00 on the Effective Date.  Further plan payments will

be paid from continuing operating funds of the Debtor and recovery of preference transfer funds. The ability to meet future plan obligations is dependent on the Debtor maintaining an adequate cash surplus during the early part of the plan period such that there is adequate cash margin during the low-cash part of the plan period caused by constraints on invoice timing.

### 3.2.   Ability to Make Future Plan Payments And Operate Without Further Reorganization

The Debtor must submit all or such portion of the future earnings or other future income of the Debtor as is necessary for the execution of this Plan.

The Debtor has provided projected financial information. Those projections are listed in Exhibit D.  The Debtor's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying its expenses and post-confirmation taxes, of approximately $240,000.00 (averaged year over year). The final Plan payment is expected to be paid within sixty (60) months of the Effective Date (estimated to be March 2028, if plan confirmation occurs in February 2023).  Based on the Debtor's projections, it estimates payments to unsecured creditors will be a total of approximately $1,200,000.00.  Based on the current claim amounts, the Debtor estimate payments of approximately 9% of total claim amount to the creditors in class 3 (16% without the Cureous Innovations claim).

**YOU SHOULD CONSULT WITH YOUR ACCOUNTANT OR OTHER FINANCIAL ADVISOR IF YOU HAVE ANY QUESTIONS PERTAINING TO THESE PROJECTIONS.**

## ARTICLE 4

## LIQUIDATION ANALYSIS

To confirm this Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept this Plan will receive at least as much under this Plan as such Claimants and Equity Interest holders would receive in a Chapter 7 liquidation. See 11 U.S.C. §1129(a)(7) and 11 USC § 1190(1)(B).  A liquidation analysis is attached hereto as ***Exhibit F***.

## ARTICLE 5

## DISCHARGE

**If this Plan is confirmed under § 1191(a),** on the Confirmation Date of this Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d) of the Bankruptcy Code; or

**If this Plan is confirmed under § 1191(b),** as soon as practicable after completion by the Debtor of all payments due under this Plan, unless the court approves a written waiver of discharge

executed by the Debtor after the order for relief under this chapter, the court shall grant the Debtor a discharge of all debts provided in section 1141(d)(1)(A) of this title, and all other debts allowed under <u>section 503</u> of the Bankruptcy Code and provided for in this Plan, except any debt—

    (1) on which the last payment is due after the first 3 years of this Plan, or such other time not to exceed 5 years fixed by the court; or

    (2) if applicable, of the kind specified in <u>section 523(a)</u> of the Bankruptcy Code.

## ARTICLE 6

## GENERAL PROVISIONS

### 6.1.    Title to Assets

If a plan is confirmed under § 1191(a), except as otherwise provided in this Plan or in the order confirming this Plan, (i) confirmation of this Plan vests all of the property of the estate in the Debtor, and (ii) after confirmation of this Plan, the property dealt with by this Plan is free and clear of all Claims and Equity Interests of Creditors, Equity Security Holders, and of general partners in the Debtor (if any).

If a plan is confirmed under § 1191(b), property of the estate includes, in addition to the property specified in § 541, all property of the kind specified in that section that the Debtor acquires, as well as earnings from services performed by the Debtor, after the date of commencement of the case but before the case is closed, dismissed, or converted to a case under chapter 7, 12, or 13 of the Bankruptcy Code, whichever occurs first. Except as provided in § 1185 of the Bankruptcy Code, this Plan, or the order confirming this Plan, the Debtor shall remain in possession of all property of the estate.

### 6.2.    Binding Effect

**IF THIS PLAN IS CONFIRMED, THE PROVISIONS OF THIS PLAN WILL BIND THE DEBTOR AND ALL CREDITORS, WHETHER OR NOT THEY ACCEPT THIS PLAN. THE RIGHTS AND OBLIGATIONS OF ANY ENTITY NAMED OR REFERRED TO IN THIS PLAN WILL BE BINDING UPON, AND WILL INURE TO THE BENEFIT OF, THE SUCCESSORS OR ASSIGNS OF SUCH ENTITY.**

### 6.3.    Release of Claims

The consideration to be distributed under the Plan shall be in exchange for, and in complete satisfaction and release of, all claims against the Debtor or any of their assets or properties, including without limitation any claim accruing after the Petition Date and prior to the Effective Date.

### 6.4.    Permanent Injunction

Except as otherwise expressly provided in, or permitted under, this Plan, the Confirmation order shall provide, among other things, that all claimants and persons who have held, hold or may hold claims that existed prior to the Effective Date, are permanently enjoined on and after the Effective Date against the: (i) commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor on account of claims against the Debtor, or on account of claims released by this Plan; (ii) enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree, or order against the Debtor or any property; or (iii) creation, perfection or enforcement of any encumbrance of any kind against the Debtor arising from a claim. This provision does not enjoin the prosecution of any claims that arise on or after the Effective Date nor does it enjoin the determination in the Bankruptcy Court of the amount of any claims that arose prior to the Effective Date. Claimants and parties asserting entitlement to payment of administrative claims incurred prior to the date of Confirmation shall be permanently enjoined from asserting any Claim against the Debtor or their retained assets based upon any act or omission, transaction or other activity that occurred prior to the Confirmation date, except as otherwise provided in the Plan, whether or not a proof of claim or interest was filed and whether or not such claim or interest is allowed under Section 502 of the Code.

6.5.    Severability

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

6.6.    Retention of Jurisdiction by the Bankruptcy Court

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters: (i) to make such orders as are necessary or appropriate to implement the provisions of this Plan and to resolve any disputes arising from implementation of this Plan; (ii) to rule on any modification of this Plan proposed under section 1193; (iii) to hear and allow all applications for compensation to professionals and other Administrative Expenses; (iv) to resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases, and (v) to adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

6.7.    Captions

The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

6.8.    Modification of Plan

The Debtor may modify this Plan at any time before confirmation of this Plan pursuant to § 1193(a). However, the Bankruptcy Court may require additional items including new votes on this Plan.

If this Plan is confirmed under Section 1191(a), the Debtor may also seek to modify this Plan at any time after confirmation only if (1) this Plan has not been substantially consummated *and* (2) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

If this Plan is confirmed under Section 1191(b), the Debtor may seek to modify this Plan at any time only if (1) it is within 3 years of the Confirmation Date, or such longer time not to exceed 5 years, as fixed by the court *and* (2) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

6.9.    Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor, or such other party as the Bankruptcy Court shall designate in the Plan Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close the case. Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

6.10.   Professional Fees after Confirmation

In the period after the date of Confirmation, but before closing of the case, the Reorganized Debtor may continue to avail itself of the services of professional persons whose employment was approved at or prior to the date of Confirmation in completing administration of the case and in the consummation and performance of the Plan and, if necessary, employ additional professional persons to render services in and in connection with the case. With respect to services rendered and expenses incurred in or in connection with the case by any professional person during such period, the professional person may render periodic billing thereafter to the disbursing agent identified in §2.6 above,  who shall promptly pay the same, but each such payment shall be subject to review and approval by the Court as to the reasonableness thereof, as set forth herein. In any *Motion for Final Decree*, the Reorganized Debtor shall detail all amounts paid during such period to professional persons as compensation for services rendered or reimbursement of expenses incurred, with respect to which no prior application for allowance thereof has been made to the Court. At any hearing upon the Reorganized Debtor's *Motion for Final Decree*, the Court shall consider and determine whether or not such payments shall be approved as reasonable.

6.11.   Closing of the Case

After the Effective Date, upon the payment of all outstanding administrative claims and the commencement of payments to priority creditors and secured claimants, the Reorganized Debtor will seek an Order closing the case through the filing of a final accounting and a motion for a final decree as required under Bankruptcy Rule 3022.

6.12.   Continued Execution of the Plan after Closing

After closing of the case, the Reorganized Debtor shall remit all Plan Payments to the appropriate holders of allowed claims provided for in the Plan. Upon all payments having been

distributed, the Reorganized Debtor shall be authorized to reopen the case, satisfy any additional requirements under the Code and receive a discharge (if applicable).

6.13.    Professional Fees after Closing

After closing of the case, the Reorganized Debtor may continue to avail themselves to the services of professional persons whose employment was approved at or prior to closing of the case in performance of the Plan. In the event such professional services are rendered, or expenses are incurred by any professional person therewith, an itemized bill shall be furnished by such professional person to the Reorganized Debtor, who shall promptly pay the same, subject to any objection being raised by the Reorganized Debtor, or the Trustee, in the event the Trustee remains in place to receive and distribute funds under the Plan. Pursuant to Section 6.6 of this Plan, the Court will retain jurisdiction to review the reasonableness of each such payment in the event of such an objection or dispute.

## **ARTICLE 7**

## **DEFINITIONS**

The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Code are used in this Plan. Any definitions that follow that are found in the Code are for convenience of reference only, and are superseded by the definitions found in the Code.

7.1.    Administrative Claimant:  Any person entitled to payment of an Administration Expense.

7.2.    Administrative Convenience Class:  A class consisting of every unsecured claim that is less than or reduced to an amount that the Bankruptcy Court approves as reasonable and necessary for administrative convenience pursuant to § 1122(b).

7.3.    Administrative Expense: Any cost or expense of administration of the Chapter 11 case entitled to priority under § 507(a)(2) of the Code and allowed under § 503(b) of the Code, including without limitation, any actual and necessary expenses of preserving the Debtor's estate, any actual and necessary expenses incurred following the filing of the bankruptcy petition by the Debtor-in-Possession, allowances of compensation or reimbursement of expenses to the extent allowed by the Bankruptcy Court under the Bankruptcy Code, the allowed claim of the Trustee for fees and/or reimbursements, and any fees or charges assessed against any of the Debtor' estates under Chapter 123, Title 28, United States Code.

7.4.    Administrative Tax Claim:  Any tax incurred pursuant to § 503(b)(1)(B) of the Code.

7.5.    Allowed Claim: Any claim against the Debtor pursuant to § 502 of the Code to the extent that: (a) a Proof of Claim was either timely filed or was filed late with leave of the

Bankruptcy Court or without objection by the Debtor, and (b) as to which either (i) a party in interest, including the Debtor, does not timely file an objection, or (ii) is allowed by a Final Order.

7.6.    Allowed Priority Tax Claim: A Priority Tax Claim to the extent that it is or has become an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

7.7.    Allowed Secured Claim: Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code.

7.8.    Allowed Unsecured Claim: An Unsecured Claim to the extent it is, or has become, an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

7.9.    Bankruptcy Code or "Code": The Bankruptcy Reform Act of 1978, as amended and codified as Title 11, United States Code.

7.10.    Bankruptcy Court: The United States Bankruptcy Court for the District of Idaho.

7.11.    Bankruptcy Rules:  The Federal Rules of Bankruptcy Procedure.

7.12.    Chapter 11 Case: This case under chapter 11 of the Bankruptcy Code in which Idaho Health Data Exchange is the Debtor-in-Possession.

7.13.    Claim: Any "right to payment from the Debtor whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or any right to an equitable remedy for future performance if such breach gives rise to a right of payment from the Debtor, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, disputed, undisputed, secured or unsecured." 11 U.S.C. § 101(5).

7.14.    Class: A category of holders of claims or interests which are substantially similar to the other claims or interests in such class.

7.15.    Confirmation: The entry by the Bankruptcy Court of an order confirming this Plan.

7.16.    Confirmation Date: The Date upon which the Bankruptcy Court shall enter the Confirmation Order; provided however, that if on motion the Confirmation Order or consummation of this Plan is stayed pending appeal, then the Confirmation Date shall be the entry of the Final Order vacating such stay or the date on which such stay expires and is no longer in effect.

7.17.    Confirmation Hearing: The hearing to be held to consider confirmation of this Plan.

7.18.    Confirmation Order:  An order of the Bankruptcy Court or any amendment thereto confirming this Plan in accordance with the provisions of chapter 11 of the Bankruptcy Code.

7.19.    Creditor:  Any person who has a Claim against the Debtor that arose on or before the Petition Date.

7.20.    Debtor and Debtor-in-Possession:  Idaho Health Data Exchange, Inc., the Debtor-in-possession in this Chapter 11 Case.

7.21.    Disputed Claim:  Any claim against the Debtor pursuant to § 502 of the Code that the Debtor have in any way objected to, challenged or otherwise disputed.

7.22.    Distributions:  The property required by this Plan to be distributed to the holders of Allowed Claims.

7.23.    Effective Date:  shall mean the later of (i) the fourteenth calendar day of the first full month following entry of the Confirmation Order, or (ii) the first business day after an appeal of the Confirmation Order has become final and unappealable. However, the Debtor may at any time designate an earlier Effective Date by filing written notice thereof with the Court and serving such notice on all creditors and parties in interest.

7.24.    Equity Security Holder:  A person or entity that has an ownership interest in the Debtor (if any).

7.25.    Executory Contracts:  All unexpired leases and executory contracts as described in Section 365 of the Bankruptcy Code.

7.26.    Final Order:  An order or judgment of the Bankruptcy Court that has not been reversed, stayed, modified or amended and as to which (a) any appeal that has been taken has been finally determined or dismissed, or (b) the time for appeal has expired and no notice of appeal has been filed.

7.27.    General Unsecured Creditor: A Creditor that holds a Claim in the Chapter 11 case which is not a secured Claim and which is classed in Class 3.

7.28.    IRC:  The Internal Revenue Code

7.29.    Petition Date:  August 12, 2022, the date the chapter 11 petition for relief was filed.

7.30.    Plan:  This Plan, either in its present form or as it may be altered, amended, or modified from time to time.

7.31.   Priority Tax Claim:   Any Claim entitled to priority in payment under Section 507(a)(8) of the Bankruptcy Code.

7.32.   Reorganized Debtor(s):  The Debtor after the Effective Date.

7.33.   Schedules:  Schedules and Statement of Financial Affairs, as amended, filed by the Debtor with the Bankruptcy Court listing liabilities and assets.

