## EXHIBIT A/B

## December 2022 Monthly Operating Report

**EXHIBIT A:**

#5 – Most of the cash has been moved to the DIP account. Debtor has left approximately $50K in the old account to ensure funds were available to cover any payments that were not already redirected to the new account.

**EXHIBIT B:**

#10 – Please see answer to #5 above.