# Idaho Health Data Exchange, Inc.

Transaction Report

December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Citibank | | | | | | | | |
| Beginning Balance | | | | | | | | 289,315.66 |
| 12/01/2022 | Payment | | Idaho Army National Guard | | Citibank | Accounts Receivable | 1,073.25 | 290,388.91 |
| 12/01/2022 | Check | ACH | Idacomp | | Citibank | -Split- | -10,582.50 | 279,806.41 |
| 12/05/2022 | Check | EFT | United Heritage Insurance | | Citibank | Operational:Salaries & Wages:Benefits | -75.87 | 279,730.54 |
| 12/06/2022 | Check | EFT | Delta Dental of Idaho | | Citibank | Operational:Salaries & Wages:Benefits | -408.36 | 279,322.18 |
| 12/08/2022 | Check | EFT | Citibank | Service Charge | Citibank | Bank Charge | -75.96 | 279,246.22 |
| 12/13/2022 | Check | EFT | Idaho Department of Labor | | Citibank | Payroll Liabilities:ID Unemployment Tax | -210.71 | 279,035.51 |
| 12/13/2022 | Journal Entry | 211024 | | BILL 12/13/22 Payables Funding | Citibank | -Split- | -79,641.44 | 199,394.07 |
| 12/14/2022 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll (SS-Med-FIT) - 2022-11-15 Payroll | Citibank | Payroll Liabilities:Federal Taxes (941/944) | -3,132.73 | 196,261.34 |
| 12/14/2022 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll (SS-Med-FIT) - 2022-12-15 Payroll | Citibank | Payroll Liabilities:Federal Taxes (941/944) | -3,064.40 | 193,196.94 |
| 12/14/2022 | Check | EFT | Great West Trust | Retirement Contr bution - EFT to Great West | Citibank | Payroll Liabilities:401k | -1,871.56 | 191,325.38 |
| 12/14/2022 | Check | EFT | Idaho State Tax Commission | Idaho State Income Tax - Employee Payroll - NOV | Citibank | Payroll Liabilities:ID Income Tax | -492.00 | 190,833.38 |
| 12/15/2022 | Transfer | | | | Citibank | Key Bank - IHDE | -100,000.00 | 90,833.38 |
| 12/15/2022 | Check | EFT | Great West Trust | Retirement Contr bution - EFT to Great West | Citibank | Payroll Liabilities:401k | -1,830.03 | 89,003.35 |
| 12/15/2022 | Payroll Check | DD | | Pay Period: 12/01/2022-12/15/2022 | Citibank | Direct Deposit Payable | -3,900.45 | 85,102.90 |
| 12/15/2022 | Payroll Check | DD | | Pay Period: 12/01/2022-12/15/2022 | Citibank | Direct Deposit Payable | -2,031.10 | 83,071.80 |
| 12/15/2022 | Payroll Check | DD | | Pay Period: 12/01/2022-12/15/2022 | Citibank | Direct Deposit Payable | -3,650.66 | 79,421.14 |
| 12/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | 12540498 | Citibank | Accounts Payable | -1,111.81 | 78,309.33 |
| 12/21/2022 | Journal Entry | 211026 | | BILL 12/21/22 Payables Funding | Citibank | -Split- | -19,998.00 | 58,311.33 |
| 12/22/2022 | Journal Entry | 211027 | | BILL 12/22/22 Payables Funding | Citibank | -Split- | -718.00 | 57,593.33 |
| 12/27/2022 | Check | EFT | The Hartford | | Citibank | Operational:Salaries & Wages:Benefits | -272.86 | 57,320.47 |
| 12/27/2022 | Journal Entry | 211028 | | BILL 12/27/22 Payables Funding | Citibank | -Split- | -1,070.40 | 56,250.07 |
| 12/28/2022 | Check | EFT | Blue Cross Insurance | | Citibank | Prepaid Expenses:Prepaid Insurance | -5,701.29 | 50,548.78 |

# Idaho Health Data Exchange, Inc.

Transaction Report

December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/28/2022 | Check | EFT | Great West Trust | Retirement Contribution - EFT to Great West | Citibank | Payroll Liabilities:401k | -1,846.50 | 48,702.28 |
| 12/29/2022 | Check | EFT | BILL.com | BILL.com Subscription & Transaction Fees for checks mailed and EFTs delivered. | Citibank | Operational:Office Expense:Finance Charge | -200.79 | 48,501.49 |
| 12/30/2022 | Payroll Check | DD | | Pay Period: 12/16/2022-12/30/2022 | Citibank | Direct Deposit Payable | -3,650.66 | 44,850.83 |
| 12/30/2022 | Payroll Check | DD | | Pay Period: 12/16/2022-12/30/2022 | Citibank | Direct Deposit Payable | -3,900.43 | 40,950.40 |
| 12/30/2022 | Payroll Check | DD | | Pay Period: 12/16/2022-12/30/2022 | Citibank | Direct Deposit Payable | -2,101.55 | 38,848.85 |
| **Total for Citibank** | | | | | | | **$ -250,466.81** | |
| **TOTAL** | | | | | | | **$ -250,466.81** | |