# Idaho Health Data Exchange, Inc.

## Transaction Report

### December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Key Bank - IHDE | | | | | | | | |
| 12/15/2022 | Transfer | | | | Key Bank - IHDE | Citibank | 100,000.00 | 100,000.00 |
| 12/15/2022 | Expense | | Key Bank | | Key Bank - IHDE | Bank Charge | -20.00 | 99,980.00 |
| 12/27/2022 | Check | EFT | Idaho State Tax Commission | Idaho State Income Tax - Employee Payroll - DEC | Key Bank - IHDE | Payroll Liabilities:ID Income Tax | -477.00 | 99,503.00 |
| 12/27/2022 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll (SS-Med-FIT) - 2022-12-31 Payroll | Key Bank - IHDE | Payroll Liabilities:Federal Taxes (941/944) | -3,091.56 | 96,411.44 |
| 12/27/2022 | Deposit | | | | Key Bank - IHDE | -Split- | 275,587.82 | 371,999.26 |
| 12/30/2022 | Deposit | | | | Key Bank - IHDE | -Split- | 35,302.75 | 407,302.01 |
| **Total for Key Bank - IHDE** | | | | | | | **$407,302.01** | |
| **TOTAL** | | | | | | | **$407,302.01** | |