# Idaho Health Data Exchange, Inc.

## Transaction Report

### December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Restricted Cash Pledged Collateral | | | | | | | | |
| Beginning Balance | | | | | | | | 2,507.37 |
| 12/31/2022 | Journal Entry | 211035 | | Taxable Interest Income | Restricted Cash Pledged Collateral | -Split- | 0.32 | 2,507.69 |
| Total for Restricted Cash Pledged Collateral | | | | | | | $0.32 | |
| TOTAL | | | | | | | $0.32 | |