# Idaho Health Data Exchange, Inc.

Transaction Report

December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Bill.com Money Out Clearing** | | | | | | | | |
| 12/13/2022 | Journal Entry | 211024 | | BILL 12/13/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 79,641.44 | 79,641.44 |
| 12/13/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | Multiple invoices | 1072 Bill.com Money Out Clearing | Accounts Payable | -32,310.00 | 47,331.44 |
| 12/13/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | Inv #22-10-4938 | 1072 Bill.com Money Out Clearing | Accounts Payable | -19,800.00 | 27,531.44 |
| 12/13/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | Inv #22-IHDE-44896 | 1072 Bill.com Money Out Clearing | Accounts Payable | -13,924.86 | 13,606.58 |
| 12/13/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | Multiple invoices (details on stub)-- bill.com Check Number: 205982066 | 1072 Bill.com Money Out Clearing | Accounts Payable | -10,000.00 | 3,606.58 |
| 12/13/2022 | Bill Payment (Check) | | Amazon Web Services | Inv #1168595793-- bill.com Check Number: 205975655 | 1072 Bill.com Money Out Clearing | Accounts Payable | -3,404.00 | 202.58 |
| 12/13/2022 | Bill Payment (Check) | | State Insurance Fund | Inv #26912664-- bill.com Check Number: 205960367 | 1072 Bill.com Money Out Clearing | Accounts Payable | -139.00 | 63.58 |
| 12/13/2022 | Bill Payment (Check) | | ▬▬▬▬▬▬ | Inv #2022-1101-- bill.com Check Number: 205979743 | 1072 Bill.com Money Out Clearing | Accounts Payable | -63.58 | 0.00 |
| 12/21/2022 | Journal Entry | 211026 | | BILL 12/21/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 19,998.00 | 19,998.00 |
| 12/21/2022 | Bill Payment (Check) | | eHealth Technologies | Inv #26884 | 1072 Bill.com Money Out Clearing | Accounts Payable | -19,998.00 | 0.00 |
| 12/22/2022 | Journal Entry | 211027 | | BILL 12/22/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 718.00 | 718.00 |
| 12/22/2022 | Bill Payment (Check) | | Idacomp | Multiple invoices (details on stub)-- bill.com Check Number: 206086036 | 1072 Bill.com Money Out Clearing | Accounts Payable | -718.00 | 0.00 |
| 12/27/2022 | Journal Entry | 211028 | | BILL 12/27/22 Payables Funding | 1072 Bill.com Money Out Clearing | -Split- | 1,070.40 | 1,070.40 |
| 12/27/2022 | Bill Payment (Check) | | Idacomp | Multiple invoices (details on stub)-- bill.com Check Number: 206141718 | 1072 Bill.com Money Out Clearing | Accounts Payable | -1,070.40 | 0.00 |
| **Total for Bill.com Money Out Clearing** | | | | | | | **$0.00** | |
| **TOTAL** | | | | | | | **$0.00** | |