# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| Accounts Payable | | | | | | | | |
| Beginning Balance | | | | | | | | 947,751.95 |
| 08/15/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,161.81 | 946,590.14 |
| 08/16/2022 | Bill | ICC802230 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 1,290.00 | 947,880.14 |
| 08/31/2022 | Bill | 3004 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 957,880.14 |
| 08/31/2022 | Bill | 22-08-4829 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 974,680.14 |
| 08/31/2022 | Bill | 26154 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 994,678.14 |
| 08/31/2022 | Bill | 3003 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 6,600.00 | 1,001,278.14 |
| 08/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 1,002,389.95 |
| 09/01/2022 | Bill | IN207484 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,062,389.95 |
| 09/01/2022 | Bill | 3911 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,086,314.95 |
| 09/01/2022 | Bill | 3005 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,106,314.95 |
| 09/01/2022 | Bill | 22-IHDE-44805 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 14,017.18 | 1,120,332.13 |
| 09/02/2022 | Bill | 1115100273 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,484.14 | 1,123,816.27 |
| 09/06/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,063,816.27 |
| 09/14/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,290.00 | 1,062,526.27 |
| 09/14/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,418.06 | 1,059,108.21 |
| 09/14/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -5,000.00 | 1,054,108.21 |
| 09/14/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -14,017.18 | 1,040,091.03 |
| 09/14/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 1,023,291.03 |
| 09/14/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 1,003,293.03 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/14/2022 | Bill Payment (Check) | | 4medica, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -22,500.00 | 980,793.03 |
| 09/15/2022 | Bill | | The Hartford | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 906.00 | 981,699.03 |
| 09/15/2022 | Bill Payment (Check) | EFT | Clarke & Sampson, Inc. | | Accounts Payable | Citibank | -16,500.00 | 965,199.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,600.00 | 948,599.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -20,000.00 | 928,599.03 |
| 09/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 927,487.22 |
| 09/20/2022 | Bill | 95048 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,211.53 | 929,698.75 |
| 09/30/2022 | Bill | INV13955 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 938,032.08 |
| 09/30/2022 | Bill | 3009 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 948,032.08 |
| 09/30/2022 | Bill | 22-09-4882 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 964,832.08 |
| 09/30/2022 | Bill | 95846 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 5,977.98 | 970,810.06 |
| 09/30/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 971,921.87 |
| 09/30/2022 | Bill | 3008 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 4,702.50 | 976,624.37 |
| 10/01/2022 | Bill | 3010 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 996,624.37 |
| 10/01/2022 | Bill | 22-IHDE-44835 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 11,900.52 | 1,008,524.89 |
| 10/01/2022 | Bill | 1875 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,013,524.89 |
| 10/01/2022 | Bill | 1874 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,018,524.89 |
| 10/01/2022 | Bill | 1873 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,023,524.89 |
| 10/02/2022 | Bill | 1143613289 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,291.15 | 1,026,816.04 |
| 10/03/2022 | Bill | IN207555 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,086,816.04 |
| 10/05/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,026,816.04 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/06/2022 | Bill | 68492351 | Zoho Corporation | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 993.21 | 1,027,809.25 |
| 10/06/2022 | Bill | ICC1004224 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,028,570.05 |
| 10/06/2022 | Bill | ICC1004222 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,028,764.45 |
| 10/06/2022 | Bill | ICC1004223 | Idacomp | | Accounts Payable | -Split- | 87.60 | 1,028,852.05 |
| 10/08/2022 | Bill | | Clarke & Sampson, Inc. | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 16,500.00 | 1,045,352.05 |
| 10/12/2022 | Bill Payment (Check) | | The Hartford | | Accounts Payable | 1072 Bill.com Money Out Clearing | -906.00 | 1,044,446.05 |
| 10/12/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -34,702.50 | 1,009,743.55 |
| 10/12/2022 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | 1072 Bill.com Money Out Clearing | -23,925.00 | 985,818.55 |
| 10/12/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 969,018.55 |
| 10/12/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -11,900.52 | 957,118.03 |
| 10/12/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,484.14 | 953,633.89 |
| 10/13/2022 | Bill Payment (Check) | | Zoho Corporation | | Accounts Payable | 1072 Bill.com Money Out Clearing | -993.21 | 952,640.68 |
| 10/14/2022 | Bill | 3011 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 3,300.00 | 955,940.68 |
| 10/17/2022 | Bill | 2022-10-001 | ▇▇▇▇▇▇▇▇▇ | | Accounts Payable | Marketing:Marketing Conf. & Meetings | 753.50 | 956,694.18 |
| 10/18/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 955,582.37 |
| 10/19/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,300.00 | 952,282.37 |
| 10/24/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,042.80 | 951,239.57 |
| 10/31/2022 | Bill | 22-10-4938 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 19,800.00 | 971,039.57 |
| 10/31/2022 | Bill | 848-26089 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 972,151.38 |
| 11/01/2022 | Bill | 3014 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 992,151.38 |
| 11/01/2022 | Bill | 22-P3HP-44867 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 13,150.78 | 1,005,302.16 |

