# Idaho Health Data Exchange, Inc.

## Transaction Report
### December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| **Accounts Payable** | | | | | | | | |
| Beginning Balance | | | | | | | | 958,110.98 |
| 12/01/2022 | Bill | IN207820 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,018,110.98 |
| 12/01/2022 | Bill | 4221 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,042,035.98 |
| 12/01/2022 | Bill | 3020 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,062,035.98 |
| 12/01/2022 | Bill | 22-IHDE-44896 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 13,924.86 | 1,075,960.84 |
| 12/01/2022 | Bill | INV61317 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 1,084,294.17 |
| 12/01/2022 | Bill | ICC831228 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 510.00 | 1,084,804.17 |
| 12/01/2022 | Bill | | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 144.00 | 1,084,948.17 |
| 12/01/2022 | Bill | ICC831227 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 64.00 | 1,085,012.17 |
| 12/01/2022 | Bill | 26912664 | State Insurance Fund | Payroll Report Premium 07/01/2022-10/01/2022 | Accounts Payable | Operational:Insurance:Workers Compensation | 139.00 | 1,085,151.17 |
| 12/02/2022 | Bill | 1189072125 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,220.62 | 1,088,371.79 |
| 12/05/2022 | Bill | 97500 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,956.50 | 1,091,328.29 |
| 12/06/2022 | Bill | ICC12012256 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,091,522.69 |
| 12/06/2022 | Bill | ICC12012258 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,092,283.49 |
| 12/06/2022 | Bill | ICC12012257 | Idacomp | | Accounts Payable | -Split- | 115.20 | 1,092,398.69 |
| 12/13/2022 | Bill Payment (Check) | | ███████ | | Accounts Payable | 1072 Bill.com Money Out Clearing | -63.58 | 1,092,335.11 |
| 12/13/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -32,310.00 | 1,060,025.11 |
| 12/13/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,800.00 | 1,040,225.11 |
| 12/13/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -13,924.86 | 1,026,300.25 |
| 12/13/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -10,000.00 | 1,016,300.25 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

### December 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| 12/13/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,404.00 | 1,012,896.25 |
| 12/13/2022 | Bill Payment (Check) | | State Insurance Fund | | Accounts Payable | 1072 Bill.com Money Out Clearing | -139.00 | 1,012,757.25 |
| 12/14/2022 | Bill | INV-001173 | Civitas Networks for Health | | Accounts Payable | Prepaid Expenses:Prepaid Marketing Costs | 7,000.00 | 1,019,757.25 |
| 12/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 1,018,645.44 |
| 12/21/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 998,647.44 |
| 12/22/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -718.00 | 997,929.44 |
| 12/27/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,070.40 | 996,859.04 |
| 12/31/2022 | Bill | 98408 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 1,387.50 | 998,246.54 |
| 12/31/2022 | Bill | 1213219369 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,283.22 | 1,001,529.76 |
| 12/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 1,002,641.57 |
| **Total for Accounts Payable** | | | | | | | **$44,530.59** | |
| **TOTAL** | | | | | | | **$44,530.59** | |