# Idaho Health Data Exchange, Inc.

A/R Aging Summary

As of December 31, 2022

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Ada County Emergency Medical Services District |  | 30,000.00 |  |  |  | $30,000.00 |
| Ada Pediatrics, P.A. |  |  |  |  | 750.00 | $750.00 |
| Appleton Clinics Idaho |  | 1,207.50 |  |  | 1,957.50 | $3,165.00 |
| Ashton Memorial, Inc. |  | 750.00 |  |  | 750.00 | $1,500.00 |
| Aspen Transitional Rehab |  | 895.50 |  |  |  | $895.50 |
| Boise Health Haus | 750.00 |  |  |  |  | $750.00 |
| Borron Family Medicine | 750.00 |  |  |  |  | $750.00 |
| Central District Health Dept. |  | 26,041.50 |  |  | 26,041.50 | $52,083.00 |
| Cherry Heights Family Medical Clinic |  | 750.00 |  |  |  | $750.00 |
| Clearwater Gastroenterology |  | 0.50 |  |  |  | $0.50 |
| Doctors House Calls |  | 750.00 |  |  |  | $750.00 |
| East to West Family Medicine |  | 750.00 |  |  | 750.00 | $1,500.00 |
| Everest Ambulatory Surgery Center, LLC |  |  |  |  | 750.00 | $750.00 |
| Family Health Center |  | 1,654.50 |  |  |  | $1,654.50 |
| Firth Medical Center |  | 750.00 |  |  |  | $750.00 |
| Frontier Pediatric Partners |  | 6,762.00 |  |  |  | $6,762.00 |
| Gritman Medical Center | 5,759.25 | 5,759.25 |  |  |  | $11,518.50 |
| Health Care For Women PA |  |  |  |  | 475.00 | $475.00 |
| HealthMotivate Care |  |  |  |  | 1,719.00 | $1,719.00 |
| High Country Behavioral Health |  | 1,240.50 |  |  |  | $1,240.50 |
| Horizon Home Health and Hospice |  | 1,045.00 |  |  |  | $1,045.00 |
| Idaho Air National Guard |  | 950.00 |  |  |  | $950.00 |
| Idaho Department of Health and Welfare | 25,000.00 | 25,000.00 |  |  |  | $50,000.00 |
| Idaho Falls Family and Sports Medicine |  | 4,530.00 |  |  |  | $4,530.00 |
| Idaho Primary Care Association |  | 85,973.75 |  |  |  | $85,973.75 |
| Innovation Medical Group |  |  |  |  | -187.50 | $ -187.50 |
| Kaylor Family Medicine |  | 2,868.00 |  |  | 4,840.50 | $7,708.50 |
| Kootenai Medical Center | 32,027.75 |  |  |  | 32,027.75 | $64,055.50 |
| LabCorp |  | 15,000.00 |  |  | 7,500.00 | $22,500.00 |
| Legacy Navigation |  | 750.00 |  |  | 375.00 | $1,125.00 |
| Mangum Primary Care |  | 1,500.00 |  |  |  | $1,500.00 |
| Mountain Mobile Medicine |  | 750.00 |  |  |  | $750.00 |
| OCHIN |  | 14,430.75 |  |  |  | $14,430.75 |
| Omega Mental Health Services |  |  |  |  | 750.00 | $750.00 |
| Oster Medical Group |  |  |  |  | 550.00 | $550.00 |
| Panhandle Health District |  |  |  |  | 750.00 | $750.00 |
| Pathologists Regional Laboratory | 7,500.00 |  |  |  |  | $7,500.00 |
| Pocatello Children's Clinic |  | 8,020.50 |  |  |  | $8,020.50 |
| Primary Health Medical Group | 11,718.75 | 11,718.75 |  |  |  | $23,437.50 |
| Rindfleisch Family Practice |  |  |  |  | 475.00 | $475.00 |
| Sandpoint Family Medicine Inc |  |  |  |  | 950.00 | $950.00 |
| Sara A Berg MD |  | 750.00 |  |  |  | $750.00 |
| Sawtooth Family Medicine |  | 1,305.00 |  |  |  | $1,305.00 |
| Skyline Transitional Care |  | 750.00 |  |  | 207.00 | $957.00 |

# Idaho Health Data Exchange, Inc.

## A/R Aging Summary
### As of December 31, 2022

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| St. Joseph Regional Medical Center | 21,212.50 |  |  |  |  | $21,212.50 |
| St. Luke's Regional Medical Center | 116,425.00 |  |  |  |  | $116,425.00 |
| Stark Medical Group |  |  |  |  | 1,500.00 | $1,500.00 |
| Terrace Home Health |  | 712.50 |  |  |  | $712.50 |
| Treasure Valley Hospice, LLC. |  | 750.00 |  |  | 435.07 | $1,185.07 |
| Vance Medical Services |  | 750.00 |  |  |  | $750.00 |
| TOTAL | **$221,143.25** | **$254,865.50** | **$0.00** | **$0.00** | **$83,365.82** | **$559,374.57** |