Citibank CBO Services    913  
P.O. Box 6201  
Sioux Falls, SD 57117-6201

001/R1/04F008

000  
CITIBANK, N. A.  
**Account** 7677  
**Statement Period**  
Dec 1 - Dec 31, 2022  
**Relationship Manager**  
US SERVICE CENTER  
1-877-528-0990

Page 1 of 3

IDAHO HEALTH DATA EXCHANGE, INC  
1299 N. ORCHARD ST 120  
BOISE        ID 83706

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $38,848.85 |
| **Savings** | ----- |
| **Checking Plus** | ----- |

| **Checking** | | | **Balance** |
|---|---|---|---|
| CitiBusiness Checking | | 7677 | $38,848.85 |
| CitiBusiness Checking | | 7685 | $0.00 |
| **Total Checking at Citibank** | | | **$38,848.85** |

## SUGGESTIONS AND RECOMMENDATIONS

As of 2/17/23, checks drawn on the US Treasury, Federal Reserve Bank, Federal Home Loan Bank, any State or general purpose unit of a Local Government, US postal money orders, cashier's, teller's, certified, and travelers checks, and checks drawn on Citibank, N.A. will be available on the first business day after day of deposit instead of the day deposited. The US CCB Master Account Service and Terms Agreement, Master Account and Service Terms Agreement for Citi Private Bank and CitiBusiness Client Manual will be amended to reflect this change.

## SERVICE CHARGE SUMMARY FROM NOVEMBER 1, 2022 THRU NOVEMBER 30, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #    7677** | | | |
| Average Daily Collected Balance | | | $379,145.25 |
| DEPOSIT SERVICES | | | |
|    DEPOSIT ASSESSMENT | 379,145 | | 54.53 |
|    MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |
| CITIBUSINESS ONLINE | | | |
|    CBOL - OUT. DOMESTIC WIRE TXFR | 2 | 17.0000 | 34.00 |
| DEPOSIT SERVICES | | | |
|    REMOTE CHECK MAINTENANCE | 1 | 60.0000 | 60.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|    ACH CREDIT RECEIVED | 1 | .1700 | 0.17 |
|    ACH DEBIT RECEIVED | 23 | .1700 | 3.91 |
| **Total Charges for Services** | | | **$176.61** |
| **CITIBUSINESS CHECKING #    7685** | | | |
| Average Daily Collected Balance | | | $0.00 |
| DEPOSIT SERVICES | | | |

IDAHO HEALTH DATA EXCHANGE, INC       Account            7677       Page 2 of 3           001/R1/04F008
                                      Statement Period: Dec 1 - Dec 31, 2022

## SERVICE CHARGE SUMMARY FROM NOVEMBER 1, 2022 THRU NOVEMBER 30, 2022                Continued

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |
| **Total Charges for Services** | | | **$24.00** |
| **Total Non-Interest Bearing Account Charges** | | | **$200.61** |
| Average collected balances | | | $379,145.25 |
| Balances eligible for Earnings Credit | | | $379,145.25 |
| Balances Required to Offset Service Charges | | | $610,255.62 |
| Earnings Credit allowance at 0.40000% | | | $124.65 |
| Charges Subject to Earnings Credit | | | $200.61 |
| **Net Service Charge** | | | **$75.96** |

Charges debited from account #        7677

## CHECKING ACTIVITY

**CitiBusiness Checking**

         7677                                     Beginning Balance:   $289,315.66
                                                  Ending Balance:      $38,848.85

