Idaho Health Data Exchange, Inc.

Citibank, Period Ending 12/31/2022

**RECONCILIATION REPORT**

Reconciled on: 01/14/2023

Reconciled by: Jesse Meldru

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 289,315.66 |
| Checks and payments cleared (26) | -251,540.06 |
| Deposits and other credits cleared (1) | 1,073.25 |
| Statement ending balance | 38,848.85 |
| | |
| Register balance as of 12/31/2022 | 38,848.85 |
| Cleared transactions after 12/31/2022 | 0.00 |
| Uncleared transactions after 12/31/2022 | -20,055.40 |
| Register balance as of 01/14/2023 | 18,793.45 |

### Details

Checks and payments cleared (26)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2022 | Check | ACH | Idacomp | -10,582.50 |
| 12/05/2022 | Check | EFT | United Heritage Insurance | -75.87 |
| 12/06/2022 | Check | EFT | Delta Dental of Idaho | -408.36 |
| 12/08/2022 | Check | EFT | Citibank | -75.96 |
| 12/13/2022 | Journal | 211024 | | -79,641.44 |
| 12/13/2022 | Check | EFT | Idaho Department of Labor | -210.71 |
| 12/14/2022 | Check | EFT | Internal Revenue Service | -3,064.40 |
| 12/14/2022 | Check | EFT | Idaho State Tax Commission | -492.00 |
| 12/14/2022 | Check | EFT | Internal Revenue Service | -3,132.73 |
| 12/14/2022 | Check | EFT | Great West Trust | -1,871.56 |
| 12/15/2022 | Check | EFT | Great West Trust | -1,830.03 |
| 12/15/2022 | Transfer | | | -100,000.00 |
| 12/15/2022 | Payroll Check | DD | | -3,900.45 |
| 12/15/2022 | Payroll Check | DD | | -3,650.66 |
| 12/15/2022 | Payroll Check | DD | | -2,031.10 |
| 12/19/2022 | Bill Payment | EFT | Regus Management Group, LLC | -1,111.81 |
| 12/21/2022 | Journal | 211026 | | -19,998.00 |
| 12/22/2022 | Journal | 211027 | | -718.00 |
| 12/27/2022 | Journal | 211028 | | -1,070.40 |
| 12/27/2022 | Check | EFT | The Hartford | -272.86 |
| 12/28/2022 | Check | EFT | Blue Cross Insurance | -5,701.29 |
| 12/28/2022 | Check | EFT | Great West Trust | -1,846.50 |
| 12/29/2022 | Check | EFT | BILL.com | -200.79 |
| 12/30/2022 | Payroll Check | DD | | -2,101.55 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/30/2022 | Payroll Check | DD | | -3,900.43 |
| 12/30/2022 | Payroll Check | DD | | -3,650.66 |

| Total | | | | -251,540.06 |
|---|---|---|---|---|

**Deposits and other credits cleared (1)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2022 | Receive Payment | | Idaho Army National Guard | 1,073.25 |

| Total | | | | 1,073.25 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 12/31/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2023 | Check | ACH | Idacomp | -10,582.50 |
| 01/13/2023 | Payroll Check | DD | | -1,860.12 |
| 01/13/2023 | Payroll Check | DD | | -3,692.96 |
| 01/13/2023 | Payroll Check | DD | | -3,919.82 |

| Total | | | | -20,055.40 |
|---|---|---|---|---|