## Idaho Health Data Exchange, Inc.

**Key Bank - IHDE, Period Ending 12/30/2022**

**RECONCILIATION REPORT**

Reconciled on: 01/14/2023

Reconciled by: Jesse Meldru

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (2) | -3,111.56 |
| Deposits and other credits cleared (3) | 410,890.57 |
| Statement ending balance | 407,779.01 |
| | |
| Uncleared transactions as of 12/30/2022 | -477.00 |
| Register balance as of 12/30/2022 | 407,302.01 |
| Cleared transactions after 12/30/2022 | 0.00 |
| Uncleared transactions after 12/30/2022 | -120,000.00 |
| Register balance as of 01/14/2023 | 287,302.01 |

### Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/15/2022 | Expense | | Key Bank | -20.00 |
| 12/27/2022 | Check | EFT | Internal Revenue Service | -3,091.56 |
| **Total** | | | | **-3,111.56** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/15/2022 | Transfer | | | 100,000.00 |
| 12/27/2022 | Deposit | | | 275,587.82 |
| 12/30/2022 | Deposit | | | 35,302.75 |
| **Total** | | | | **410,890.57** |

### Additional Information

Uncleared checks and payments as of 12/30/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/27/2022 | Check | EFT | Idaho State Tax Commission | -477.00 |
| **Total** | | | | **-477.00** |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/12/2023 | Bill Payment | | Orion Health, Inc. | -60,000.00 |
| 01/12/2023 | Bill Payment | | Orion Health, Inc. | -60,000.00 |
| Total | | | | -120,000.00 |