

# SNAPSHOT
## Current period ending December 31, 2022

ACCOUNT NAME: IDAHO HEALTH DATA EXCHANGE,INC

ACCOUNT NUMBER: ▮0152

**Electronic Delivery**

Your Financial Advisor:
ZACHARY B KAPLAN
Phone: 866-281-7436

2141 ROSECRANS AVENUE
SUITE 4100
EL SEGUNDO, CA 90245

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

IDAHO HEALTH DATA EXCHANGE,INC
1299 N ORCHARD RD
BOISE     ID 83706-2265

### Message from Wells Fargo Advisors
WILL 2023 BE ANOTHER ROUGH RIDE, OR SHOULD INVESTORS EXPECT SMOOTHER SAILING? FIND OUT WHAT WELLS FARGO INVESTMENT INSTITUTE SEES FOR THE YEAR AHEAD IN ITS "2023 OUTLOOK: RECESSION, RECOVERY, AND REBOUND" REPORT. VISIT WELLSFARGOADVISORS.COM/OUTLOOK TO LEARN MORE.

### News
SHOULD YOU NEED ADDITIONAL DETAILS ABOUT A SPECIFIC TRANSACTION REFLECTED ON YOUR STATEMENT, THE INFORMATION IS AVAILABLE ONLINE OR BY CONTACTING THE CLIENT SERVICE NUMBER ON YOUR STATEMENT.

**Investment and Insurance Products are:**
• **Not Insured by the FDIC or Any Federal Government Agency**
• **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
• **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

## General instructions and disclosures

### About this statement

**Clearing services:** Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and is a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Trade date statement and trade details:** All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.

**Pricing of securities:** Securities prices on your statement may vary from actual liquidation value. Prices are provided by outside quotation services which we believe are reliable but due to the nature of market data the accuracy cannot be guaranteed. In the absence of such pricing, prices are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, if less actively traded, by u ilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not listed on a national exchange are generally illiquid. Because no trading market exists for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Values for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. The sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact he individual servicing your account.

**Estimated annual income/yield:** Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary:** The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

**Texas designation:** If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. The designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com**.

**Tax reporting:** We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099 interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.

### About your rights and responsibilities

**Questions and complaints about Your Account:** This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting the FINRA website at **www.finra.org.** An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regula ion Public Disclosure Program is also available from the FINRA upon request.

**MSRB disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org**.

**Account protection:** Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300**. In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This addi ional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, escrow receipts, direct investments, currency, commodities or related contracts, hedge funds and certain other investments.

**Investor education:** Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. This information may be found in the "Other Insights" menu. Wells Fargo Advisors has also developed numerous investor education guides to provide you wi h important information regarding the products and services we offer. These guides may be found in the "Why Invest With Us" menu.

**Free credit balances:** Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances:** Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

**Option accounts:** Pursuant to FINRA Rule 2360, option assignment notices are randomly allocated by an automated process amongst all client short option positions that are subject to exercise, including posi ions established on the day of assignment. Transaction confirmations that were previously furnished to you provides information on commissions and other charges related to your option transaction executions. Details of our random allocation procedures and copies of transaction confirmations are available upon request.



# SNAPSHOT

Page 1 of 6

**IDAHO HEALTH DATA EXCHANGE, INC**

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER ████0152

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| **Opening value** | $2,507.37 | $514,957.42 |
| Cash deposited | 0.00 | 2,099,960.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | 0.00 | -2,446,196.46 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 0.32 | -166,213.27 |
| **Closing value** | **$2,507.69** | **$2,507.69** |

## Value over time



## Portfolio summary



CURRENT

| ASSET TYPE | PREVIOUS VALUE ON NOV 30 | % | CURRENT VALUE ON DEC 31 | % | ESTIMATED ANN. INCOME |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| Cash and sweep balances | 2,507.37 | 100.00 | 2,507.69 | 100.00 | 4 |
| Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Mutual funds | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| **Asset value** | **$2,507.37** | **100%** | **$2,507.69** | **100%** | **$4** |

