Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
550 W. Fort St., Ste. 698
Boise, Idaho 83724
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 22-00355-JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor | |

### ACTING UNITED STATES TRUSTEE'S (1) NOTICE OF INTENT TO PRESENT EVIDENCE AND (2) WITNESS LIST

The Acting United States Trustee ("UST"), under Local Bankruptcy Rule 9014.1, hereby provides notice he intends to present evidence through witnesses and exhibits at the confirmation hearing on Debtor's Plan of Reorganization on February 9, 2023, at 9:30 a.m. (MDT). The UST intends to call the following witnesses:

1. Jesse Meldru;

2. Hans Kastensmith;

3. The Acting United States Trustee reserves the right to call and/or cross-examine any other witness designated by another party.

A separate Exhibit List will be filed.

Date: February 1, 2023          GREGORY M. GARVIN
                                Acting United States Trustee for Region 18

                                /s/ Jason R. Naess
                                JASON R. NAESS,
                                Attorney for the Acting United States Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___February 1, 2023___ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Date: __February 1, 2023_____

                                _____/s/_____
                                JASON R. NAESS

2