# BANKRUPTCY COURT

Exhibit List

**SUBMITTED BY:** Acting United States Trustee

| CASE NAME: Idaho Health Data Exchange, Inc. | COURT DATE: February 9, 2023 | CASE NUMBER: 22-00355-JMM |
|---|---|---|
| **Debtor:** Idaho Health Data Exchange, Inc.<br><br>**Debtor's Counsel**: Johnson May<br><br>**Exhibit Nos. 100 - _____** | **Creditor/Trustee:** Acting U.S. Trustee<br><br>**Counsel**: Jason R. Naess, Attorney for UST<br><br>**Exhibit Nos. 200 - 207** | |
| **PRESIDING JUDGE :** Joseph M. Meier | **Matter before the Court:** | Plan Confirmation and Objections |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 200 | | | Doc. 31 – Subchapter V Debtor' Plan of Reorganization |
| 201 | | | Doc. 28 – August 2022 Monthly Operating Report |
| 202 | | | Doc. 29 – September 2022 Monthly Operating Report |
| 203 | | | Doc. 38 – October 2022 Monthly Operating Report |
| 204 | | | Doc. 42 – November 2022 Monthly Operating Report |
| 205 | | | Doc. 45 – December 2022 Monthly Operating Report |
| 206 | | | Doc. 20 – Supplement to Petition, including Tax Form 990 |
| 207 | | | Draft 2021 Statement of Activities |
| 208 | | | Stipulation Between Debtor and Orion Re Plan Treatment |