Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Cureous Innovations Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>Subchapter V |
|---|---|

**CREDITOR CUREOUS INNOVATIONS INC.'S (1) NOTICE
OF INTENT TO PRODUCE EVIDENCE AND (2) WITNESS LIST**

Creditor Cureous Innovations Inc. ("Cureous"), under Local Bankruptcy Rule 9014.1, hereby provides notice it intends to present evidence through witnesses and exhibits at the confirmation hearing on Debtor's Plan of Reorganization on February 9, 2023, at 9:30 a.m. (MST).  Cureous intends to call the following witnesses:

 1. Hans Kastensmith; and

 2. Jesse Meldru.

Cureous reserves the right to call and/or cross-examine any other witness designated by another party.

CREDITOR CUREOUS INNOVATIONS INC.'S (1) NOTICE OF INTENT TO PRODUCE EVIDENCE AND (2) WITNESS LIST - 1
118331296.2 0073566-00001

A separate Exhibit List will be filed.

DATED: February 2, 2023.

STOEL RIVES LLP

  /s/ Nicole C. Hancock
Nicole C. Hancock

Attorneys for Cureous Innovations Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 2, 2023, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

Matthew Todd Christensen on behalf of Debtor Idaho Health Data Exchange
mtc@johnsonmaylaw.com

Matthew W. Grimshaw on behalf of Subchapter V Trustee
matt@grimshawlawgroup.com

Sheila Rae Schwager on behalf of Creditor Orion Health Inc.
sschwager@hawleytroxell.com

Jaclyn T. Gans on behalf of Creditor SPUR Catalyst, Inc. dba SPUR Capital
jtg@elamburke.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

And as otherwise noted on the Court's Notice of Electronic Filing.

                                                        /s/ Nicole C. Hancock
                                                        Nicole C. Hancock