# BANKRUPTCY COURT

Exhibit List

**SUBMITTED BY:** Creditor Cureous Innovations, Inc.

| **CASE NAME**: Idaho Health Data Exchange Inc. | **COURT DATE:** February 9, 2023 | **CASE NUMBER**: 22-00355-JMM |
|---|---|---|
| **Debtor:** Idaho Health Data Exchange Inc.  **Debtor's Counsel**: Johnson May  **Exhibit Nos.** 100 - | **Creditor/Trustee:** Creditor Cureous Innovations Inc.  **Counsel**: Nicole C. Hancock  **Exhibit Nos.** 301 - 309 | |
| **PRESIDING JUDGE :** Joseph M. Meier | **Matter before the Court:** | Plan Confirmation/Obj'ns |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 301 | January 26, 2023 | | Doc. 48-1  Capitol Health Associates, LLC -- "About the Principals" |
| 302 | September 30, 2021 | | Doc. 48-2  Paramount Consulting Contract signed by Jesse Meldru |
| 303 | January 23, 2023 | | Doc. 48-3  Lists of Payments to Capitol Health & Paramount Cons'g |
| 304 | January 26, 2023 | | Doc. 48-4  Calculation of Payments During Preference Periods |
| 305 | May 3, 2022 | | Doc. 48-5  Mem. Decision re Prejudgment Writ of Attachment |
| 306 | May 20, 2021 | | Doc. 48-6  IHDE Press Release re BeyondHIE Joint Venture |
| 307 | December 2, 2020 | | Doc. 48-7  IDHE - Orion Promissory Note |
| 308 | March 30, 2022 | | Doc. 48-8  IHDE - Cancellation of Orion Promissory Note |
| 309 | January 23, 2023 | | IDHE's Answers & Responses to Cureous's Discovery Requests |

Updated June 11, 2013