Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

**DEBTOR'S WITNESS LIST**

The Debtor in Possession, Idaho Health Data Exchange, Inc., by and through its counsel of record, JOHNSON MAY, provides the following list of witnesses it intends to call at the upcoming confirmation hearing:

1. Jesse Meldru

The Debtor reserves the right to cross-examine any witnesses called by other parties and to call rebuttal witnesses as necessary.

DATED this 2nd day of February, 2023.

        /s/ Matt Christensen
        MATTHEW T. CHRISTENSEN
        Attorney for Debtor in Possession

DEBTOR'S WITNESS LIST– Page 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2023, I filed the foregoing DEBTOR'S WITNESS LIST electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Jaclyn T. Gans | jtg@elamburke.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Nicole C. Hancock | Nicole.hancock@stoel.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

                                                          /s/ Matt Christensen
                                                     Matthew T. Christensen