**BANKRUPTCY COURT**
Exhibit List

**SUBMITTED BY:** _____

| **CASE NAME:** | **COURT DATE:** | **CASE NUMBER:** |
|---|---|---|
| Debtor:<br><br>Debtor's Counsel:<br><br>Exhibit Nos. _____ | Creditor/Trustee:<br><br>Counsel:<br><br>Exhibit Nos. _____ | |
| **PRESIDING JUDGE :** | **Matter before the Court:** | |

| **EXHIBITS** | | | **DESCRIPTION** |
|---|---|---|---|
| **NOS.** | **Date** | **ADMITTED** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Updated June 11, 2013