Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>   Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |

## DEBTOR-IN-POSSESSION'S BALLOT SUMMARY

 Idaho Health Data Exchange, Inc. (the "Debtor" or "IHDE"), the Debtor-in-Possession and the Plan proponent under a Chapter 11 Plan, dated November 10, 2022 (Docket No. 31) (the "Chapter 11 Plan"), by and through its counsel of record, Johnson May, hereby submits this written summary of the ballots cast. Copies of the ballots received are attached hereto as **Exhibit A**.

 This is a Chapter 11 Subchapter V case. Pursuant to 11 U.S.C. §1191, in order for a plan to be consensually confirmed, each class of claims or interests must (A) accept as a class the plan, or (B) be an impaired class that is not discriminated against and treated fairly and equitably as a class. This form therefore notes each class that is not impaired under the plan.[1] This form further provides, for each impaired class, a summary of the ballots cast accepting and rejecting the plan.

---

[1] A class that is not impaired is conclusively presumed to have accepted the plan under §1126(f).

DEBTOR-IN-POSSESSION'S BALLOT SUMMARY – Page 1

## SUMMARY OF BALLOTS

| No. | Creditor Name | Class | Amount of Claim | Accept | Reject |
|-----|---------------|-------|-----------------|--------|--------|
| 1 | Capitol Health Associates | 3 | $202,221.04 | X | |
| 2 | Terry Reilly Health Services | 3 | $0.00 | X | |
| 3 | Cureous Innovations Inc.[2] | 1 | $469,767.83 | | X |
| 4 | Cureous Innovations Inc.[3] | 3 | $488,342.71 | | X |
| 5 | Intermountain Medical Imaging Inc. | 3 | $0.00 | X | |
| 6 | John P. Jeppson | 3 | $0.00 | X | |
| 7 | Orion Health, Inc. | 2 | $2,281,100.43 | X | |
| 8 | Primus Policy Group | 3 | $5,000.00 | X | |
| 9 | SPUR Capital | 3 | $334,531.37 | | X |

Pursuant to 11 U.S.C. §1126(c), only the actual ballots cast on the Plan are counted to determine whether a given class has accepted or rejected.[4]  That section further provides that a class will have accepted the plan if voting creditors with allowed claims in such class holding at least two-thirds in amount and more than one-half in number have accepted the plan.[5]  The form below tabulates the actual ballots received by the class, and for each such class, presents the Debtor's assertion of the percentage in number of class members holding allowed claims accepting the plan and the percentage of the dollar amount of the class members accepting the plan.  The form also includes the Debtor's position on ballots cast by creditors holding non-allowed claims.

---

[2] Cureous' secured claim is currently subject to a claim objection proceeding.

[3] Cureous' unsecured claim is currently subject to a claim objection proceeding.

[4] *See* 7 Collier on Bankruptcy §1126.04, §1129.02[8] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2010).

[5] Section 1126(c) reads, in its entirety, as follows: "A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan."

| Class (per plan designation) | Class impaired? | Total ballots filed by members of class holding allowed claims; total amount ($) of ballots filed | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in number) | Amount of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in amount) |
|---|---|---|---|---|---|---|
| 1 (allegedly secured) | Yes | 0[6] | | | | |
| 2 (unsecured) | Yes | 1 ($2,281,100.43) | (A) 1 (R) 0 | 100% | (A) $2,281,100.43 (R) $0.00 | (A) 100% (R) 0% |
| 3 (unsecured) | Yes | 6; $541,752.41[7] | (A) 5 (R) 1 | 83.3% | (A) $207,221.04 (R) $334,531.37 | (A) 38% (R) 62% |
| 4 (unsecured) | No | | As unimpaired, deemed to have accepted Plan (see 11 U.S.C. §1126(f)) | | | |

DATED this 3rd day of February, 2023.

/s/ Matt Christensen
_____
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

---

[6] For purposes of Class 1 ballots, the ballot cast by Cureous Innovations is not an "allowed claim" as it remains subject to unresolved claim objection proceedings.

[7] For purposes of Class 3 ballots, the ballot cast by Cureous Innovations is not an "allowed claim" as it remains subject to unresolved claim objection proceedings.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of February, 2023, I filed the foregoing DEBTOR'S WITNESS LIST electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Jaclyn T. Gans | jtg@elamburke.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Nicole C. Hancock | Nicole.hancock@stoel.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

/s/ Matt Christensen<br>
Matthew T. Christensen

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ *202,221.04*

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: *CAPITOL HEALTH ASSOCIATES LLC,*
Signed:
By (if appropriate): *HANS C. KASTENSMITH*
Its (state nature of position, if appropriate): *MANAGING PARTNER*
Address: *MAILING* *24115 HUNTERS TRAIL LN.*
*ALDIE VA. 20105*

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR
BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION

The undersigned, an (×) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _unknown_ .

