Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@johnsonmaylaw.com

*Attorney for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 22-00355-JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

### DEBTOR-IN-POSSESSION'S PRE-CONFIRMATION REPORT

Idaho Health Data Exchange, Inc. ("IHDE" or the "Debtor"), the Debtor-in-possession herein, by and through its counsel of record, JOHNSON MAY, and pursuant to Local Bankr. R. 3020.1, hereby files this Chapter 11 Pre-confirmation Report.  The Debtor filed a Plan of Reorganization on November 10, 2022 (Docket No. 31 – hereinafter the "Plan").  Confirmation of the Plan is currently scheduled for February 9, 2023.

Concurrent with this Pre-confirmation report, the Debtor has filed a ballot summary.  The summary shows that one class (Class 3) when including all of the votes from creditors with allowed claims, rejected the Plan.  However, Class 2 accepted the plan, so confirmation of this plan will necessarily be pursuant to 11 U.S.C. § 1191(b) as a non-consensual confirmation.  Two objections to the Plan were filed.  *See Docket Nos. 44 and 48.*

Because of the non-consensual nature of the confirmation, heightened feasibility and default provisions will likely be required.  *See 11 U.S.C. §1191(c)(3).*  Additionally, one of the

DEBTOR-IN-POSSESSION'S PRE-CONFIRMATION REPORT – Page 1

objections (*see* Docket No. 48) requests additional information be included in the "History of the Debtor" section of the Plan. Because the current plan does not have the additional default provisions required by Section 1191(c)(3), but the Plan can be amended to provide those terms, as well as the additional information requested by Cureous Innovations' objection, the Debtor intends to request the Court deny confirmation of the existing plan, but allow an amended plan to be filed and set for a new confirmation hearing. Additionally, the amended plan can address the liquidation-related objection raised by the US Trustee. (The feasibility objections will likely be addressed through testimony from the Debtor's representatives at the confirmation hearing.)

DATED this 2nd day of February, 2023.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2023, I filed the foregoing DEBTOR-IN-POSSESSION'S PRE-CONFIRMATION REPORT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Jaclyn T. Gans | jtg@elamburke.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Nicole C. Hancock | Nicole.hancock@stoel.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

       /s/ Matt Christensen
Matthew T. Christensen