7.34.   Secured Creditor:  Any creditor that holds a Claim that is secured by property of the Debtor.

7.35.   Trustee:  Matthew Grimshaw, the trustee appointed pursuant to 11 U.S.C. § 1183(a) and whose duties are prescribed under 11 U.S.C. § 1183(b), this Plan, or the order confirming this Plan.

7.36.   Unsecured Creditor:  Any Creditor that holds a Claim in the Chapter 11 case which is not a secured Claim.

DATED this 10th day of November, 2022

By:   /s/ Jesse Meldru
      Idaho Health Data Exchange,
      Debtor
      By: Jesse Meldru, Director of
      Finance

DATED this 10th day of November, 2022.

By:   /s/ Matt Christensen
      Matthew T. Christensen
      Counsel for the Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of November, 2022, I filed the foregoing SUBCHAPTER V DEBTOR' PLAN OF REORGANIZATION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Chad R. Moody | crm@johnsonmaylaw.com |
| J.B. Evans | jb.evans@stoel.com |
| Jaclyn T. Gans | jtg@elamburke.com |
| Nicole C. Hancock | nicole.hancock@stoel.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen
Matthew T. Christensen

# EXHIBIT A

(Latest Monthly Operating Report)

**Fill in this information to identify the case:**

Debtor Name  Idaho Health Data Exchange

United States Bankruptcy Court for the: District of Idaho

Case number:  22-00355-JMM

☐ Check if this is an
   amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          Septmeber 2022                    Date report filed:  10/21/2022
                                                                      MM / DD / YYYY
Line of business:  Data Processing               NAISC code:          518210

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Jesse Meldru

Original signature of responsible party

Printed name of responsible party          Jesse Meldru

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Idaho Health Data Exchange                                    Case number  22-00355-JMM

17.  Have you paid any bills you owed before you filed bankruptcy?                    ❏    ☑    ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏    ❏    ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.
$ 928,685.97

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.
$  36,500.25

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.
– $ 229,637.27

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.
+ $ 193,137.02

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
= $ 735,548.95

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24.  **Total payables**
$ 204,108.35

     *(Exhibit E)*

Debtor Name  Idaho Health Data Exchange                          Case number  22-00355-JMM

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $  118,520.57

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                          2

27. What is the number of employees as of the date of this monthly report?            3

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  0.00

30. How much have you paid this month in other professional fees?                     $  0.00

31. How much have you paid in total other professional fees since filing the case?    $  0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $  0.00 | − | $  36,500.25 | = | $  -36,500.25 |
| 33. **Cash disbursements** | $ 166,881.00 | − | $ 229,637.27 | = | $  -62,756.27 |
| 34. **Net cash flow** | $ -166,881.00 | − | $ -193,137.02 | = | $  26,256.02 |

35. Total projected cash receipts for the next month:                          $  62,787.00

36. Total projected cash disbursements for the next month:                    - $  303,324.00

37. Total projected net cash flow for the next month:                          = $  -240,537.00

Debtor Name  Idaho Health Data Exchange                                    Case number  22-00355-JMM

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**EXHIBIT A/B**

**Idaho Health Data Exchange**

<u>**September 2022**</u> **Monthly Operating Report**

<u>EXHIBIT A</u>

<u>Section 1- Explanations for 'no' answers.</u>

5.       The Debtor has been working with US Bank and Chase Bank to establish a DIP account. The Debtor has been referred to different departments with each bank. Counsel contacted the office of the United States Trustee ("UST") about to request contact information for personnel that could provide appropriate direction to bank personnel.  Subsequently, UST personnel provided follow up information noting that these banks will not allow a DIP account to be opened unless a debtor was a previous account holder. Unfortunately, the banks never mentioned this limitation to the Debtor leading to unnecessary delay.

Based on the UST personnel's assistance, the Debtor contacted Wells Fargo. However, the Debtor was unable to open a DIP account immediately.  There seems to be an issue whether Wells Fargo will let the Debtor open an account. After meeting with Wells Fargo, the Debtor was told by the Wells Fargo representatives that they will be working with their back office to make the relevant evaluations.  The Debtor has been informed by Wells Fargo that there will be a follow up meeting scheduled for Monday (Oct 31) to hopefully complete the process.

Notwithstanding the foregoing, all September receipts have been safeguarded and deposited into the Debtor's existing bank account.Je

<u>EXHIBIT B</u>

<u>Section 2- Explanations for 'yes' answers.</u>

10.       *See* explanation to question no. 5 on *Exhibit A.*

# Idaho Health Data Exchange, Inc.

Transaction Report

September 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Citibank** | | | | | | | | |
| Beginning Balance | | | | | | | | 190,663.63 |
| 09/01/2022 | Check | ACH | Idacomp | | Citibank | -Split- | -10,582.50 | 180,081.13 |
| 09/01/2022 | Check | EFT | Great West Trust | Retirement Contribution - EFT to Great West | Citibank | Payroll Liabilities:401k | -1,909.09 | 178,172.04 |
| 09/06/2022 | Check | EFT | United Heritage Insurance | | Citibank | Operational:Salaries & Wages:Benefits | -50.58 | 178,121.46 |
| 09/06/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Citibank | Accounts Payable | -60,000.00 | 118,121.46 |
| 09/08/2022 | Check | EFT | Citibank | Service Charge | Citibank | Bank Charge | -157.69 | 117,963.77 |
| 09/09/2022 | Deposit | | | | Citibank | -Split- | 736,015.75 | 853,979.52 |
| 09/13/2022 | Check | EFT | Delta Dental of Idaho | | Citibank | Operational:Salaries & Wages:Benefits | -272.24 | 853,707.28 |
| 09/14/2022 | Journal Entry | 210903 | | Bill.com 09/14/22 Payables Funding | Citibank | -Split- | -83,023.24 | 770,684.04 |
| 09/15/2022 | Journal Entry | 210904 | | Bill.com 09/15/22 Payables Funding | Citibank | -Split- | -36,600.00 | 734,084.04 |
| 09/15/2022 | Bill Payment (Check) | EFT | Clarke & Sampson, Inc. | | Citibank | Accounts Payable | -16,500.00 | 717,584.04 |
| 09/15/2022 | Payroll Check | DD | █████████████ | Pay Period: 08/31/2022-09/15/2022 | Citibank | Direct Deposit Payable | -2,064.31 | 715,519.73 |
| 09/15/2022 | Payroll Check | DD | █████████████ | Pay Period: 08/31/2022-09/15/2022 | Citibank | Direct Deposit Payable | -3,650.66 | 711,869.07 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Pay Period: 08/31/2022-09/15/2022 | Citibank | Direct Deposit Payable | -3,900.44 | 707,968.63 |
| 09/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Citibank | Accounts Payable | -1,111.81 | 706,856.82 |
| 09/26/2022 | Check | EFT | The Hartford | | Citibank | Operational:Salaries & Wages:Benefits | -39.30 | 706,817.52 |
| 09/29/2022 | Check | EFT | BILL.com | BILL.com Subscription & Transaction Fees for checks mailed and EFTs delivered. | Citibank | Operational:Office Expense:Finance Charge | -196.21 | 706,621.31 |
| 09/29/2022 | Payment | | Department of Veterans Affairs | | Citibank | Accounts Receivable | 36,000.00 | 742,621.31 |
| 09/30/2022 | Payroll Check | DD | █████████████ | Pay Period: 09/16/2022-09/30/2022 | Citibank | Direct Deposit Payable | -3,650.67 | 738,970.64 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Pay Period: 09/16/2022-09/30/2022 | Citibank | Direct Deposit Payable | -3,900.45 | 735,070.19 |
| 09/30/2022 | Payroll Check | DD | ████████████ | Pay Period: 09/16/2022-09/30/2022 | Citibank | Direct Deposit Payable | -2,028.08 | 733,042.11 |
| **Total for Citibank** | | | | | | | **$542,378.48** | |
| **TOTAL** | | | | | | | **$542,378.48** | |

# Idaho Health Data Exchange, Inc.

### Transaction Report

September 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| Restricted Cash Pledged Collateral | | | | | | | | |
| Beginning Balance | | | | | | | | 2,506.59 |
| 09/30/2022 | Journal Entry | 210936 | | Taxable Interest Income | Restricted Cash Pledged Collateral | -Split- | 0.25 | 2,506.84 |
| **Total for Restricted Cash Pledged Collateral** | | | | | | | **$0.25** | |
| **TOTAL** | | | | | | | **$0.25** | |

# Idaho Health Data Exchange, Inc.

Transaction Report

September 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Bill.com Money Out Clearing** | | | | | | | | |
| 09/14/2022 | Journal Entry | 210903 | | Bill.com 09/14/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 83,023.24 | 83,023.24 |
| 09/14/2022 | Bill Payment (Check) | | 4medica, Inc. | Inv #IHDE2022FEB-R | 1072 Bill.com Money Out Clearing | Accounts Payable | - 22,500.00 | 60,523.24 |
| 09/14/2022 | Bill Payment (Check) | | eHealth Technologies | Inv #26154 | 1072 Bill.com Money Out Clearing | Accounts Payable | - 19,998.00 | 40,525.24 |
| 09/14/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | multiple invoices | 1072 Bill.com Money Out Clearing | Accounts Payable | - 16,800.00 | 23,725.24 |
| 09/14/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | Inv #22-IHDE-44805 | 1072 Bill.com Money Out Clearing | Accounts Payable | - 14,017.18 | 9,708.06 |
| 09/14/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | Inv #1832-- bill.com Check Number: 204825975 | 1072 Bill.com Money Out Clearing | Accounts Payable | -5,000.00 | 4,708.06 |
| 09/14/2022 | Bill Payment (Check) | | Idacomp | Inv #ICC802230-- bill.com Check Number: 204817885 | 1072 Bill.com Money Out Clearing | Accounts Payable | -1,290.00 | 3,418.06 |
| 09/14/2022 | Bill Payment (Check) | | Amazon Web Services | Inv #1091763869-- bill.com Check Number: 204820730 | 1072 Bill.com Money Out Clearing | Accounts Payable | -3,418.06 | 0.00 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | Inv #3005 | 1072 Bill.com Money Out Clearing | Accounts Payable | - 20,000.00 | - 20,000.00 |
| 09/15/2022 | Journal Entry | 210904 | | Bill.com 09/15/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 36,600.00 | 16,600.00 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | multiple invoices | 1072 Bill.com Money Out Clearing | Accounts Payable | - 16,600.00 | 0.00 |
| **Total for Bill.com Money Out Clearing** | | | | | | | **$0.00** | |
| **TOTAL** | | | | | | | **$0.00** | |