# Idaho Health Data Exchange, Inc.

## Transaction Report
### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| 11/01/2022 | Bill | 3013 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 1,015,302.16 |
| 11/01/2022 | Bill | 1876 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,020,302.16 |
| 11/01/2022 | Bill | IN207701 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Implementation costs | 2,000.00 | 1,022,302.16 |
| 11/02/2022 | Bill | 1168595793 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,404.00 | 1,025,706.16 |
| 11/03/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 965,706.16 |
| 11/04/2022 | Bill Payment (Check) | | ▇▇▇▇▇▇▇▇ | | Accounts Payable | 1072 Bill.com Money Out Clearing | -753.50 | 964,952.66 |
| 11/04/2022 | Bill | IN207738 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,024,952.66 |
| 11/04/2022 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -2,000.00 | 1,022,952.66 |
| 11/06/2022 | Bill | 96626 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 3,134.00 | 1,026,086.66 |
| 11/06/2022 | Bill | 96627 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 1,424.00 | 1,027,510.66 |
| 11/06/2022 | Bill | ICC116223 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,028,271.46 |
| 11/06/2022 | Bill | ICC116221 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,028,465.86 |
| 11/06/2022 | Bill | ICC116222 | Idacomp | | Accounts Payable | -Split- | 115.20 | 1,028,581.06 |
| 11/09/2022 | Bill Payment (Check) | | Lyniate | | Accounts Payable | 1072 Bill.com Money Out Clearing | -8,333.33 | 1,020,247.73 |
| 11/09/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,291.15 | 1,016,956.58 |
| 11/09/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -13,150.78 | 1,003,805.80 |
| 11/09/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -30,000.00 | 973,805.80 |
| 11/09/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 957,005.80 |
| 11/16/2022 | Bill | 2022-1101 | ▇▇▇▇▇▇▇▇ | | Accounts Payable | -Split- | 63.58 | 957,069.38 |
| 11/18/2022 | Bill Payment (Check) | 16 | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 955,957.57 |
| 11/28/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,070.40 | 954,887.17 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/30/2022 | Bill | 97499 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 4,504.00 | 959,391.17 |
| 11/30/2022 | Bill | 848-26323 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 960,502.98 |
| 11/30/2022 | Bill | 3018 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 2,310.00 | 962,812.98 |
| 11/30/2022 | Bill | 3019 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 972,812.98 |
| 11/30/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 912,812.98 |
| 11/30/2022 | Bill | 22-11-4996 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 25,300.00 | 938,112.98 |
| 11/30/2022 | Bill | 26884 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 958,110.98 |
| 12/01/2022 | Bill | IN207820 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,018,110.98 |
| 12/01/2022 | Bill | 4221 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,042,035.98 |
| 12/01/2022 | Bill | ICC831227 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 64.00 | 1,042,099.98 |
| 12/01/2022 | Bill | 26912664 | State Insurance Fund | Payroll Report Premium 07/01/2022-10/01/2022 | Accounts Payable | Operational:Insurance:Workers Compensation | 139.00 | 1,042,238.98 |
| 12/01/2022 | Bill | | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 144.00 | 1,042,382.98 |
| 12/01/2022 | Bill | ICC831228 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 510.00 | 1,042,892.98 |
| 12/01/2022 | Bill | INV61317 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 1,051,226.31 |
| 12/01/2022 | Bill | 22-IHDE-44896 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 13,924.86 | 1,065,151.17 |
| 12/01/2022 | Bill | 3020 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,085,151.17 |
| 12/02/2022 | Bill | 1189072125 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,220.62 | 1,088,371.79 |
| 12/05/2022 | Bill | 97500 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,956.50 | 1,091,328.29 |
| 12/06/2022 | Bill | ICC12012256 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,091,522.69 |
| 12/06/2022 | Bill | ICC12012258 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,092,283.49 |
| 12/06/2022 | Bill | ICC12012257 | Idacomp | | Accounts Payable | -Split- | 115.20 | 1,092,398.69 |

# Idaho Health Data Exchange, Inc.

## Transaction Report
### August 12 - December 31, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/13/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -10,000.00 | 1,082,398.69 |
| 12/13/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,404.00 | 1,078,994.69 |
| 12/13/2022 | Bill Payment (Check) | | State Insurance Fund | | Accounts Payable | 1072 Bill.com Money Out Clearing | -139.00 | 1,078,855.69 |
| 12/13/2022 | Bill Payment (Check) | | ▇▇▇▇▇▇▇▇▇▇▇ | | Accounts Payable | 1072 Bill.com Money Out Clearing | -63.58 | 1,078,792.11 |
| 12/13/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -13,924.86 | 1,064,867.25 |
| 12/13/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -32,310.00 | 1,032,557.25 |
| 12/13/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,800.00 | 1,012,757.25 |
| 12/14/2022 | Bill | INV-001173 | Civitas Networks for Health | | Accounts Payable | Prepaid Expenses:Prepaid Marketing Costs | 7,000.00 | 1,019,757.25 |
| 12/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 1,018,645.44 |
| 12/21/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 998,647.44 |
| 12/22/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -718.00 | 997,929.44 |
| 12/27/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,070.40 | 996,859.04 |
| 12/31/2022 | Bill | 98408 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 1,387.50 | 998,246.54 |
| 12/31/2022 | Bill | 1213219369 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,283.22 | 1,001,529.76 |
| 12/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 1,002,641.57 |
| **Total for Accounts Payable** | | | | | | | **$54,889.62** | |
| **TOTAL** | | | | | | | **$54,889.62** | |