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01 | ELECTRONIC CREDIT<br>TREAS 310    MISC PAY 743249732210043 Dec 01 | | 1,073.25 | 290,388.91 |
| 12/02 | ACH DEBIT<br>IDACOMP, LLC.    SALE        Dec 02 | 10,582.50 | | 279,806.41 |
| 12/05 | ACH DEBIT<br>UNITED HERITAGE   Group Pymt         03532 Dec 05 | 75.87 | | 279,730.54 |
| 12/06 | ACH DEBIT<br>Delta Dental IND  DDIACH      DDIIND001549457 Dec 06 | 408.36 | | 279,322.18 |
| 12/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 75.96 | | 279,246.22 |
| 12/13 | ACH DEBIT<br>ID.gov       ID.gov    877-443-3468   Dec 13 | 210.71 | | 279,035.51 |
| 12/13 | ACH DEBIT<br>Bill.com      Payables   025MCBFVSHDCC4O Dec 13<br>Multiple Payments Bill.com Payables 025MCBFV | 79,641.44 | | 199,394.07 |
| 12/14 | ACH DEBIT<br>GREAT-WEST TRUST  PAYMENTS          4696   Dec 14 | 1,871.56 | | 197,522.51 |
| 12/14 | ACH DEBIT<br>IRS         USATAXPYMT 270274811352730 Dec 14 | 3,064.40 | | 194,458.11 |
| 12/14 | ACH DEBIT<br>IRS         USATAXPYMT 270274820913860 Dec 14 | 3,132.73 | | 191,325.38 |
| 12/15 | CBUSOL TRANSFER DEBIT<br>WIRE TO Idaho Health Data Exchange, Inc. | 100,000.00 | | 91,325.38 |
| 12/15 | ACH DEBIT<br>STATE OF IDAHO   DEBIT TAX  1975841024     Dec 15<br>TXP*004960444     *01109*2211*T*49200\ | 492.00 | | 90,833.38 |
| 12/15 | ACH DEBIT<br>GREAT-WEST TRUST  PAYMENTS   708650881743    Dec 15 | 1,830.03 | | 89,003.35 |
| 12/15 | ACH DEBIT<br>PAYROLL     PAYROLL   8466863     Dec 15 | 2,031.10 | | 86,972.25 |
| 12/15 | ACH DEBIT<br>PAYROLL     PAYROLL   8466863     Dec 15 | 3,650.66 | | 83,321.59 |
| 12/15 | ACH DEBIT<br>PAYROLL     PAYROLL   8466863     Dec 15 | 3,900.45 | | 79,421.14 |
| 12/19 | ACH DEBIT<br>REGUS MANAGEMENT  INVOICEPAY 12540498IDAHO H Dec 19<br>RMR*IV*848-26323**1111.81\ | 1,111.81 | | 78,309.33 |
| 12/21 | ACH DEBIT<br>Bill.com      Payables   025LLCRPFODLWCD Dec 21<br>eHealth Global Technologies, Inc. Bill.com 0 | 19,998.00 | | 58,311.33 |
| 12/22 | ACH DEBIT<br>Bill.com      Payables   025FSEBAZADNHTG Dec 22<br>Idacomp Bill.com 025FSEBAZADNHTG Mu | 718.00 | | 57,593.33 |
| 12/27 | ACH DEBIT<br>THE HARTFORD    GBDORMBLAC 012207550001    Dec 27<br>192779481361 | 272.86 | | 57,320.47 |

IDAHO HEALTH DATA EXCHANGE, INC     Account ████ 7677     Page 3 of 3     001/R1/04F008
Statement Period: Dec 1 - Dec 31, 2022

## CHECKING ACTIVITY     Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 12/27 | ACH DEBIT<br>Bill.com  Payables  025XQNBOAXDQUGP Dec 27<br>Idacomp Bill.com 025XQNBOAXDQUGP Mu | 1,070.40 | | 56,250.07 |
| 12/28 | ACH DEBIT<br>GREAT-WEST TRUST  PAYMENTS  ████ 2146  Dec 28 | 1,846.50 | | 54,403.57 |
| 12/28 | ACH DEBIT<br>BLUE CROSS OF ID  INSUR PYMT 10039400R001  Dec 28 | 5,701.29 | | 48,702.28 |
| 12/29 | ACH DEBIT<br>BILL.COM LLC  BILLING  02B4GCWOOLT5JD4 Dec 29<br>BILL.COM 02B4GCWOOLT5JD4 STMT 22125123246 ID | 200.79 | | 48,501.49 |
| 12/30 | ACH DEBIT<br>PAYROLL  PAYROLL  8466863  Dec 30 | 2,101.55 | | 46,399.94 |
| 12/30 | ACH DEBIT<br>PAYROLL  PAYROLL  8466863  Dec 30 | 3,650.66 | | 42,749.28 |
| 12/30 | ACH DEBIT<br>PAYROLL  PAYROLL  8466863  Dec 30 | 3,900.43 | | 38,848.85 |
| | **Total Debits/Credits** | **251,540.06** | **1,073.25** | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:     YOU CAN CALL:     YOU CAN WRITE:

Checking

877-528-0990
For TTY:We accept 711 or
other Relay Service.

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.