SNAPSHOT
020 LG LG2J

**SNAPSHOT** ███████████████████████  Page 2 of 6

**IDAHO HEALTH DATA EXCHANGE, INC**

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER: ████0152

## Cash flow summary

|  | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| **Opening value of cash and sweep balances** | **$2,507.37** | |
| Income and distributions | 0.32 | 7,118.83 |
| Securities sold and redeemed | 0.00 | 1,812,651.40 |
| Electronic funds transfers | 0.00 | 2,099,960.00 |
| **Net additions to cash** | **$0.32** | **$3,919,730.23** |
| Electronic funds transfers | 0.00 | -2,409,465.62 |
| Advisory program, platform and manager fees | 0.00 | -14,496.31 |
| Other subtractions, transfers & charges | 0.00 | -22,234.53 |
| **Net subtractions from cash** | **$0.00** | **-$2,446,196.46** |
| **Closing value of cash and sweep balances** | **$2,507.69** | |

## Income summary *

|  |  | THIS PERIOD | THIS YEAR |
|---|---|---:|---:|
| **TAXABLE** | Money market/sweep funds | 0.32 | 26.79 |
|  | Interest | 0.00 | 5,500.00 |
|  | Ordinary dividends and ST capital gains | 0.00 | 409.80 |
|  | Qualified dividends | 0.00 | 691.31 |
|  | **Total taxable income** | **$0.32** | **$6,627.90** |
|  | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
|  | **Total income** | **$0.32** | **$6,627.90** |

* Certain distributions made in he current year are reported as prior year income according to IRS regulations. This may cause a difference between Cash Flow and Income Summary totals.

## Gain/loss summary

|  | UNREALIZED | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---:|---:|---:|
| Short term (S) | 0.00 | 0.00 | -518.81 |
| Long term (L) | 0.00 | 0.00 | -95,046.11 |
| **Total** | **$0.00** | **$0.00** | **-$95,564.92** |

SNAPSHOT
020 LG LG2J



## SNAPSHOT

**IDAHO HEALTH DATA EXCHANGE,INC**

Page 3 of 6

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER: ███-0152

### Your Financial Advisor

ZACHARY B KAPLAN
Phone: 866-281-7436

2141 ROSECRANS AVENUE
SUITE 4100
EL SEGUNDO, CA 90245

### Client service information

| | |
|---|---|
| Client service: | 800-266-6263 |
| Website: | www.wellsfargoadvisors.com |

### Account profile

| | |
|---|---|
| Full account name: | IDAHO HEALTH DATA EXCHANGE,INC |
| Account type: | Brokerage Cash Services |
| Brokerage account number: | ███ 0152 |
| Brokerage Cash Services number: | ███ |
| Tax status: | Non-Profit |
| Investment objective/Risk tolerance:* | MODERATE INCOME |
| Time horizon:* | LONG TERM (10+ YEARS) |
| Liquidity needs:* | MODERATE |
| Cost Basis Election: | First in, First out |
| Sweep option: | EXPANDED BANK DEPOSIT |

*For more information, please visit us at: www.wellsfargoadvisors.com/disclosures

### For your consideration

Go paperless. Accessing your account documents online is easy, secure, and costs nothing. Sign on at **wellsfargoadvisors.com**, go to **Portfolio** and select **Statements & Docs**, and then click on the **Delivery Preferences** link. Choose **Paperless - All Docs** or view your Delivery Settings details to select specific account documents for paperless delivery. If you do not have a Username and Password, visit **wellsfargoadvisors.com/signup** or call 1-877-879-2495 for enrollment assistance.