(×) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: Community Health Clinics Inc. dba _Terry Reilly Health Services_
Signed: _Heidi Hart_
By (if appropriate): Heidi Hart
Its (state nature of position, if appropriate): CEO
Address: 211 16th Ave N
Nampa, Id 83653 - 0009

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |

## **BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (  ) unsecured, ( X ) secured creditor of the above-named Debtor in the unpaid principal amount of $ 469,767.83            ,

(  )  Accepts
(X)  Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:      Cureous Innovations Inc.

Signed:
By:                                              Shaun T. Alfreds
Its:                                             President and CEO
Address:                                         60 Pineland Drive, Auburn Hall, Ste. 305
                                                 New Gloucester, ME  04260

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE</u>
<u>SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (X) unsecured, (  ) secured creditor of the above-named Debtor in the unpaid principal amount of $ 488,342.71           ,

(  )  Accepts
(X)  Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:       Cureous Innovations Inc.

Signed:
By:                                                            Shaun T. Alfreds
Its:                                                             President and CEO
Address:                                                    60 Pineland Drive, Auburn Hall, Ste. 305
                                                                  New Gloucester, ME  04260

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |

## **BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case.  You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in a class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (X) unsecured, (  ) secured creditor of the above-named Debtor in the
unpaid principal amount of $_____,

(X)  Accepts
(  )  Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:    _Intermountain Medical Imaging, LLC_
Signed:    _____
By (if appropriate):    _Jeffrey Cliff_
Its (state nature of position, if appropriate):    _CEO_
Address:    _877 W. Main St., Ste 603_
_Boise, ID_
_83702_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR
BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.,<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>(Subchapter V) |

### **BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _Annual Dues_,

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: _John D. Jeppson MD_
Signed:
By (if appropriate):
Its (state nature of position, if appropriate):
Address:

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR
BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case.  You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in a class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ *approximately* $2,281,100.43

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor, *as modified by the Stipulation Regarding Plan Treatment of Orion Health, Inc., Dkt # 46.*

Print or type name of business/individual:
Signed: *Orion Health Inc.*
By (if appropriate): *Stim R. Stillwater*
Its (state nature of position, if appropriate): *Attorney of Record*
Address:

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com


Attorney for Debtor in Possession


UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |


**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed a Subchapter V Debtor Plan of Reorganization (Subchapter V) on the 10th day of November, 2022, (Docket No. 31- the "Plan"), in this case.  You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in a class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.


**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**


**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**


BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

## ACCEPTANCE OR REJECTION OF THE IDAHO HEALTH DATA EXCHANGE
## SUBCHAPTER V DEBTOR PLAN OF REORGANIZATION

The undersigned, an ( ) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _5,000.00_ ,

( ) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: *Primus Policy Group*
Signed: *Taylor*
By (if appropriate):
Its (state nature of position, if appropriate):
Address: *619 E Bonita Canyon St*
*Meridian, ID 83646*

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE JANUARY 26, 2023.**

Matthew T. Christensen
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Jaclyn T. Gans (ISB #9291)
jtg@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Creditor SPUR Catalyst dba SPUR Capital

UNITED STATES BANKRUPTCY

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDAHO HEALTH DATA EXCHANGE,<br>INC.,<br>                    Debtor. | Bankruptcy Case<br>No. 22-00355-JMM<br><br>Chapter 11, Subchapter V |

**ACCEPTANCE OR REJECTION OF THE PLAN OF REORGANIZATION (DKT. 31)**

Creditor SPUR Catalyst dba SPUR Capital, the holder of a Class 3 claim against the

Debtor, in the unpaid amount of $334,531.37:

*Check one box only*:

☐ **Accepts the plan**

☒ **Rejects the plan**

Dated: <u>January 26, 2023</u>

Print or type name: <u>Jaclyn T. Gans    </u>

Signature: <u>  */s/ Jaclyn T. Gans      </u>

Address: <u>Elam & Burke, 251 E. Front St, Ste. 300, Boise, ID 83702</u>

ACCEPTANCE OR REJECTION OF THE PLAN OF REORGANIZATION (DKT. 31) - 1

**Return this ballot to:**

Matthew T. Christensen
MTC@johnsonmaylaw.com