Accrual Basis Tuesday, October 18, 2022 03:27 PM GMT-07:00

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Accounts Payable** | | | | | | | | |
| Beginning Balance | | | | | | | | 947,751.95 |
| 08/15/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,161.81 | 946,590.14 |
| 08/16/2022 | Bill | ICC802230 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 1,290.00 | 947,880.14 |
| 08/31/2022 | Bill | 3004 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 957,880.14 |
| 08/31/2022 | Bill | 3003 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 6,600.00 | 964,480.14 |
| 08/31/2022 | Bill | 22-08-4829 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 981,280.14 |
| 08/31/2022 | Bill | 26154 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 1,001,278.14 |
| 08/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Rent | 1,111.81 | 1,002,389.95 |
| 09/01/2022 | Bill | IN207484 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,062,389.95 |
| 09/01/2022 | Bill | 3911 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,086,314.95 |
| 09/01/2022 | Bill | 3005 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,106,314.95 |
| 09/01/2022 | Bill | 22-IHDE-44805 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 14,017.18 | 1,120,332.13 |
| 09/02/2022 | Bill | 1115100273 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,484.14 | 1,123,816.27 |
| 09/06/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,063,816.27 |
| 09/14/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,290.00 | 1,062,526.27 |
| 09/14/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,418.06 | 1,059,108.21 |
| 09/14/2022 | Bill Payment (Check) | | 4medica, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -22,500.00 | 1,036,608.21 |
| 09/14/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 1,016,610.21 |
| 09/14/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 999,810.21 |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 09/14/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -14,017.18 | 985,793.03 |
| 09/14/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -5,000.00 | 980,793.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,600.00 | 964,193.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -20,000.00 | 944,193.03 |
| 09/15/2022 | Bill | | The Hartford | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 906.00 | 945,099.03 |
| 09/15/2022 | Bill Payment (Check) | EFT | Clarke & Sampson, Inc. | | Accounts Payable | Citibank | -16,500.00 | 928,599.03 |
| 09/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 927,487.22 |
| 09/20/2022 | Bill | 95048 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,211.53 | 929,698.75 |
| 09/30/2022 | Bill | 3009 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 939,698.75 |
| 09/30/2022 | Bill | INV13955 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 948,032.08 |
| 09/30/2022 | Bill | 3008 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 4,702.50 | 952,734.58 |
| 09/30/2022 | Bill | 95846 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 5,977.98 | 958,712.56 |
| **Total for Accounts Payable** | | | | | | | **$10,960.61** | |
| **TOTAL** | | | | | | | **$10,960.61** | |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| Accounts Payable | | | | | | | | |
| Beginning Balance | | | | | | | | 947,751.95 |
| 08/15/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,161.81 | 946,590.14 |
| 08/16/2022 | Bill | ICC802230 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 1,290.00 | 947,880.14 |
| 08/31/2022 | Bill | 22-08-4829 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 964,680.14 |
| 08/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Rent | 1,111.81 | 965,791.95 |
| 08/31/2022 | Bill | 26154 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 985,789.95 |
| 08/31/2022 | Bill | 3003 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 6,600.00 | 992,389.95 |
| 08/31/2022 | Bill | 3004 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 1,002,389.95 |
| 09/01/2022 | Bill | 3005 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,022,389.95 |
| 09/01/2022 | Bill | IN207484 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,082,389.95 |
| 09/01/2022 | Bill | 3911 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,106,314.95 |
| 09/01/2022 | Bill | 22-IHDE-44805 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 14,017.18 | 1,120,332.13 |
| 09/02/2022 | Bill | 1115100273 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,484.14 | 1,123,816.27 |
| 09/06/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,063,816.27 |
| 09/14/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -5,000.00 | 1,058,816.27 |
| 09/14/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 1,038,818.27 |
| 09/14/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -14,017.18 | 1,024,801.09 |
| 09/14/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,290.00 | 1,023,511.09 |
| 09/14/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,418.06 | 1,020,093.03 |
| 09/14/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 1,003,293.03 |
| 09/14/2022 | Bill Payment (Check) | | 4medica, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -22,500.00 | 980,793.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -20,000.00 | 960,793.03 |
| 09/15/2022 | Bill Payment | EFT | Clarke & Sampson, Inc. | | Accounts Payable | Citibank | -16,500.00 | 944,293.03 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | (Check) | | | | | | | |
| 09/15/2022 | Bill | | The Hartford | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 906.00 | 945,199.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,600.00 | 928,599.03 |
| 09/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 927,487.22 |
| 09/20/2022 | Bill | 95048 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,211.53 | 929,698.75 |
| 09/30/2022 | Bill | 95846 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 5,977.98 | 935,676.73 |
| 09/30/2022 | Bill | INV13955 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 944,010.06 |
| 09/30/2022 | Bill | 3008 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 4,702.50 | 948,712.56 |
| 09/30/2022 | Bill | 3009 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 958,712.56 |
| **Total for Accounts Payable** | | | | | | | **$10,960.61** | |
| Visa Payable 2630 | | | | | | | | |
| Beginning Balance | | | | | | | | 126.45 |
| **Total for Visa Payable 2630** | | | | | | | | |
| Visa Payable 6145 | | | | | | | | |
| Beginning Balance | | | | | | | | 363.10 |
| **Total for Visa Payable 6145** | | | | | | | | |
| Accrued Liabilities | | | | | | | | |
| Accrued PTO | | | | | | | | |
| Beginning Balance | | | | | | | | 23,466.65 |
| 08/31/2022 | Journal Entry | 210911 | | Adjust PTO | Accrued Liabilities:Accrued PTO | -Split- | -2,374.45 | 21,092.20 |
| 09/30/2022 | Journal Entry | 210912 | | Adjust PTO | Accrued Liabilities:Accrued PTO | -Split- | 1,116.32 | 22,208.52 |
| **Total for Accrued PTO** | | | | | | | **$ -1,258.13** | |
| **Total for Accrued Liabilities** | | | | | | | **$ -1,258.13** | |
| Current Portion of Orion Note Payable | | | | | | | | |
| Beginning Balance | | | | | | | | 297,529.68 |
| 08/31/2022 | Journal Entry | 210919 | | Record Accrued Interest on Current Portion of Note Payable | Current Portion of Orion Note Payable | -Split- | 12,818.81 | 310,348.49 |
| 09/30/2022 | Journal Entry | 210920 | | Record Accrued Interest on Current Portion of Note Payable | Current Portion of Orion Note Payable | -Split- | 12,893.59 | 323,242.08 |
| **Total for Current Portion of Orion Note Payable** | | | | | | | **$25,712.40** | |
| Direct Deposit Payable | | | | | | | | |
| 08/12/2022 | Payroll Check | DD | ███████████ | Direct Deposit | Direct Deposit Payable | Citibank | -3,630.66 | -3,630.66 |
| 08/12/2022 | Payroll Check | DD | ███████████ | Pay Period: 07/31/2022-08/15/2022 | Direct Deposit Payable | -Split- | 3,630.66 | 0.00 |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| 08/12/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 07/31/2022-08/15/2022 RegPay includes 8 Hr. of Bereavement | Direct Deposit Payable | -Split- | 2,020.07 | 2,020.07 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -2,020.07 | 0.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 08/16/2022-08/30/2022 | Direct Deposit Payable | -Split- | 3,650.66 | 3,650.66 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -3,650.66 | 0.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 08/16/2022-08/30/2022 | Direct Deposit Payable | -Split- | 2,366.29 | 2,366.29 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -2,366.29 | 0.00 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -2,064.31 | -2,064.31 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 08/31/2022-09/15/2022 | Direct Deposit Payable | -Split- | 2,064.31 | 0.00 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Direct Deposit | Direct Deposit Payable | Citibank | -3,900.44 | -3,900.44 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Pay Period: 08/31/2022-09/15/2022 | Direct Deposit Payable | -Split- | 3,900.44 | 0.00 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -3,650.66 | -3,650.66 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 08/31/2022-09/15/2022 | Direct Deposit Payable | -Split- | 3,650.66 | 0.00 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 09/16/2022-09/30/2022 | Direct Deposit Payable | -Split- | 2,028.08 | 2,028.08 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Pay Period: 09/16/2022-09/30/2022 | Direct Deposit Payable | -Split- | 3,900.45 | 5,928.53 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Direct Deposit | Direct Deposit Payable | Citibank | -3,900.45 | 2,028.08 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | Pay Period: 09/16/2022-09/30/2022 | Direct Deposit Payable | -Split- | 3,650.67 | 5,678.75 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -3,650.67 | 2,028.08 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | Direct Deposit | Direct Deposit Payable | Citibank | -2,028.08 | 0.00 |
| **Total for Direct Deposit Payable** | | | | | | | **$0.00** | |
| Note Payable SPUR due 8.2.21 | | | | | | | | |
| Beginning Balance | | | | | | | | 262,500.00 |
| **Total for Note Payable SPUR due 8.2.21** | | | | | | | | |
| Payroll Liabilities | | | | | | | | |
| 401k | | | | | | | | |
| Beginning Balance | | | | | | | | -0.35 |
| 08/12/2022 | Journal Entry | 210902 | | Record ER Match - 2022-08-12 | Payroll Liabilities:401k | -Split- | 706.87 | 706.52 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 231.87 | 938.39 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 890.63 | 1,829.02 |
| 08/15/2022 | Check | EFT | Great West Trust | | Payroll Liabilities:401k | Citibank | -1,829.38 | -0.36 |
| 08/29/2022 | Journal Entry | 210907 | | Record ER Match - 2022-08-31 | Payroll Liabilities:401k | -Split- | 746.73 | 746.37 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 271.72 | 1,018.09 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 890.63 | 1,908.72 |
| 09/01/2022 | Check | EFT | Great West Trust | | Payroll Liabilities:401k | Citibank | -1,909.09 | -0.37 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 236.15 | 235.78 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 890.63 | 1,126.41 |
| 09/15/2022 | Journal Entry | 210908 | | Record ER Match - 2022-09-15 | Payroll Liabilities:401k | -Split- | 711.16 | 1,837.57 |
| 09/30/2022 | Journal Entry | 210909 | | Record ER Match - 2022-09-30 | Payroll Liabilities:401k | -Split- | 706.87 | 2,544.44 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 890.63 | 3,435.07 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | 401k | Payroll Liabilities:401k | Direct Deposit Payable | 231.87 | 3,666.94 |
| **Total for 401k** | | | | | | | **$3,667.29** | |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| **Federal Taxes (941/944)** | | | | | | | | |
| Beginning Balance | | | | | | | | -1,930.77 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,328.83 | -601.94 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 601.94 | 0.00 |
| 08/30/2022 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll | Payroll Liabilities:Federal Taxes (941/944) | Citibank | -2,061.96 | -2,061.96 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,328.83 | -733.13 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 733.13 | 0.00 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,132.58 | 1,132.58 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 616.04 | 1,748.62 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,328.83 | 3,077.45 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,132.56 | 4,210.01 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 1,328.81 | 5,538.82 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Taxes (941/943/944) | Payroll Liabilities:Federal Taxes (941/944) | Direct Deposit Payable | 601.92 | 6,140.74 |
| **Total for Federal Taxes (941/944)** | | | | | | | **$8,071.51** | |
| **Federal Unemployment (940)** | | | | | | | | |
| Beginning Balance | | | | | | | | 114.66 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 114.66 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 11.34 | 126.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 126.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 126.00 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 27.91 | 153.91 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 153.91 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 153.91 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 14.09 | 168.00 |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 168.00 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | Federal Unemployment (940) | Payroll Liabilities:Federal Unemployment (940) | Direct Deposit Payable | 0.00 | 168.00 |
| **Total for Federal Unemployment (940)** | | | | | | | **$53.34** | |
| Health Premium | | | | | | | | |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 339.62 | 339.62 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 212.00 | 551.62 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 339.62 | 891.24 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 212.00 | 1,103.24 |
| 08/31/2022 | Journal Entry | 210931 | | To Account for Employee Paid Portion of Benefit Expense | Payroll Liabilities:Health Premium | -Split- | -1,103.24 | 0.00 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 347.87 | 347.87 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 339.62 | 687.49 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 212.00 | 899.49 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 347.87 | 1,247.36 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 339.62 | 1,586.98 |
| 09/30/2022 | Journal Entry | 210932 | | To Account for Employee Paid Portion of Benefit Expense | Payroll Liabilities:Health Premium | -Split- | -1,798.98 | -212.00 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | Health Premium | Payroll Liabilities:Health Premium | Direct Deposit Payable | 212.00 | 0.00 |
| **Total for Health Premium** | | | | | | | **$0.00** | |
| ID Income Tax | | | | | | | | |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 201.00 | 201.00 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 63.00 | 264.00 |
| 08/30/2022 | Check | EFT | Idaho State Tax Commission | Idaho State Income Tax - Employee Payroll - 8/31/22 | Payroll Liabilities:ID Income Tax | Citibank | -263.00 | 1.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 181.00 | 182.00 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 82.00 | 264.00 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 58.00 | 322.00 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 181.00 | 503.00 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 181.00 | 684.00 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮▮ | ID Income Tax | Payroll Liabilities:ID Income Tax | Direct Deposit Payable | 55.00 | 739.00 |
| **Total for ID Income Tax** | | | | | | | **$739.00** | |
| ID Unemployment Tax | | | | | | | | |
| Beginning Balance | | | | | | | | 980.51 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 0.00 | 980.51 |
| 08/12/2022 | Payroll Check | DD | ▮▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 171.93 | 1,152.44 |
| 08/30/2022 | Check | EFT | Idaho State Tax Commission | ID Unemployment Tax - Employee Payroll - 8/31/22 | Payroll Liabilities:ID Unemployment Tax | Citibank | -203.81 | 948.63 |
| 08/31/2022 | Payroll Check | DD | ▮▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 0.00 | 948.63 |

# Idaho Health Data Exchange, Inc.

### Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/31/2022 | Payroll Check | DD | ▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 203.81 | 1,152.44 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 175.35 | 1,327.79 |
| 09/15/2022 | Payroll Check | DD | ▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 0.00 | 1,327.79 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 0.00 | 1,327.79 |
| 09/30/2022 | Payroll Check | DD | ▮▮▮ | ID Unemployment Tax | Payroll Liabilities:ID Unemployment Tax | Direct Deposit Payable | 42.33 | 1,370.12 |
| **Total for ID Unemployment Tax** | | | | | | | **$389.61** | |
| NV Unemployment Tax | | | | | | | | |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | NV Unemployment Tax | Payroll Liabilities:NV Unemployment Tax | Direct Deposit Payable | 150.00 | 150.00 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | NV Unemployment Tax | Payroll Liabilities:NV Unemployment Tax | Direct Deposit Payable | 150.00 | 300.00 |
| **Total for NV Unemployment Tax** | | | | | | | **$300.00** | |
| **Total for Payroll Liabilities** | | | | | | | **$13,220.75** | |
| Payroll Tax Liability | | | | | | | | |
| Beginning Balance | | | | | | | | -2,911.08 |
| **Total for Payroll Tax Liability** | | | | | | | | |
| Reserve for Legal Dispute | | | | | | | | |
| Beginning Balance | | | | | | | | 788,500.00 |
| **Total for Reserve for Legal Dispute** | | | | | | | | |
| Unearned Revenue | | | | | | | | |
| Medicaid Unearned Revenue | | | | | | | | |
| Beginning Balance | | | | | | | | 288,566.73 |
| 08/31/2022 | Journal Entry | 210974 | | Revenue recognition for licenses associated with SA contracts. | Unearned Revenue:Medicaid Unearned Revenue | -Split- | -26,233.33 | 262,333.40 |
| 09/30/2022 | Journal Entry | 210975 | | Revenue recognition for licenses associated with SA contracts. | Unearned Revenue:Medicaid Unearned Revenue | -Split- | -26,233.33 | 236,100.07 |
| **Total for Medicaid Unearned Revenue** | | | | | | | **$ -** **52,466.66** | |
| Participant Unearned Revenue | | | | | | | | |
| Beginning Balance | | | | | | | | 238,758.90 |
| 08/31/2022 | Journal Entry | 210977 | | Recognize deferred revenue | Unearned Revenue:Participant Unearned Revenue | -Split- | - 101,607.86 | 137,151.04 |
| 09/30/2022 | Journal Entry | 210978 | | Recognize deferred revenue | Unearned Revenue:Participant Unearned Revenue | -Split- | -98,669.46 | 38,481.58 |
| **Total for Participant Unearned Revenue** | | | | | | | **$ -** | |

# Idaho Health Data Exchange, Inc.

Transaction Report

August 12 - September 30, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 200,277.32 | |
| **Total for Unearned Revenue** | | | | | | | **$ -252,743.98** | |
| Note Payable Orion | | | | | | | | |
| Beginning Balance | | | | | | | | 1,899,980.45 |
| **Total for Note Payable Orion** | | | | | | | | |
| **TOTAL** | | | | | | | **$ -204,108.35** | |