### Available funds

| | |
|---|---:|
| Cash | 0.00 |
| Money market and sweep funds | 2,507.69 |
| Available for loan | 0.00 |
| **Your total available funds** | **$2,507.69** |

### Document delivery status

Email Address: JMELDRU@IDAHOHDE.ORG

| | Paper | Electronic |
|---|:---:|:---:|
| Statements: | | X |
| Trade confirmations: | | X |
| Tax documents: | X | |
| Shareholder communications: | | X |
| Other documents: | | X |

SNAPSHOT
020 LG LG2J

**IDAHO HEALTH DATA EXCHANGE,INC**

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER:  ███0152

## Additional information

| | THIS PERIOD | THIS YEAR | | THIS PERIOD | THIS YEAR |
|---|---|---|---|---|---|
| Accrued interest on sales | 0.00 | 2,176.33 | Gross proceeds | 0.00 | 1,810,475.07 |

## Portfolio detail

### Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of the money market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you.  The money market mutual funds in the sweep reserve the right to require one or more day's prior notice before permitting withdrawals.
Standard Bank Deposit Sweep - Consists of monies generally first held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated banks.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. unless indicated otherwise on our public website and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated banks.
Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depositor, per institution, in accordance with FDIC rules.  For additional information, please contact Your Financial Advisor.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| EXPANDED BANK DEPOSIT | 100.00 | 0.150 | 2,507.69 | 4.00 |
| Interest Period 12/01/22 - 12/31/22 | | | | |
| **Total Cash and Sweep Balances** | **100.00** | | **$2,507.69** | **$4.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

### Bank Deposit Allocation

Monies on deposit at each bank are eligible for FDIC insurance of up to $250,000 per depositor,  per bank in accordance with FDIC rules.  In those instances where deposit balances exceed the maximum FDIC insurance limits, those deposits will be uninsured.  Deposits at each bank are not held in your securities brokerage account and therefore not covered by SIPC.  Settlement timing differences will cause balances displayed in this section to vary from those indicated in the Portfolio detail section due to activity that occurs after 2pm ET on the last business day of the month.  For additional information, please contact Your Financial Advisor.

| DESCRIPTION | FDIC CERT NUMBER | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|---|
| U.S. BANK N.A. | 6548 | 2,507.69 | 12/30 |
| **Total Bank Deposits** | | **$2,507.69** | |



Page 5 of 6

**IDAHO HEALTH DATA EXCHANGE,INC**

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER: ███0152

## Activity detail

**Income and distributions**

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/30 | Cash | INTEREST | | EXPANDED BANK DEPOSIT 123022    2,507 | | 0.32 |
| | | | | **Total Income and distributions:** | | **$0.32** |

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/01 | | BEGINNING BALANCE | 2,507.37 | 12/31 | | ENDING BALANCE | 2,507.69 |
| 12/30 | REINVEST INT | EXPANDED BANK DEPOSIT | 0.32 | | | | |

## Bank Deposits Through Teller

**December 1 - December 31**

**Wells Fargo Bank, N.A. (Member FDIC)**   **Account number** ███0925   **Questions?  Call us at 1-800-266-6263**

Deposits made in a bank branch on the last business day of the month will typically appear on your next statement.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|---|---|---|---|---|
| 12/01 | | BEGINNING BALANCE | | $0.00 |

**IDAHO HEALTH DATA EXCHANGE,INC**

DECEMBER 1, 2022 - DECEMBER 31, 2022
ACCOUNT NUMBER: ████0152

## Bank Deposits Through Teller continued

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|---|---|---|---|---|
| 12/31 | | ENDING BALANCE | | $0.00 |

## Specific instructions and disclosures

**Available funds**
"Available for loan" reflects the approximate amount available as of the statement period ending date and should be reduced by any pending checks and Visa charges not yet cleared.  This amount is the approximate amount available for withdrawal and loans.  A margin loan is a variable rate loan secured by your account.

**Income on non-reportable accounts**
Your income summary is categorized into taxable and tax-exempt income based upon the securities that you hold. Please be aware that, since this is a 1099 non-reportable account, this income will NOT be reported to the IRS, but is being provided to you for informational purposes only.

**Cost basis - To add or update information or modify your reporting options, please contact Your Financial Advisor.**
This statement presents estimated unrealized or realized gains or losses for your information only.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.  Cost basis information is not verified by Wells Fargo Advisors and  should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to  he IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.