# Idaho Health Data Exchange, Inc.

### A/R Aging Summary

### As of September 30, 2022

| | CURRENT | 1 AND OVER | TOTAL |
|---|---|---|---|
| Ada Pediatrics, P.A. | | 750.00 | $750.00 |
| Appleton Clinics Idaho | | 1,957.50 | $1,957.50 |
| Ashton Memorial, Inc. | | 750.00 | $750.00 |
| Aspen Transitional Rehab | | 895.50 | $895.50 |
| Central District Health Dept. | | 26,041.50 | $26,041.50 |
| East to West Family Medicine | | 750.00 | $750.00 |
| Everest Ambulatory Surgery Center, LLC | | 750.00 | $750.00 |
| Gritman Medical Center | | 5,759.25 | $5,759.25 |
| Health Care For Women PA | | 475.00 | $475.00 |
| HealthMotivate Care | | 1,719.00 | $1,719.00 |
| Idaho Department of Health and Welfare | | 25,000.00 | $25,000.00 |
| Innovation Medical Group | | -187.50 | $ -187.50 |
| Kaylor Family Medicine | | 4,840.50 | $4,840.50 |
| Kootenai Medical Center | | 32,027.75 | $32,027.75 |
| LabCorp | | 7,500.00 | $7,500.00 |
| Legacy Navigation | | 375.00 | $375.00 |
| Lifeways, Inc. | | 750.00 | $750.00 |
| Meridian Meadows Transitional Care | | 750.00 | $750.00 |
| North Canyon Medical Center | | 600.00 | $600.00 |
| Omega Mental Health Services | | 750.00 | $750.00 |
| Oster Medical Group | | 750.00 | $750.00 |
| Panhandle Health District | | 750.00 | $750.00 |
| Rindfleisch Family Practice | | 475.00 | $475.00 |
| Sandpoint Family Medicine Inc | | 950.00 | $950.00 |
| Skyline Transitional Care | | 207.00 | $207.00 |
| Stark Medical Group | | 1,500.00 | $1,500.00 |
| Terrace Home Health | | 1,200.00 | $1,200.00 |
| Treasure Valley Hospice, LLC. | | 435.07 | $435.07 |
| TOTAL | $0.00 | $118,520.57 | $118,520.57 |

 **Advisors**

**SNAPSHOT**
## Current period ending September 30, 2022

ACCOUNT NAME:                    IDAHO HEALTH DATA EXCHANGE,INC

ACCOUNT NUMBER:              ▮0152

Your Financial Advisor:
ZACHARY B KAPLAN
Phone: 866-281-7436

2141 ROSECRANS AVENUE
SUITE 4100
EL SEGUNDO, CA 90245

**Electronic Delivery**

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

IDAHO HEALTH DATA EXCHANGE,INC
1299 N ORCHARD RD
BOISE        ID 83706-2265

### Message from Wells Fargo Advisors
YEAR-END TAX AND INVESTMENT DEADLINES ARE APPROACHING FAST. NOW IS A GOOD TIME TO CHECK IN WITH YOUR FINANCIAL ADVISOR TO DETERMINE WHETHER THERE ARE ACTIONS YOU SHOULD TAKE TO HELP YOU MAKE THE MOST OF YOUR MONEY. LEARN MORE AT WELLSFARGOADVISORS.COM/PLANFORYEAREND2022.

### News
GET MORE DONE IN LESS TIME WITH WELLS FARGO MOBILE® DEPOSIT. DEPOSIT CHECKS INTO YOUR BROKERAGE ACCOUNT WITH CASH SERVICES USING THE WELLS FARGO MOBILE APP ON YOUR MOBILE DEVICE. IT'S FAST, EASY, AND SECURE.

**Investment and Insurance Products are:**
• Not Insured by the FDIC or Any Federal Government Agency
• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

# General instructions and disclosures

## About this statement

**Clearing services:** Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Trade date statement and trade details:** All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.

**Pricing of securities:** Securities prices on your statement may vary from actual liquidation value. Prices are provided by outside quotation services which we believe are reliable but due to the nature of market data the accuracy cannot be guaranteed. In the absence of such pricing, prices are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, if less actively traded, by u ilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not listed on a national exchange are generally illiquid. Because no trading market exists for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Values for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. The sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact he individual servicing your account.

**Estimated annual income/yield:** Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary:** The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

**Texas designation:** If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. The designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com**.

**Tax reporting:** We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099  interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.

## About your rights and responsibilities

**Questions and complaints about Your Account:** This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting the FINRA website at **www.finra.org.** An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regula ion Public Disclosure Program is also available from FINRA upon request.

**MSRB disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org**.

**Account protection:** Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300**. In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This addi ional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, escrow receipts, direct investments, currency, commodities or related contracts, hedge funds and certain other investments.

**Investor education:** Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. This information may be found in the "Other Insights" menu. Wells Fargo Advisors has also developed numerous investor education guides to provide you wi h important information regarding the products and services we offer. These guides may be found in the "Why Invest With Us" menu.

**Free credit balances:** Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances:** Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

**Option accounts:** Pursuant to FINRA Rule 2360, option assignment notices are randomly allocated by an automated process amongst all client short option positions that are subject to exercise, including posi ions established on the day of assignment. Transaction confirmations that were previously furnished to you provides information on commissions and other charges related to your option transaction executions. Details of our random allocation procedures and copies of transaction confirmations are available upon request.



**WELLS FARGO** **Advisors**

**SNAPSHOT**

**IDAHO HEALTH DATA EXCHANGE,INC**

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ████0152

## Progress summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value | **$2,506.59** | **$514,957.42** |
| Cash deposited | 0.00 | 2,099,960.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | 0.00 | -2,446,196.46 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 0.25 | -166,214.12 |
| **Closing value** | **$2,506.84** | **$2,506.84** |

## Value over time



## Portfolio summary

**CURRENT**



| | ASSET TYPE | PREVIOUS VALUE ON AUG 31 | % | CURRENT VALUE ON SEP 30 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|---|
| **ASSETS** | Cash and sweep balances | 2,506.59 | 100.00 | 2,506.84 | 100.00 | 3 |
| | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Mutual funds | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | **Asset value** | **$2,506.59** | **100%** | **$2,506.84** | **100%** | **$3** |

SNAPSHOT
020 LG LG2J

# SNAPSHOT

Page 2 of 6

**IDAHO HEALTH DATA EXCHANGE,INC**

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ▮▮▮▮-0152

## Cash flow summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value of cash and sweep balances** | **$2,506.59** | |
| Income and distributions | 0.25 | 7,117.98 |
| Securities sold and redeemed | 0.00 | 1,812,651.40 |
| Electronic funds transfers | 0.00 | 2,099,960.00 |
| **Net additions to cash** | **$0.25** | **$3,919,729.38** |
| Electronic funds transfers | 0.00 | -2,409,465.62 |
| Advisory program, platform and manager fees | 0.00 | -14,496.31 |
| Other subtractions, transfers & charges | 0.00 | -22,234.53 |
| **Net subtractions from cash** | **$0.00** | **-$2,446,196.46** |
| **Closing value of cash and sweep balances** | **$2,506.84** | |

## Income summary *

|  |  | THIS PERIOD | THIS YEAR |
|---|---|---|---|
| **TAXABLE** | Money market/sweep funds | 0.25 | 25.94 |
| | Interest | 0.00 | 5,500.00 |
| | Ordinary dividends and ST capital gains | 0.00 | 409.80 |
| | Qualified dividends | 0.00 | 691.31 |
| | **Total taxable income** | **$0.25** | **$6,627.05** |
| | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
| | **Total income** | **$0.25** | **$6,627.05** |

* Certain distributions made in  he current year are reported as prior year income according to IRS regulations.  This may cause a difference between Cash Flow and Income Summary totals.

## Gain/loss summary

|  | UNREALIZED | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|---|
| Short term (S) | 0.00 | 0.00 | -518.81 |
| Long term (L) | 0.00 | 0.00 | -95,046.11 |
| **Total** | **$0.00** | **$0.00** | **-$95,564.92** |



**Advisors**

**SNAPSHOT** ████████████████████  Page 3 of 6

IDAHO HEALTH DATA EXCHANGE,INC

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ████-0152

## Your Financial Advisor

ZACHARY B KAPLAN
Phone: 866-281-7436

2141 ROSECRANS AVENUE
SUITE 4100
EL SEGUNDO, CA 90245

## Client service information

Client service:      800-266-6263
Website:             www.wellsfargoadvisors.com

## Account profile

| | |
|---|---|
| Full account name: | IDAHO HEALTH DATA EXCHANGE,INC |
| Account type: | Brokerage Cash Services |
| Brokerage account number: | ████-0152 |
| Brokerage Cash Services number: | ████0925 |
| Tax status: | Non-Profit |
| Investment objective/Risk tolerance:* | MODERATE INCOME |
| Time horizon:* | LONG TERM (10+ YEARS) |
| Liquidity needs:* | MODERATE |
| Cost Basis Election: | First in, First out |
| Sweep option: | EXPANDED BANK DEPOSIT |

*For more information, please visit us at:  www.wellsfargoadvisors.com/disclosures

## For your consideration

Go paperless.  Accessing your account documents online is easy, secure, and costs nothing.  Sign on at **wellsfargoadvisors.com**, go to **Portfolio** and select **Statements & Docs**, and then click on the **Delivery Preferences** link.  Choose **Paperless - All Docs** or view your Delivery Settings details to select specific account documents for paperless delivery.  If you do not have a Username and Password, visit **wellsfargoadvisors.com/signup** or call 1-877-879-2495 for enrollment assistance.

## Document delivery status

Email Address:  JMELDRU@BEYONDHIE.ORG

## Available funds

| | |
|---|---|
| Cash | 0.00 |
| Money market and sweep funds | 2,506.84 |
| Available for loan | 0.00 |
| **Your total available funds** | **$2,506.84** |

| | Paper | Electronic |
|---|---|---|
| Statements: | | X |
| Trade confirmations: | | X |
| Tax documents: | X | |
| Shareholder communications: | | X |
| Other documents: | | X |

**IDAHO HEALTH DATA EXCHANGE,INC**

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ███-0152

## Additional information

| | THIS PERIOD | THIS YEAR | | THIS PERIOD | THIS YEAR |
|---|---|---|---|---|---|
| Accrued interest on sales | 0.00 | 2,176.33 | Gross proceeds | 0.00 | 1,810,475.07 |

# Portfolio detail

## Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of the money market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. The money market mutual funds in the sweep reserve the right to require one or more day's prior notice before permitting withdrawals.
Standard Bank Deposit Sweep - Consists of monies generally first held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated banks.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. unless indicated otherwise on our public website and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated banks.
Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depositor, per institution, in accordance with FDIC rules. For additional information, please contact Your Financial Advisor.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | EST MATED ANNUAL INCOME |
|---|---|---|---|---|
| EXPANDED BANK DEPOSIT | 100.00 | 0.121 | 2,506.84 | 3.00 |
| Interest Period 09/01/22 - 09/30/22 | | | | |
| **Total Cash and Sweep Balances** | **100.00** | | **$2,506.84** | **$3.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

## Bank Deposit Allocation

Monies on deposit at each bank are eligible for FDIC insurance of up to $250,000 per depositor, per bank in accordance with FDIC rules. In those instances where deposit balances exceed the maximum FDIC insurance limits, those deposits will be uninsured. Deposits at each bank are not held in your securities brokerage account and therefore not covered by SIPC. Settlement timing differences will cause balances displayed in this section to vary from those indicated in the Portfolio detail section due to activity that occurs after 2pm ET on the last business day of the month. For additional information, please contact Your Financial Advisor.

| DESCRIPTION | FDIC CERT NUMBER | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|---|
| NY COMMUNITY BANK | ███ | 0.11 | 09/30 |
| FIRST REPUBLIC BANK | | 2,506.73 | 09/30 |
| **Total Bank Deposits** | | **$2,506.84** | |



**Advisors**

**IDAHO HEALTH DATA EXCHANGE,INC**

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ████-0152

## Activity detail

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| 09/30 | Cash | INTEREST | | EXPANDED BANK DEPOSIT ████ 2,506 | | 0.25 |
| | | | | **Total Income and distributions:** | | **$0.25** |

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|------|-------------|-------------|--------|------|-------------|-------------|--------|
| 09/01 | | BEGINNING BALANCE | 2,506.59 | 09/30 | | ENDING BALANCE | 2,506.84 |
| 09/30 | REINVEST INT | EXPANDED BANK DEPOSIT | 0.25 | | | | |

## Bank Deposits Through Teller

**September 1 - September 30**

## Wells Fargo Bank, N.A. (Member FDIC)

**Account number** ████0925          **Questions?  Call us at 1-800-266-6263**

Deposits made in a bank branch on the last business day of the month will typically appear on your next statement.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|------|-------------|-------------|--------|--------------|
| 09/01 | | BEGINNING BALANCE | | $0.00 |

020 LG LG2J

**IDAHO HEALTH DATA EXCHANGE,INC**

SEPTEMBER 1, 2022 - SEPTEMBER 30, 2022
ACCOUNT NUMBER: ███-0152

## Bank Deposits Through Teller continued

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|------|-------------|-------------|--------|--------------|
| 09/30 | | ENDING BALANCE | | $0.00 |

## Specific instructions and disclosures

**Available funds**
"Available for loan" reflects the approximate amount available as of the statement period ending date and should be reduced by any pending checks and Visa charges not yet cleared.  This amount is the approximate amount available for withdrawal and loans.  A margin loan is a variable rate loan secured by your account.

**Income on non-reportable accounts**
Your income summary is categorized into taxable and tax-exempt income based upon the securities that you hold. Please be aware that, since this is a 1099 non-reportable account, this income will NOT be reported to the IRS, but is being provided to you for informational purposes only.

**Cost basis - To add or update information or modify your reporting options, please contact Your Financial Advisor.**
This statement presents estimated unrealized or realized gains or losses for your information only.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.  Cost basis information is not verified by Wells Fargo Advisors and should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to  he IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.

020 LG LG2J

Citibank CBO Services    913
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F008

000
CITIBANK, N. A.
**Account**
████████7677
**Statement Period**
**Sep 1 - Sep 30, 2022**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
Page 1 of 3

IDAHO HEALTH DATA EXCHANGE, INC
1299 N. ORCHARD ST 120
BOISE                ID 83706

## CitiBusiness® ACCOUNT AS OF SEPTEMBER 30, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$733,042.11** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

| **Checking** | | **Balance** |
|---|---|---|
| CitiBusiness Checking ████ | 7677 | $733,042.11 |
| CitiBusiness Checking ████ | 7685 | $0.00 |
| **Total Checking at Citibank** | | **$733,042.11** |

## SUGGESTIONS AND RECOMMENDATIONS

Wire transfers in Croatian Kuna (HRK) will be discontinued November 13, 2022, as the country will replace HRK with the Euro (EUR) as its official legal tender. After this date you may send wire transfers to Croatia in Euros (EUR). Please contact your beneficiary to confirm their account has been converted to EUR before setting up a new payee. Please refer to your Account Documentation for any applicable wire fees and other terms.

## SERVICE CHARGE SUMMARY FROM AUGUST 1, 2022 THRU AUGUST 31, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #** ████ **7677** | | | |
| Average Daily Collected Balance | | | $261,716.18 |
| DEPOSIT SERVICES | | | |
| DEPOSIT ASSESSMENT | 261,716 | | 38.89 |
| MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |
| CITIBUSINESS ONLINE | | | |
| CBOL - OUT. DOMESTIC WIRE TXFR | 3 | 17.0000 | 51.00 |
| DEPOSIT SERVICES | | | |
| REMOTE CHECK MAINTENANCE | 1 | 60.0000 | 60.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH DEBIT RECEIVED | 25 | .1700 | 4.25 |
| **Total Charges for Services** | | | **$178.14** |
| **CITIBUSINESS CHECKING #** ████ **7685** | | | |
| Average Daily Collected Balance | | | $0.00 |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |

IDAHO HEALTH DATA EXCHANGE, INC          Account ███ 7677          Page 2 of 3
                                         Statement Period: Sep 1 - Sep 30, 2022

001/R1/04F008

| SERVICE CHARGE SUMMARY FROM AUGUST 1, 2022 THRU AUGUST 31, 2022 | Continued |
|---|---|

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **Total Charges for Services** | | | **$24.00** |
| **Total Non-Interest Bearing Account Charges** | | | **$202.14** |
| Average collected balances | | | $261,716.18 |
| Balances eligible for Earnings Credit | | | $261,716.18 |
| Balances Required to Offset Service Charges | | | $1,189,998.18 |
| Earnings Credit allowance at  0.20000% | | | $44.45 |
| Charges Subject to Earnings Credit | | | $202.14 |
| **Net Service Charge** | | | **$157.69** |

Charges debited from account # ███ 7677

| CHECKING ACTIVITY |
|---|

**CitiBusiness Checking**

███ 7677                                      Beginning Balance:     $190,663.63
                                              Ending Balance:        $733,042.11

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01 | ACH DEBIT<br>GREAT-WEST TRUST  PAYMENTS  ███ 3287   Sep 01 | 1,909.09 | | 188,754.54 |
| 09/02 | ACH DEBIT<br>IDACOMP, LLC.   SALE        Sep 02 | 10,582.50 | | 178,172.04 |
| 09/06 | CBUSOL TRANSFER DEBIT<br>Payment for Invoice IN207302 | 60,000.00 | | 118,172.04 |
| 09/06 | ACH DEBIT<br>UNITED HERITAGE   Group Pymt      03532 Sep 06 | 50.58 | | 118,121.46 |
| 09/08 | DEPOSIT | | 187.50 | 118,308.96 |
| 09/08 | DEPOSIT | | 250.00 | 118,558.96 |
| 09/08 | DEPOSIT | | 500.00 | 119,058.96 |
| 09/08 | DEPOSIT | | 750.00 | 119,808.96 |
| 09/08 | DEPOSIT | | 750.00 | 120,558.96 |
| 09/08 | DEPOSIT | | 750.00 | 121,308.96 |
| 09/08 | DEPOSIT | | 750.00 | 122,058.96 |
| 09/08 | DEPOSIT | | 750.00 | 122,808.96 |
| 09/08 | DEPOSIT | | 750.00 | 123,558.96 |
| 09/08 | DEPOSIT | | 750.00 | 124,308.96 |
| 09/08 | DEPOSIT | | 750.00 | 125,058.96 |
| 09/08 | DEPOSIT | | 837.00 | 125,895.96 |
| 09/08 | DEPOSIT | | 1,045.00 | 126,940.96 |
| 09/08 | DEPOSIT | | 1,116.00 | 128,056.96 |
| 09/08 | DEPOSIT | | 1,250.00 | 129,306.96 |
| 09/08 | DEPOSIT | | 1,425.00 | 130,731.96 |
| 09/08 | DEPOSIT | | 1,875.00 | 132,606.96 |
| 09/08 | DEPOSIT | | 2,299.00 | 134,905.96 |
| 09/08 | DEPOSIT | | 2,687.50 | 137,593.46 |
| 09/08 | DEPOSIT | | 3,600.00 | 141,193.46 |
| 09/08 | DEPOSIT | | 5,250.00 | 146,443.46 |
| 09/08 | DEPOSIT | | 5,500.00 | 151,943.46 |
| 09/08 | DEPOSIT | | 7,500.00 | 159,443.46 |
| 09/08 | DEPOSIT | | 7,500.00 | 166,943.46 |
| 09/08 | DEPOSIT | | 21,212.50 | 188,155.96 |
| 09/08 | DEPOSIT | | 25,000.00 | 213,155.96 |
| 09/08 | DEPOSIT | | 32,027.75 | 245,183.71 |
| 09/08 | DEPOSIT | | 50,000.00 | 295,183.71 |
| 09/08 | DEPOSIT | | 63,000.00 | 358,183.71 |
| 09/08 | DEPOSIT | | 116,425.00 | 474,608.71 |
| 09/08 | DEPOSIT | | 379,528.50 | 854,137.21 |
| 09/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 157.69 | | 853,979.52 |

**IDAHO HEALTH DATA EXCHANGE, INC**

Account ▮▮▮▮7677    Page 3 of 3
Statement Period:  Sep 1 - Sep 30, 2022

001/R1/04F008

## CHECKING ACTIVITY

**Continued**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/13 | ACH DEBIT<br>Delta Dental IND  DDIACH ▮▮▮▮ 2461 Sep 13 | 272.24 | | 853,707.28 |
| 09/14 | ACH DEBIT<br>Bill.com      Payables ▮▮▮▮ Sep 14<br>Multiple Payments Bill.com Payables 025BGMTC | 83,023.24 | | 770,684.04 |
| 09/15 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 15 | 2,064.31 | | 768,619.73 |
| 09/15 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 15 | 3,650.66 | | 764,969.07 |
| 09/15 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 15 | 3,900.44 | | 761,068.63 |
| 09/15 | ACH DEBIT<br>CLARKE & SAMPSON  PAYMENTS ▮▮▮ Sep 15 | 16,500.00 | | 744,568.63 |
| 09/15 | ACH DEBIT<br>Bill.com      Payables ▮▮▮ N Sep 15<br>Capitol Health Associates, LLC Bill.com 025B | 36,600.00 | | 707,968.63 |
| 09/19 | ACH DEBIT<br>REGUS MANAGEMENT  INVOICEPAY 1 ▮▮▮ H Sep 19<br>RMR*IV*848-25616**1111.81\ | 1,111.81 | | 706,856.82 |
| 09/26 | ACH DEBIT<br>THE HARTFORD      GBDORMBLAC ▮▮▮ 0001    Sep 26<br>192722256705 | 39.30 | | 706,817.52 |
| 09/29 | ELECTRONIC CREDIT<br>36  TREAS 310    MISC PAY ▮▮▮ Sep 29<br>RMT*IV*531C25041\REF*VV*P\V531C2504101*(877)3 | | 36,000.00 | 742,817.52 |
| 09/29 | ACH DEBIT<br>BILL.COM LLC      BILLING ▮▮▮ Sep 29<br>BILL.COM 02B4BVWCTEJ48I3 STMT ▮▮▮ 8504 ID | 196.21 | | 742,621.31 |
| 09/30 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 30 | 2,028.08 | | 740,593.23 |
| 09/30 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 30 | 3,650.67 | | 736,942.56 |
| 09/30 | ACH DEBIT<br>PAYROLL      PAYROLL ▮▮▮ Sep 30 | 3,900.45 | | 733,042.11 |
| | **Total Debits/Credits** | **229,637.27** | **772,015.75** | |

## CUSTOMER SERVICE INFORMATION

**IF YOU HAVE QUESTIONS ON:**      **YOU CAN CALL:**      **YOU CAN WRITE:**

Checking

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TTY: 800-945-0258)

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Idaho Health Data Exchange, Inc.

**Citibank, Period Ending 09/30/2022**

**RECONCILIATION REPORT**

Reconciled on: 10/18/2022

Reconciled by: Jesse Meldru

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 190,663.63 |
| Checks and payments cleared (18) | -229,637.27 |
| Deposits and other credits cleared (2) | 772,015.75 |
| Statement ending balance | 733,042.11 |

| | |
|---|---|
| Register balance as of 09/30/2022 | 733,042.11 |
| Cleared transactions after 09/30/2022 | 0.00 |
| Uncleared transactions after 09/30/2022 | -192,017.92 |
| Register balance as of 10/18/2022 | 541,024.19 |

**Details**

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2022 | Check | ACH | Idacomp | -10,582.50 |
| 09/01/2022 | Check | EFT | Great West Trust | -1,909.09 |
| 09/06/2022 | Bill Payment | EFT | Orion Health, Inc. | -60,000.00 |
| 09/06/2022 | Check | EFT | United Heritage Insurance | -50.58 |
| 09/08/2022 | Check | EFT | Citibank | -157.69 |
| 09/13/2022 | Check | EFT | Delta Dental of Idaho | -272.24 |
| 09/14/2022 | Journal | 210903 | | -83,023.24 |
| 09/15/2022 | Payroll Check | DD | | -2,064.31 |
| 09/15/2022 | Payroll Check | DD | | -3,650.66 |
| 09/15/2022 | Payroll Check | DD | Jesse D. Meldru | -3,900.44 |
| 09/15/2022 | Journal | 210904 | | -36,600.00 |
| 09/15/2022 | Bill Payment | EFT | Clarke & Sampson, Inc. | -16,500.00 |
| 09/19/2022 | Bill Payment | EFT | Regus Management Group, LLC | -1,111.81 |
| 09/26/2022 | Check | EFT | The Hartford | -39.30 |
| 09/29/2022 | Check | EFT | BILL.com | -196.21 |
| 09/30/2022 | Payroll Check | DD | Jesse D. Meldru | -3,900.45 |
| 09/30/2022 | Payroll Check | DD | | -3,650.67 |
| 09/30/2022 | Payroll Check | DD | | -2,028.08 |

Total -229,637.27

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 09/09/2022 | Deposit | | | 736,015.75 |
| 09/29/2022 | Receive Payment | | Department of Veterans Affairs | 36,000.00 |

**Total**      **772,015.75**

### Additional Information

Uncleared checks and payments after 09/30/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 10/01/2022 | Check | ACH | Idacomp | -10,582.50 |
| 10/03/2022 | Check | EFT | Blue Cross Insurance | -7,893.07 |
| 10/04/2022 | Check | EFT | Delta Dental of Idaho | -544.48 |
| 10/04/2022 | Check | EFT | United Heritage Insurance | -101.16 |
| 10/05/2022 | Bill Payment | EFT | Orion Health, Inc. | -60,000.00 |
| 10/10/2022 | Check | EFT | Idaho State Tax Commission | -475.00 |
| 10/10/2022 | Check | EFT | Internal Revenue Service | -6,140.74 |
| 10/10/2022 | Check | EFT | Idaho State Tax Commission | -264.00 |
| 10/10/2022 | Check | EFT | Internal Revenue Service | -42.00 |
| 10/11/2022 | Check | EFT | Great West Trust | -1,837.95 |
| 10/11/2022 | Check | EFT | Great West Trust | -1,829.38 |
| 10/12/2022 | Journal | 210933 | | -57,015.66 |
| 10/12/2022 | Journal | 210934 | | -34,702.50 |
| 10/13/2022 | Journal | 210935 | | -993.21 |
| 10/14/2022 | Payroll Check | DD | | -3,650.66 |
| 10/14/2022 | Payroll Check | DD | Jesse D. Meldru | -3,900.43 |
| 10/14/2022 | Payroll Check | DD | | -2,045.18 |

**Total**      **-192,017.92**



# Idaho Health Data Exchange, Inc.

### Statement of Activities-DRAFT

January - September, 2022

|  | TOTAL |
|---|---|
| **Income** | |
| Grant Funds | 2,636,099.97 |
| Participant Revenue | 1,325,445.19 |
| **Total Income** | **$3,961,545.16** |
| Cost of Goods Sold | |
| eHealth Technology (Imaging) | 59,994.00 |
| EMR Connection Fees & HUBS | 500.00 |
| Other Costs | 510,563.74 |
| SaaS Platform Costs | 1,735,694.99 |
| **Total Cost of Goods Sold** | **$2,306,752.73** |
| **GROSS PROFIT** | **$1,654,792.43** |
| Expenses | |
| Marketing | 10,400.67 |
| Operational | 889,326.10 |
| Payroll Expenses | 80,987.18 |
| Reimbursements | 375.00 |
| **Total Expenses** | **$981,088.95** |
| **NET OPERATING INCOME** | **$673,703.48** |
| Other Income | |
| Interest Income | 7,125.14 |
| Short Term Capital Gains | -103,749.79 |
| **Total Other Income** | **$ -96,624.65** |
| Other Expenses | |
| Bank Charge | 15,714.34 |
| Depreciation & Amortization | 59,739.38 |
| Interest Expense | 122,460.05 |
| **Total Other Expenses** | **$197,913.77** |
| **NET OTHER INCOME** | **$ -294,538.42** |
| **NET INCOME** | **$379,165.06** |

**Note**

These financial statements are prepared in DRAFT format for intra-period communication with the expectation that formal financial statements will be prepared and released at the conclusion of the fiscal year following the cooperative support and review of our public accounting and audit partners. In addition, these DRAFT financial statements do not include the required disclosures under Generally Accepted Accounting Principles.



Idaho Health Data Exchange, Inc.

Statement of Financial Position - DRAFT

As of September 30, 2022

|  | TOTAL |
| --- | --- |
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Citibank | 733,042.11 |
| **Total Bank Accounts** | **$733,042.11** |
| Accounts Receivable | |
| Accounts Receivable | 118,520.57 |
| **Total Accounts Receivable** | **$118,520.57** |
| Other Current Assets | |
| Allowance for Doubtful Accounts | 3,275.00 |
| Contract Asset | -44,770.93 |
| Prepaid Expenses | 154,306.40 |
| Restricted Cash Pledged Collateral | 2,506.84 |
| Restricted Cash with Ada County | 469,767.83 |
| **Total Other Current Assets** | **$585,085.14** |
| **Total Current Assets** | **$1,436,647.82** |
| Fixed Assets | |
| Accumulated Depreciation | -31,611.47 |
| Computers & Software | 3,119.27 |
| Furniture and Office Equipment | 24,660.39 |
| Leasehold Improvements | 13,665.00 |
| **Total Fixed Assets** | **$9,833.19** |
| Other Assets | |
| Accumulated Amortization | -71,740.98 |
| Legal Deposits | 45,200.00 |
| Loan Deposit | 12,500.00 |
| Loan Origination Fee | 12,500.00 |
| **Total Other Assets** | **$ -1,540.98** |
| **TOTAL ASSETS** | **$1,444,940.03** |



Idaho Health Data Exchange, Inc.

Statement of Financial Position - DRAFT

As of September 30, 2022

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 958,712.56 |
| **Total Accounts Payable** | **$958,712.56** |
| Credit Cards |  |
| Visa Payable 2630 | 126.45 |
| Visa Payable 6145 | 363.10 |
| **Total Credit Cards** | **$489.55** |
| Other Current Liabilities |  |
| Accrued Liabilities | 22,208.52 |
| Current Portion of Orion Note Payable | 323,242.08 |
| Note Payable SPUR due 8.2.21 | 262,500.00 |
| Payroll Liabilities | 12,384.80 |
| Payroll Tax Liability | -2,911.08 |
| Reserve for Legal Dispute | 788,500.00 |
| Unearned Revenue | 274,581.65 |
| **Total Other Current Liabilities** | **$1,680,505.97** |
| **Total Current Liabilities** | **$2,639,708.08** |
| Long-Term Liabilities |  |
| Note Payable Orion | 1,899,980.45 |
| **Total Long-Term Liabilities** | **$1,899,980.45** |
| **Total Liabilities** | **$4,539,688.53** |
| Equity |  |
| Unrestricted Net Assets | -3,473,913.56 |
| Net Income | 379,165.06 |
| **Total Equity** | **$ -3,094,748.50** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,444,940.03** |

**Note**

These financial statements are prepared in DRAFT format for intra-period communication with the expectation that formal financial statements will be prepared and released at the conclusion of the fiscal year following the cooperative support and review of our public accounting and audit partners. In addition, these DRAFT financial statements do not include the required disclosures under Generally Accepted Accounting Principles.

# EXHIBIT B
(Intentionally not included)

# EXHIBIT C

(List of Executory Contracts)

## <u>List of Executory Contracts to Be Assumed:</u>

1. Contract with Orion Health, Inc.
2. Office lease agreement
3. All provider/subscriber contracts on the attached list

**Fill in this information to identify the case:**

Debtor name    **Idaho Health Data Exchange, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ada Pediatrics PA**<br>**650 N. Cole Road**<br>**Boise, ID 83704** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Advanced Family Medicine**<br>**943 N Linder Road**<br>**Kuna, ID 83634** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**<br><br>State the term remaining<br><br>List the contract number of any government contract | **All Care Health Solutions**<br>**815 S Bridgeway Pl, #122**<br>**Eagle, ID 83616** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**<br><br>State the term remaining<br><br>List the contract number of any government contract | **All Seasons Mental Health**<br>**6933 W Emerald St**<br>**Boise, ID 83704** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                          Case number (*if known*) _____

First Name        Middle Name        Last Name

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Alliance Concierge Care** |
| | List the contract number of any government contract | _____ | **5995 W State St., Ste. A** **Boise, ID 83703** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Appleton Clinics Idaho** |
| | List the contract number of any government contract | _____ | **2025 E Riverside Dr #160** **Eagle, ID 83616** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Arbor Valley of Cascadia** |
| | List the contract number of any government contract | _____ | **8211 Ustick Road** **Boise, ID 83704** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Arbor Valley of Cascadia** |
| | List the contract number of any government contract | _____ | **8211 Ustick Road** **Boise, ID 83704** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Ashton Memorial Inc.** |
| | List the contract number of any government contract | _____ | **23 S 8th Street** **Ashton, ID 83420** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Aspen Transitional Rehab** **2867 E Copper Point Dr** **Meridian, ID 83642** |

Debtor 1  **Idaho Health Data Exchange, Inc.**
   First Name           Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Bear Lake Community Health
152 South 4th Street
Montpelier, ID 83254**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Support contract**

State the term remaining

List the contract number of any government contract

**Blue Cross of ID
3000 E Pine Avenue
Meridian, ID 83642**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Boise ENT
8854 W Emerald St., #150
Boise, ID 83704**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Boise Family Medicine
10798 W Overland Road
Boise, ID 83709**

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Boise Kidney & Hypertension
3525 E Louise Ste 100
Meridian, ID 83642**

---

Debtor 1   **Idaho Health Data Exchange, Inc.**                                          Case number (*if known*) _____
          First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Clinical Portal Access**

   State the term remaining

   List the contract number of any government contract

**Boise Valley Asthma Allergy**
**901 N Curtis Ste 100**
**Boise, ID 83706**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Hospital user license**

   State the term remaining

   List the contract number of any government contract

**Bonner General Hospital**
**520 N. Third Ave**
**Sandpoint, ID 83864**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Clinical Portal Access**

   State the term remaining

   List the contract number of any government contract

**Borron Family Medicine**
**790 W Ustick Road #110**
**Meridian, ID 83646**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Clinical Portal Access**

   State the term remaining

   List the contract number of any government contract

**Cancer Data Registry Idaho**
**615 N 7th Street**
**Boise, ID 83702**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Clinical Portal Access**

   State the term remaining

   List the contract number of any government contract

**Capital Surgical Associates**
**8854 W Emerald Ste 140**
**Boise, ID 83704**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Clinical Portal Access**

   State the term remaining

**Cascade Medical Center**
**402 Lake Cascade Parkway**
**Cascade, ID 83611**

---

Debtor 1    **Idaho Health Data Exchange, Inc.**                                 Case number *(if known)* _____
             First Name        Middle Name        Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Cascadia of Boise**<br>**6000 W Denton Street**<br>**Boise, ID 83704** |

---

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Catalyst Medical Group**<br>**2315 8th St**<br>**Lewiston, ID 83501** |

---

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Center for Colonrectal Care**<br>**333 N 1st St Ste. 130**<br>**Boise, ID 83702** |

---

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Client Portal Access** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Central District Health Dept**<br>**707 N Armstrong Place**<br>**Boise, ID 83704** |

---

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Challis Area Health Center**<br>**PO Box 980**<br>**Challis, ID 83226** |

---

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
‎           First Name    Middle Name    Last Name

<span style="background-color:#3a0033;color:#3a0033">██</span>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **CHAS Health Administration** |
| | List the contract number of any government contract | | **611 N Iron Bridge Way** |
| | | | **Spokane, WA 99202** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Cherry Heights Family Medica** |
| | List the contract number of any government contract | | **1560 N Crestmont Dr Ste A** |
| | | | **Meridian, ID 83642** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Gastroenterology** |
| | List the contract number of any government contract | | **2517 17th St, Ste. B** |
| | | | **Lewiston, ID 83501** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Medical Clinic** |
| | List the contract number of any government contract | | **1522 17th Street** |
| | | | **Lewiston, ID 83501** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Coeur d' Alene Arthritis** |
| | List the contract number of any government contract | | **950 W Ironwood Dr** |
| | | | **Coeur D Alene, ID 83814** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Coeur d' Alene Pediatrics** |
| | | | **700 W Ironwood Dr., Ste. 155** |
| | | | **Coeur D Alene, ID 83814** |

Debtor 1    **Idaho Health Data Exchange, Inc.**

First Name    Middle Name    Last Name    Case number *(if known)*

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Community Family Client**<br>**2100 Alan Street**<br>**Idaho Falls, ID 83404** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Community Tissue Services**<br>**5525 N Glenwood Street**<br>**Garden City, ID 83714** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Complete Family Care**<br>**10 Madison Professional**<br>**Rexburg, ID 83440** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Complete Hospice Care**<br>**250 W Bobwhie Ct., #130**<br>**Boise, ID 83706** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Creekside Transitional Care**<br>**1351 W Pine Ave**<br>**Meridian, ID 83642** |

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
| | First Name    Middle Name    Last Name | | | |

██ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Crossover Health** |
| | List the contract number of any government contract | | **8000 S Federal Way MS 1-706** **Boise, ID 83716** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **D & G Medical Associates** |
| | List the contract number of any government contract | | **39 W Pine St., Ste. B20** **Meridian, ID 83642** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Darin L Weyhrich MD** |
| | List the contract number of any government contract | | **222 N 2nd St., Ste. 206** **Boise, ID 83702** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Davis Family Medicine** |
| | List the contract number of any government contract | | **222 N 2nd St., Ste. 204** **Boise, ID 83702** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **DaVita Dialysis** |
| | List the contract number of any government contract | | **1055 N Curtis Road** **Boise, ID 83706** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Dept of Veterans Affairs** **PO Box 149971** **Austin, TX 78714-9971** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                         Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract    _____ | |

**2.44.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    _____

**Digestive Health Clinic
6259 Emerald Street
Boise, ID 83704**

**2.45.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    _____

**Doctors House Calls
1552 N Crestmont Dr., Ste. B
Meridian, ID 83642**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    _____

**Eagle Family Health
445 S Fitness Pl, Ste 130
Eagle, ID 83616**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    _____

**East to West Family Medicine
5537 N Glenwood St., Ste. A
Garden City, ID 83714**

**2.48.** State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract    _____

**Elite Home Health & Hospice
1370 Bridge Street
Clarkston, WA 99403**

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Family First Medical Center**
**3820 Crestwood Lane**
**Idaho Falls, ID 83404**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Family Health Associates PA**
**914 Ironwood Dr., Ste. 801**
**Coeur D Alene, ID 83814**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Family Health Center**
**606 N 3rd Ave Ste 101**
**Sandpoint, ID 83864**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Family Health Services**
**794 Eastland Dr.**
**Twin Falls, ID 83301**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Finding Home Medical Service**
**55 W Willowbrook Dr #103**
**Meridian, ID 83646**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

**Clinical Portal Access**

**First Choice Home & Health**
**12345 W Overland Rd, Ste 100**
**Boise, ID 83709-0021**

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Firth Medical Center**<br>**114 S Main Street**<br>**Firth, ID 83236** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Glenns Ferry Health Center**<br>**PO Box 266**<br>**Glenns Ferry, ID 83623** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gritman Medical Center**<br>**700 S. Main St.**<br>**Moscow, ID 83843** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Health West**<br>**PO Box 2377**<br>**Pocatello, ID 83206** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Healthy Living at Home Boise**<br>**2950 E Magic View Drive**<br>**Meridian, ID 83642** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number *(if known)* _____
    First Name           Middle Name           Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Heart n Home Hospice**
**1107 NW 11th Street**
**Fruitland, ID 83619**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Heritage Health**
**PO Box 1387**
**Hayden, ID 83835**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Hollingshead Eye Center**
**360 E Mallard Dr. #110**
**Boise, ID 83706**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Horizon Home Health**
**63 W Willowbrook Drive**
**Meridian, ID 83646**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Humphrey Shoulder Clinic**
**3381 W Bavaria Street**
**Eagle, ID 83616**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

**Idaho Air National Guard**
**3315 W Aeronca Street**
**Boise, ID 83705**

Debtor 1  **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
         First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Idaho Army National Guard**<br>**4228 W Guard Street**<br>**Boise, ID 83704** |
| | List the contract number of any government contract _____ | |

---

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Idaho Arthritis Center**<br>**3277 E Louise Dr., Ste. 350**<br>**Meridian, ID 83642** |
| | List the contract number of any government contract _____ | |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Idaho Bariatric & Metabolic**<br>**2960 E St Luke's Street**<br>**Meridian, ID 83642** |
| | List the contract number of any government contract _____ | |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Support Contract** |
|---|---|---|
| | State the term remaining | **Idaho Dept of Health & Wel.**<br>**3232 Elder St.**<br>**Boise, ID 83705** |
| | List the contract number of any government contract _____ | |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Idaho Falls Pediatrics**<br>**2375 Coronado Street**<br>**Idaho Falls, ID 83404** |
| | List the contract number of any government contract _____ | |

---

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number *(if known)* _____
_____    _____    _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Gastroenterology Assoc** |
| | List the contract number of any government contract | | **425 W Bannock**<br>**Boise, ID 83702** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Hand Center** |
| | List the contract number of any government contract | | **901 N Curtis Rd, Ste. 304**<br>**Boise, ID 83706** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Lions Eye Center** |
| | List the contract number of any government contract | | **1090 N Cole Road**<br>**Boise, ID 83704** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Physical Medicine** |
| | List the contract number of any government contract | | **PO Box 1128**<br>**Boise, ID 83701** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Client Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Primary Care Assoc** |
| | List the contract number of any government contract | | **1087 W River St, Ste. 160**<br>**Boise, ID 83702** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Idaho Urologic Institute**<br>**2855 E. Magic View Dr.**<br>**Meridian, ID 83642-6245** |

Debtor 1  **Idaho Health Data Exchange, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

**2.77.**  State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract _____

**Independent Doctors of ID**
**8854 W Emerald #180**
**Boise, ID 83709**

---

**2.78.**  State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract _____

**Initial Point Family Medicin**
**2640 S Eagle Road**
**Meridian, ID 83642**

---

**2.79.**  State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract _____

**Intermountain Medical Imagin**
**2929 E Magiv View Drive**
**Meridian, ID 83642**

---

**2.80.**  State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract _____

**Ironwood Family Practice**
**920 Ironwood Drive, Ste. 101**
**Coeur D Alene, ID 83814**

---

**2.81.**  State what the contract or lease is for and the nature of the debtor's interest    **Clinical Portal Access**

State the term remaining

List the contract number of any government contract _____

**Kaniksu Health Services**
**PO Box 2160**
**Sandpoint, ID 83864**

---

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Kaylor Family Medicine** |
| | List the contract number of any government contract | | **2536 N Stokesberry Place**<br>**Meridian, ID 83646** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Keystone Health Care LLC** |
| | List the contract number of any government contract | | **21 N Fisher Park Way**<br>**Eagle, ID 83616** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** | |
|---|---|---|---|
| | State the term remaining | | **Kootenai Medical Center** |
| | List the contract number of any government contract | | **2003 Kootenai Health Way**<br>**Coeur D Alene, ID 83814** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Data Supplier License contract** | |
|---|---|---|---|
| | State the term remaining | | **LabCorp** |
| | List the contract number of any government contract | | **PO Box 2280**<br>**Burlington, NC 27215** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Lakeside Pediatrics & Adoles** |
| | List the contract number of any government contract | | **980 W Ironwood Dr Ste 302**<br>**Coeur D Alene, ID 83814** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Legacy Navigation** |
| | | | **2433 Julie Lane**<br>**Payette, ID 83661** |

Debtor 1  **Idaho Health Data Exchange, Inc.**                                          Case number *(if known)* _____
         First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.88.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Lighthouse Hospice**
**2667 E Gala Court #110**
**Meridian, ID 83642**

---

**2.89.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Locust Grove Womens Health**
**2036 N Cole Road**
**Boise, ID 83704**

---

**2.90.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Lost Rivers Rural Health**
**PO Box 145**
**Arco, ID 83213**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Mangum Primary Care**
**3046 S Bown Way**
**Boise, ID 83706**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Clinical Portal Access**

**Marimn Health**
**PO Box 388**
**Plummer, ID 83851**

---

Debtor 1    **Idaho Health Data Exchange, Inc.**                                    Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Matrix Regenerative Medicine**<br>**3090 E. Gentry Way #220**<br>**Meridian, ID 83642** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meridian Family Medicine**<br>**1525 East Leighfield Dr**<br>**Suite 150**<br>**Meridian, ID 83646** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meridian Pediatrics**<br>**3653 N Locust Grove Road**<br>**Meridian, ID 83646** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Millennium Surgery Center**<br>**1828 Millenium Way #100**<br>**Meridian, ID 83642** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Morgan Family Center**<br>**2541 N Stokesberry Pl #100**<br>**Meridian, ID 83646** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Moscow Medical PA**<br>**213 N Main Street**<br>**Moscow, ID 83843** |

| Debtor 1 | Idaho Health Data Exchange, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Mountain Home AFB Medical** |
| | List the contract number of any government contract _____ | | **90 Hospital Drive Bldg 6000** |
| | | | **Mountain Home A F B, ID 83648** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Mountain Mobile Medicine** |
| | List the contract number of any government contract _____ | | **186 N Main Street #931** |
| | | | **Donnelly, ID 83615** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Mountain States Hand Clinic** |
| | List the contract number of any government contract _____ | | **8854 W Emerald Ste. 170** |
| | | | **Boise, ID 83704** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Mountain View Hospital** |
| | List the contract number of any government contract _____ | | **2325 Coronado Street** |
| | | | **Idaho Falls, ID 83404** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **North Canyon Medical Center** |
| | List the contract number of any government contract _____ | | **267 North Canyon Drive** |
| | | | **Gooding, ID 83330** |

Debtor 1  **Idaho Health Data Exchange, Inc.**
First Name        Middle Name        Last Name                    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **NW Occupational Medicine** |
| | List the contract number of any government contract | _____ | **6140 W Curtisan #400** **Boise, ID 83704** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **OBGYN Associates** |
| | List the contract number of any government contract | _____ | **3520 E. Louise Dr.** **Meridian, ID 83642** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Option Care Enterprises** |
| | List the contract number of any government contract | _____ | **800 S Industry Way Ste 240** **Meridian, ID 83642** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Oster Medical Group** |
| | List the contract number of any government contract | _____ | **403 S 11th St, Ste. 310** **Boise, ID 83702** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Data Supplier License contract** | |
| | State the term remaining | | **Pathologists Reg. Lab.** |
| | List the contract number of any government contract | _____ | **PO Box 956** **Lewiston, ID 83501** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
| | State the term remaining | | **Phoenix Radiology PLLC** **531 4th Ave** **Lewiston, ID 83501** |

Debtor 1  **Idaho Health Data Exchange, Inc.**                                      Case number *(if known)* _____

First Name          Middle Name          Last Name

<span style="background:purple">    </span>  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract  _____ | |

---

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Clinical Portal Access**

**Physicians Immediate Care**
**134 W Chubbuck Road**
**Pocatello, ID 83202**

---

**2.111.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Clinical Portal Access**

**Pocatello Children's Clinic**
**1151 Hospital Way, Bldg F**
**Pocatello, ID 83201**

---

**2.112.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Client Portal Access**

**Primary Health Medical Group**
**PO Box 191050**
**Boise, ID 83719**

---

**2.113.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Clinical Portal Access**

**Progressive Nursing Services**
**1514 Shoshone Street**
**Boise, ID 83705**

---

**2.114.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Support contract**

**Regence BlueShield of ID**
**PO Box 5068**
**Portland, OR 97208**

---

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Space at $1,029 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires May 31, 2023** | **Regus Management Group** |
| | List the contract number of any government contract | | **950 W Bannock St, Ste 1100** **Boise, ID 83702** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Rindfleisch Family Practice** |
| | List the contract number of any government contract | | **3155 Channing Way Ste. A** **Idaho Falls, ID 83404** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Rocky Mtn Diabetes & Osteo** |
| | List the contract number of any government contract | | **3910 Washington Parkway** **Idaho Falls, ID 83404** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sandpoint Family Medicine** |
| | List the contract number of any government contract | | **302 South First Ave** **Sandpoint, ID 83864** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sara A Berg MD** |
| | List the contract number of any government contract | | **1623 5th St., Ste. A** **Clarkston, WA 99403** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** | |
|---|---|---|---|
| | State the term remaining | | **Sawtooth Family Medicine** **2320 E Gala St #400** **Meridian, ID 83642** |

Debtor 1    **Idaho Health Data Exchange, Inc.**                    Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Shaw Mountain of Cascadia**<br>**909 Reserve STreet**<br>**Boise, ID 83712** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Shoshone Family Medical Cntr**<br>**PO Box 309**<br>**Shoshone, ID 83352-0609** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Simply Women's Health**<br>**219 S Wooddale Ave**<br>**Eagle, ID 83616** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skyline Transitional Care**<br>**1001 S Hilton**<br>**Boise, ID 83705** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Snake River Correctional**<br>**777 Stanton Blvd**<br>**Ontario, OR 97914** |

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **South Central Public Health**<br>**1020 Washington Street N**<br>**Twin Falls, ID 83301** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Southeast Idaho Family Pract**<br>**2775 Channing Way**<br>**Idaho Falls, ID 83404** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Southwest District Health**<br>**13307 Miami Lane**<br>**Caldwell, ID 83607** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SPORT Physical Therapy**<br>**328 Warner Drive Ste 8**<br>**Lewiston, ID 83501** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **St. Alphonsus Reg. Med Ctr**<br>**1055 N. Curtis Road**<br>**Boise, ID 83706** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** |
|---|---|---|
| | State the term remaining | |
| | | **St. Joseph Regional Medical**<br>**PO Box 282308-20**<br>**Nashville, TN 37228** |

Debtor 1  **Idaho Health Data Exchange, Inc.**
    First Name       Middle Name       Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** |
|---|---|---|
| | State the term remaining | **St. Luke's Regional Med Ctr**<br>**190 E. Bannock St.**<br>**Boise, ID 83712** |
| | List the contract number of any government contract | |

---

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital user license** |
|---|---|---|
| | State the term remaining | **St. Mary's Hospital**<br>**PO Box 137**<br>**Cottonwood, ID 83522** |
| | List the contract number of any government contract | |

---

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Stark Medical Group**<br>**PO Box J**<br>**Ontario, OR 97914** |
| | List the contract number of any government contract | |

---

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **State Hospital South**<br>**700 East Alice Street**<br>**Blackfoot, ID 83221** |
| | List the contract number of any government contract | |

---

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | **Summit Cancer Centers**<br>**2855 E Magic View Dr Ste. B**<br>**Meridian, ID 83642** |
| | List the contract number of any government contract | |

---

| Debtor 1 | **Idaho Health Data Exchange, Inc.** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.137.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Sunterra Springs Riverview**
**3550 W Americana Terrace**
**Boise, ID 83706**

**2.138.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Terrace Home Health**
**2929 W Navigator Dr**
**Meridian, ID 83642**

**2.139.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Terry Reilly Health Services**
**PO Box 9**
**Nampa, ID 83653-0009**

**2.140.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Total Health Physician Group**
**619 S Washington Street #203**
**Moscow, ID 83843**

**2.141.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

List the contract number of any government contract

**Treasure Valley Endocrinolog**
**900 N Liberty Ste. 201**
**Boise, ID 83704**

**2.142.** State what the contract or lease is for and the nature of the debtor's interest — **Clinical Portal Access**

State the term remaining

**Treasure Valley Family Medic**
**2428 N Stokesberry Pl #100**
**Meridian, ID 83646**

Debtor 1  **Idaho Health Data Exchange, Inc.**                              Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract                     _____

---

**2.143.**  State what the contract or        **Clinical Portal Access**
           lease is for and the nature of
           the debtor's interest

           State the term remaining

                                              **Treasure Valley Gastroentolo**
           List the contract number of any    **222 W Iowa Ave Ste A**
           government contract                **Nampa, ID 83686**

---

**2.144.**  State what the contract or        **Clinical Portal Access**
           lease is for and the nature of
           the debtor's interest

           State the term remaining

                                              **Treasure Valley Hospice LLC**
           List the contract number of any    **8 6th Street N Ste. 200**
           government contract                **Nampa, ID 83687**

---

**2.145.**  State what the contract or        **Hospital User license**
           lease is for and the nature of
           the debtor's interest

           State the term remaining

                                              **Tri State Mem. Hosp. & Med**
           List the contract number of any    **PO Box 189**
           government contract                **Clarkston, WA 99403**

---

**2.146.**  State what the contract or        **Clinical Portal Access**
           lease is for and the nature of
           the debtor's interest

           State the term remaining

                                              **Tueller Counseling Inc**
           List the contract number of any    **2275 W Broadway Ste G**
           government contract                **Idaho Falls, ID 83402**

---

**2.147.**  State what the contract or        **Clinical Portal Access**
           lease is for and the nature of
           the debtor's interest

           State the term remaining

                                              **Unity Health Center**
           List the contract number of any    **745 S Progress Ave**
           government contract                **Meridian, ID 83642**

---

Debtor 1  **Idaho Health Data Exchange, Inc.**                                      Case number *(if known)* _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.148.** State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| State the term remaining | **Upper Valley Community Healt** |
| List the contract number of any government contract | **20 N 3rd E** **Saint Anthony, ID 83445** |
| **2.149.** State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| State the term remaining | **Valley Family Health Care** |
| List the contract number of any government contract | **1441 NE 10th Ave** **Payette, ID 83661** |
| **2.150.** State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| State the term remaining | **Valley View Nursing & Rehab** |
| List the contract number of any government contract | **1140 N Allumbaugh** **Boise, ID 83704** |
| **2.151.** State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| State the term remaining | **Valor Health** |
| List the contract number of any government contract | **1102 E Locust St** **Emmett, ID 83617** |
| **2.152.** State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
| State the term remaining | **Vibra Hospital of Boise** |
| List the contract number of any government contract | **6551 W Franklin Street** **Boise, ID 83709** |
| **2.153.** State what the contract or lease is for and the nature of the debtor's interest | **Hospital User License** |
| State the term remaining | **Weiser Memorial Hospital** **645 E. 5th St.** **Weiser, ID 83672** |

Debtor 1   **Idaho Health Data Exchange, Inc.**                                   Case number (if known) _____
               First Name              Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract                        _____

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Valley Cardiology**<br>**1906 Fairview Ave, Ste. 230**<br>**Middleton, ID 83644** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Valley Medical Center**<br>**1717 Arlington Ave**<br>**Caldwell, ID 83605** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Valley Medical Group**<br>**1906 Fairview Ave Ste 230**<br>**Caldwell, ID 83605** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Valley Middleton Clinic**<br>**381 S Middleton Rd., Ste. B**<br>**Middleton, ID 83644** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Portal Access** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Valley OB GYN**<br>**315 E Elm Street Ste 310**<br>**Caldwell, ID 83605** |

# EXHIBIT D

(Financial Projections)



**IHDE Sustainability Projections 2022-2025**

**Current IHDE Business Operations – 2022 – Total Projected Billings of $2.1MM**

- **Current Revenue Model:** IHDE's revenue model to date has been supported by participant fees generated based on # of participants and # of hospital beds for clients connected to the health information exchange infrastructure through either interfaces or a record view portal.

  - **Addition of New Clients:** IHDE added 25 new billable clients in 2022 for an additional $77K of billings and expects to continue that trend, including the addition of two large clients that are currently in negotiations for an expected addition of $300K of billing opportunity.  While IHDE expects to continue to add clients in 2024 and 2025, this projection does not currently quantify those expectations.

  - **Increase of Fee Levels**: IHDE increased fees resulting in incremental billings of $148K in 2022 and expects to increase fees further by 10% in 2023 that will result in an expected additional billing opportunity of 208K.  IHDE expects to continue to increase by 5% in 2024 and 2025**.**



| Case | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|------|------|------|------|------|------|------|
| Fee Incr & Add Clients - Billings | 1,852,103 | 2,078,037 | 2,585,840 | 2,715,132 | 2,850,889 | 2,993,433 |
| Increase in Billings due to Fee Increases in 2022: | | 148,274 | | | | |
| Increase in Billings due to New Clients in 2022: | | 77,660 | | | | |
| Expected Increase in Billings due to 10% Fee Increase in 2023: | | 207,804 | | | | |
| Expected Increase in Billings due to New Clients in 2023: | | 300,000 | | | | |
| Expected Increase in Billings due to 5% Fee Increase in 2024: | | 129,292 | | | | |
| Expected Increase in Billings due to 5% Fee Increase in 2025: | | 135,757 | | | | |
| Expected Increase in Billings due to 5% Fee Increase in 2026: | | 142,544 | | | | |

- **Current Cash Disbursement for Company Operations:** IHDE's total cash disbursement for company operations in 2022 is projected to be $4.3MM, where 46% of the expense



is related to staffing, consulting, and G&A and the remaining 43% of expenses were related to information technology infrastructure and related vendor costs.

- o **Projected Disbursements:** IHDE's total cash disbursement for company operations in 2023 is projected to be $2.7MM, where 33.7% of the expense is related to staffing, consulting and G&A, 58.3% of expenses were related to information technology infrastructure and related vendor costs, and the remaining 8.1% is Creditor Repayment. Those disbursement levels are expected to remain in a similar range for 2024 and 2025.





## 2022 thru 2025 Full Year - CASH Impacts

| | | | | |
|---|---|---|---|---|
| IHDE Client Service Collections | 1,550,889 | 3,103,061 | 2,682,469 | 2,879,307 |
| IHDE Cash Collection (Other) | 1,881,030 | 469,768 | 0 | 0 |
| IDHW Service Contract Collections | 0 | 0 | 0 | 0 |
| **Total Cash Inflows** | **3,431,919** | **3,572,829** | **2,682,469** | **2,879,307** |

| Annual Cash Outflows | 2022-FY | 2023-FY | 2024-FY | 2025-FY |
|---|---|---|---|---|
| ⊞ **Employee** | **(534,831)** | **(421,086)** | **(443,989)** | **(443,989)** |
| ⊟ **Vendor** | **(2,134,498)** | **(1,696,674)** | **(1,763,631)** | **(1,759,690)** |
|     Accounting Support | (1,832) | (2,529) | (2,529) | (2,529) |
|     Insurance | (73,900) | (73,900) | (73,900) | (73,900) |
|     IT Infrastructure Support | (190,768) | (92,912) | (96,203) | (92,912) |
|     Legal Support | (163,116) | (14,583) | (17,500) | (17,500) |
|     Office Equipment Lease | 0 | 0 | 0 | 0 |
|     Office Supplies | 0 | 0 | 0 | 0 |
|     Payroll Services | (3,025) | 0 | 0 | 0 |
|     Professional Services | (101,885) | (71,450) | (72,200) | (71,450) |
|     Rent | (5,885) | (15,000) | (15,000) | (15,000) |
|     Technology Services Support | (166,998) | (450,000) | (450,000) | (450,000) |
|     Technology Stack | (1,417,791) | (975,000) | (1,035,000) | (1,035,000) |
|     Vendor Payments | 0 | 0 | 0 | 0 |
|     Banking & CC | (8,653) | 0 | 0 | 0 |
|     Banking | (644) | (1,300) | (1,300) | (1,400) |
| ⊟ **Management** | **(1,192,326)** | **(390,000)** | **(390,000)** | **(390,000)** |
|     Contracted Services | (1,192,326) | (390,000) | (390,000) | (390,000) |
| ⊟ **Miscellaneous** | **(469,768)** | **0** | **0** | **0** |
|     Fee Waivers | 0 | 0 | 0 | 0 |
|     Connections | 0 | 0 | 0 | 0 |
|     Voided Checks | 0 | 0 | 0 | 0 |
|     Miscellaneous | (469,768) | 0 | 0 | 0 |
| ⊟ **Creditors** | **0** | **(220,000)** | **(240,000)** | **(240,000)** |
|     Creditor Payments | 0 | (220,000) | (240,000) | (240,000) |
| **Total Cash Outflows** | **(4,331,424)** | **(2,727,760)** | **(2,837,621)** | **(2,833,680)** |

| | | | | |
|---|---|---|---|---|
| **Net Cash Impact** | **(899,505)** | **845,069** | **(155,151)** | **45,627** |



**CASH Impacts Only - Monthly**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IHDE Client Service Collections | 670,584 | 0 | 436,178 | 0 | 424,568 | 39,348 | 0 | 866,199 | 0 | 42,129 | 624,055 | 0 |
| IHDE Cash Collection (Other) | 0 | 469,768 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IDHW Service Contract Collections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Inflows** | **670,584** | **469,768** | **436,178** | **0** | **424,568** | **39,348** | **0** | **866,199** | **0** | **42,129** | **624,055** | **0** |

| Quarterly Cash Outflows | Sum of 2023-01 | Sum of 2023-02 | Sum of 2023-03 | Sum of 2023-04 | Sum of 2023-05 | Sum of 2023-06 | Sum of 2023-07 | Sum of 2023-08 | Sum of 2023-09 | Sum of 2023-10 | Sum of 2023-11 | Sum of 2023-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊟ **Employee** | **(14,224)** | **(36,866)** | **(59,806)** | **(14,224)** | **(59,740)** | **(37,012)** | **(14,224)** | **(59,769)** | **(37,001)** | **(14,224)** | **(59,774)** | **(14,224)** |
| Payroll - Insurance | 0 | (6,888) | (14,274) | 0 | (14,208) | (7,134) | 0 | (14,237) | (7,124) | 0 | (14,242) | 0 |
| Payroll - Retirement Contributions | (1,734) | (3,469) | (5,203) | (1,734) | (5,203) | (3,469) | (1,734) | (5,203) | (3,469) | (1,734) | (5,203) | (1,734) |
| Payroll - Tax | (2,993) | (6,663) | (10,333) | (2,993) | (10,333) | (6,663) | (2,993) | (10,333) | (6,663) | (2,993) | (10,333) | (2,993) |
| Payroll - Wages | (9,496) | (18,993) | (28,489) | (9,496) | (28,489) | (18,993) | (9,496) | (28,489) | (18,993) | (9,496) | (28,489) | (9,496) |
| Reimbursements | 0 | (754) | (1,507) | 0 | (1,507) | (754) | 0 | (1,507) | (754) | 0 | (1,507) | 0 |
| ⊟ **Vendor** | **(131,836)** | **(113,036)** | **(181,394)** | **(129,253)** | **(173,794)** | **(171,194)** | **(132,544)** | **(173,794)** | **(130,294)** | **(132,544)** | **(176,489)** | **(50,503)** |
| Accounting Support | (195) | (195) | (195) | (195) | (195) | (195) | (195) | (195) | (195) | (195) | (389) | (195) |
| Insurance | 0 | 0 | 0 | 0 | 0 | (57,400) | 0 | 0 | (16,500) | 0 | 0 | 0 |
| IT Infrastructure Support | (8,291) | (8,291) | (8,291) | (5,000) | (8,291) | (8,291) | (8,291) | (8,291) | (8,291) | (8,291) | (8,291) | (5,000) |
| Legal Support | 0 | 0 | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) | (1,458) |
| Office Equipment Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Services | (5,750) | (5,700) | (12,500) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (7,500) | (5,000) |
| Rent | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) | (1,250) |
| Technology Services Support | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) | (37,500) |
| Technology Stack | (78,750) | (60,000) | (120,000) | (78,750) | (120,000) | (60,000) | (78,750) | (120,000) | (60,000) | (78,750) | (120,000) | 0 |
| Vendor Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Banking & CC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Banking | (100) | (100) | (200) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| ⊟ **Management** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** | **(32,500)** |
| Contracted Services | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) | (32,500) |
| ⊞ **Miscellaneous** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| ⊟ **Creditors** | **0** | **(20,000)** | **(40,000)** | **0** | **(40,000)** | **(20,000)** | **0** | **(40,000)** | **(20,000)** | **0** | **(40,000)** | **0** |
| Creditor Payments | 0 | (20,000) | (40,000) | 0 | (40,000) | (20,000) | 0 | (40,000) | (20,000) | 0 | (40,000) | 0 |
| **Total Cash Outflows** | **(178,559)** | **(202,402)** | **(313,700)** | **(175,977)** | **(306,034)** | **(260,706)** | **(179,268)** | **(306,063)** | **(219,795)** | **(179,268)** | **(308,763)** | **(97,227)** |
| **Net Cash Impact** | **492,024** | **267,366** | **122,479** | **(175,977)** | **118,535** | **(221,358)** | **(179,268)** | **560,136** | **(219,795)** | **(137,139)** | **315,292** | **(97,227)** |

o   **Cash Surplus (Deficit):** IHDE is expected to generate a cash surplus in 2023 with the return of the $470K, which will ensure cash availability through 2024 while IHDE continues to increase fees and add new clients.  In 2024 IHDE will run a cash deficit in 2024 and a small cash surplus in 2025.  The chart below demonstrates IHDE's dependency on a cash surplus to operate through the fluctuations in the timing of collections on projected invoices for IHDE's larger clients.





# EXHIBIT E
(Intentionally Not Included)

# EXHIBIT F

(Liquidation Analysis)

Idaho Health Data Exchange HYPOTHETICAL LIQUIDATION ANALYSIS (Chapter 7)

| REAL PROPERTY | FMV | 1ST DOT | 2ND DOT | OTHER LIENS | EXEMPTIONS | NON-EXEMPT EQUITY | LIQUIDATION VALUE TO CH. 7 ESTATE | Notes |
|---|---|---|---|---|---|---|---|---|
| None | $0.00 | | | | $0.00 | $0.00 | $0.00 | |

| OTHER REAL PROPERTY | FMV | 1ST DOT | 2ND DOT | | EXEMPTIONS | NON-EXEMPT EQUITY | | |
|---|---|---|---|---|---|---|---|---|
| None | $0.00 | | | | $0.00 | $0.00 | $0.00 | |

| BUSINESSES | VALUE OF DEBTOR'S INTEREST | | | | EXEMPTIONS | NON-EXEMPT VALUE | | |
|---|---|---|---|---|---|---|---|---|
| None | $0.00 | | | | $0.00 | $0.00 | $0.00 | |

| PERSONAL PROPERTY | FMV | | | | EXEMPTIONS | NON-EXEMPT VALUE | | |
|---|---|---|---|---|---|---|---|---|
| CASH on hand (projected Effective Date 3/15/23) | $477,000.00 | | | | | $477,000.00 | $477,000.00 | 1 |
| Preference Claim | $470,000.00 | | | | $0.00 | $470,000.00 | $470,000.00 | 6 |
| Accounts Receivable | $0.00 | | | | $0.00 | $0.00 | $0.00 | 2 |
| Misc Office Furniture | $10,000.00 | | | | $0.00 | $10,000.00 | $7,500.00 | 3 |
| Intellectual Property | $0.00 | | | | | $0.00 | $0.00 | 5 |

| | | |
|---|---|---|
| TOTAL AVAILABLE FROM POTENTIAL CHAPTER 7 LIQUIDATION | $954,500.00 | |
| Chapter 7 Trustee Compensation | $50,975.00 | (4) |
| TOTAL POTENTIAL CHAPTER 7 DISTRIBUTION | $903,525.00 | |

Notes:
Note 1: All values are estimated based on projected values on the Effective Date of the Plan.
Note 2: Accounts receivable are paid in advance for continued services rendered.
Note 3: Liquidation value of personal property assumes a 25% discount and transaction cost.
Note 4: Chapter 7 Trustee fees are calculated using the standard Trustee fee calculation
Note 5: Intellectual property consists of website and database; database is licensed and website is valueless without the database.
Note 6: Value of preference claim is based on full recovery of claim amount without any offsetting lien.