Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
crm@johnsonmaylaw.com

*Attorney for Debtor in Possession*

UNITED STATES BANKRUPCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 22-00355-JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., <br> Debtor. | Chapter 11 <br> Subchapter V |

## FIRST APPLICATION FOR ALLOWANCE OF
## INTERIM FEES AND COSTS FOR COUNSEL

Matthew T. Christensen, of the firm Johnson May, applies to the court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1. Applicant is the attorney of record for Idaho Health Data Exchange, Inc., the above-named Debtor in Possession ("Debtor") and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case.

2. All services for which compensation is requested by your applicant were performed for and on behalf of said Debtor, and not on behalf of any committee, creditor, or other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL – PAGE 1

3. Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Contract of Employment attached to the Application to Employ Counsel as Exhibit A (Dkt. No. 5).

4. Applicant, or other members of Johnson May, has rendered services to the Debtor in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5. Further, the applicant sustained, and incurred expenses and/or costs of Court described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as local attorney for the Debtor. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6. The fees requested by this Application shall not be shared with any other party outside the applicant's law firm.

7. The Applicant currently holds approximately $36,766.50 in a client trust account with which to pay the fees requested. Assuming this Application is approved, there will remain a balance of $9,125.49 in the trust account.

8. The rate of compensation of the attorneys was detailed in the Contract of Employment attached to the Application to Employ Counsel as Exhibit A, which application was approved by Court order on November 22, 2022 (Dkt. No. 36). In conformity with that rate, the reasonable value of the services rendered by your applicant as attorney for the Debtor in this case, including costs/expenses and disbursements incurred, since the last application for interim fees (if any) was filed is $27,641.01.

9. At the time the Debtor's bankruptcy was filed, the applicant retained the sum of $36,766.50. This amount will be used to pay the fees and expenses requested herein.

10. The Debtor has reviewed this application and approved the application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $27,274.00 for time and services rendered on the Debtor's behalf, and $367.01 as and for reimbursements for expenses incurred by applicant for a total of $27,641.01 as part of the costs and expenses of the representation of the Debtor in the above-named bankruptcy case.

DATED this 23rd day of February, 2023.

JOHNSON MAY

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of February, 2023, I filed the foregoing FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Jon B. Evans | jb.evansstoel.com |
| Jaclyn T. Gans | jtg@elamburke.com |
| Nicole C. Hancock | nicole.hancock@stoel.com |
| Chad R. Moody | crm@johnsonmaylaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

                                     /s/ Matt Christensen
                                     Matthew T. Christensen

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested:
    $0.00
Fees Previously Awarded:
    $0.00
Expenses Previously Requested:
    $0.00
Expenses Previously Awarded:
    $0.00

Retainer Held: $36,766.50

NAME OF APPLICANT:
Matthew T. Christensen

ROLE IN CASE: Attorney for Debtor

CURRENT APPLICATION:

Fees Requested:       $ 27,274.00
Expenses Requested:   $ 367.01
Total Requested:      $ 27,641.01

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Matthew T. Christensen | 17 years | 35.2 | $375.00 | $13,200.00 |
| Chad R. Moody | 6 years | 33.4 | $265.00 | $8,851.00 |
| Jessica Brocious | Paralegal | 6.5 | $130.00 | $845.00 |
| Megan Richmond | Paralegal | 0.6 | $130.00 | $78.00 |
| Kylei Uphoff | Paralegal | 23.3 | $150.00 | $3,495.00 |
| Caroline Cortens | Paralegal | 4.60 | $175.00 | $805.00 |

Attorneys Blended Hourly Rate: $321.44

# EXHIBIT B

# JOHNSON MAY

| DATE | PROF | MATTER ID/ DESCRIPTION NARRATIVE | UNITS | RATE | EXACT AMOUNT |
|---|---|---|---|---|---|
| **B 110 - Case Administration** | | | | | |
| 9/8/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM TCW Matt Grimshaw re: potential plan terms and litigation with Cureous. | 0.2 | $375.00 | $75.00 |
| 9/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review and revise letter to client regarding MOR. | 0.1 | $265.00 | $26.50 |
| 9/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and review client email concerning DIP account information and related follow up with Megan Richmond regarding the same. | 0.1 | $265.00 | $26.50 |
| 9/9/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Revise letter to clients regarding monthly report. | 0.1 | $265.00 | $26.50 |
| 9/13/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and review copies of updated insurance document for deliverables for UST and respond to email for Abbie Stephens regarding the same. | 0.2 | $265.00 | $53.00 |
| 9/14/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Prepare and file Status Report (.4); emails with UST office and client re: document requests (.2). | 0.6 | $375.00 | $225.00 |
| 9/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Analyze client's MOR draft and supporting financial reports and prepare revised exhibits and detailed follow up email to client for additional research and revisions for MOR. | 2 | $265.00 | $530.00 |
| 9/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and respond to email from client regarding amended MOR form and related exhibits. | 0.2 | $265.00 | $53.00 |
| 9/21/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review email from SSchwager and exchange emails with client re: same. | 0.4 | $375.00 | $150.00 |
| 9/26/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Attend court status conference. | 1 | $375.00 | $375.00 |
| 9/26/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Telephone call with clients re: Orion claim and CI/DHW involvement. | 0.8 | $375.00 | $300.00 |
| 9/26/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Discuss Orion addendum terms with Matt Christensen, including related contract review (.2); review contract law regarding sufficiency of consideration (.5).. | 0.7 | $265.00 | $185.50 |
| 9/30/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Investigate status of MOR signature receipt, including follow up with staff. | 0.2 | $265.00 | $53.00 |
| 10/4/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and review of email from UST analysis regarding client MOR and draft email to client regarding the same. | 0.2 | $265.00 | $53.00 |
| 10/5/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review UST email regarding MOR. | 0.1 | $265.00 | $26.50 |
| 10/7/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Meet with client to discuss plan issues, MOR issues and Orion contract issues (1.6); telephone call with client and Jerad Crawford at the UST's office (.1). | 1.7 | $265.00 | $450.50 |
| 10/7/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Meet with client to discuss plan issues, MOR issues and Orion contract issues. | 1.4 | $375.00 | $525.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/7/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Update email to SSchwager re: various issues (.2) telephone call with SSchwager re: same (.2). | 0.4 | $375.00 | $150.00 |
| 10/7/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Draft letter responding to email from UST analyst concerning MOR, including related communication with client. | 0.7 | $265.00 | $185.50 |
| 10/7/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Draft email to client regarding US Bank contact update for DIP account. | 0.1 | $265.00 | $26.50 |
| 10/11/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt and respond to email from UST's office regarding DIP account access, including drafting related email to client concerning limits on DIP account access per UST's email. | 0.3 | $265.00 | $79.50 |
| 10/14/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Review client documents and draft email to client about MOR response letter confirmation, application to employ accountant, and MOR. | 0.3 | $265.00 | $79.50 |
| 10/17/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Strategy conference with Matt Christensen about UST explanations, employment of accountant, and DIP account update. | 0.2 | $265.00 | $53.00 |
| 10/17/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Conference with Matthew Christensen and Chad Moody re: case strategy and status of Application to Employ David Hegstrom; email to Jeese Meldru; | 0.2 | $130.00 | $26.00 |
| 10/18/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt and respond to email from client regarding 990 taxes and reporting status. | 0.1 | $265.00 | $26.50 |
| 10/18/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Follow up with client on DIP account obstacles and explanations for UST inquiries. | 0.1 | $265.00 | $26.50 |
| 10/18/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt and respond to email from client regarding update on DIP account appointment and status of communications with Harris & Co. | 0.1 | $265.00 | $26.50 |
| 10/19/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Review and revise further responses to MOR questions by UST and follow up with client regarding the same. | 0.2 | $265.00 | $53.00 |
| 10/19/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Revise UST questions on MOR and send email to UST analyst. | 0.5 | $265.00 | $132.50 |
| 10/19/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM | 0.1 | $130.00 | $13.00 |
| 10/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt and review final draft of MOR response letter to UST inquiries from client, finalize and transmit the same to the UST. | 0.4 | $265.00 | $106.00 |
| 10/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt, evaluate, and follow up with client on draft monthly operating report. | 0.8 | $265.00 | $212.00 |
| 10/26/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt review and respond to client email concerning MOR and related issues (.3); receipt, analyze, and respond to responsive email from client (.2). | 0.5 | $265.00 | $132.50 |
| 10/26/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Telephone call with client regarding MOR draft and related exhibits (.5); amend exhibit per conversation with client and resend for review (.2). | 0.7 | $265.00 | $185.50 |
| 10/27/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Receipt and respond to email from UST analyst concerning insurance coverage (.1); including related follow up with client as to the same (.1). | 0.2 | $265.00 | $53.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and review email inquiry from UST and draft follow up email to client regarding DIP account and follow up with staff regarding final signature on MOR. | 0.2 | $265.00 | $53.00 |
| 11/1/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft email to client regarding follow up items concerning DIP account, insurance, plan budget, and review of complaint draft. | 0.2 | $265.00 | $53.00 |
| 11/2/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft follow up email to client regarding outstanding items and prior email communication. | 0.1 | $265.00 | $26.50 |
| 11/2/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Respond to UST analyst regarding updated insurance documents. | 0.1 | $265.00 | $26.50 |
| 11/2/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and respond to email from client regarding various deliverables, including MOR signature, DIP account issues, plan budget, and draft complaint. | 0.4 | $265.00 | $106.00 |
| 11/4/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt of client documents and finalize MOR (.1); draft email to client requesting information about bank account and review responsive communications from client (.2). | 0.3 | $265.00 | $79.50 |
| 11/4/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Evaluate email from client about bank account and prepare requested letter concerning the same (.3); telephone call with client regarding feedback from bank (.1). | 0.4 | $265.00 | $106.00 |
| 11/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt, evaluate, and respond to UST analyst email questions, including necessary review of client communications, documents, and pleadings. | 0.5 | $265.00 | $132.50 |
| 11/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt of UST analyst request for revised aging report and draft email to client regarding the same. | 0.1 | $265.00 | $26.50 |
| 11/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft letter to Wells Fargo for DIP account. | 0.4 | $265.00 | $106.00 |
| 11/16/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Draft email to client regarding reporting and DIP accounting information. | 0.2 | $265.00 | $53.00 |
| 11/17/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Meeting with Jesse Meldru in office to disuss MOR, DIP accounting bank refusals, and plan related issues. | 0.8 | $265.00 | $212.00 |
| 11/18/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Prepare and mailout ballot. | 1 | $130.00 | $130.00 |
| 11/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Review and follow up on draft MOR for filing | 0.3 | $265.00 | $79.50 |
| 12/8/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Receipt and respond to email from client regarding DIP account information for UST. | 0.2 | $265.00 | $53.00 |
| 12/14/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Follow up on status of DIP account. | 0.1 | $265.00 | $26.50 |
| 12/15/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Correspondence with client on DIP account information and issues related to MOR. | 0.3 | $265.00 | $79.50 |
| 12/16/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM | 0.2 | $265.00 | $53.00 |
| 12/16/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Follow up with client on funds in DIP account. | 0.1 | $265.00 | $26.50 |
| 12/20/2022 | CRM | 16747 - 001 Idaho Health Data Exchange - Ch. 11 BK 22-00355 - JMM - Receipt and respond to client about draft MOR and Exhibit A/B. | 0.1 | $265.00 | $26.50 |
| 12/20/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM - Review monthly operating report for Nov. | 0.6 | $265.00 | $159.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2023 | MTC | 16747 - 001 Idaho Health Data Exchange - Ch. 11 BK 22-00355 - JMM - Discuss discovery responses and Orion with client (.7); email to Orion Counsel (.3). | 1 | $375.00 | $375.00 |

### B 110 - Case Administration (Adversary Proceeding 16747-002)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2022 | KLU | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Complete draft Motion to Dismiss & Memo in | 1.3 | $150.00 | $195.00 |
| 11/21/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Conduct legal research | 0.7 | $265.00 | $185.50 |
| 12/14/2022 | CC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Review and revise Memorandum in Support of Motion to Dismiss Counterclaims; discuss with Chad Moody. | 0.6 | $175.00 | $105.00 |
| 1/20/2023 | KLU | Innovations - Phone call meeting with Jesse Meldru & Matthew Christensen to review/discuss discovery response (0.9); Send Jesse | 1.2 | $150.00 | $180.00 |
| | | Total: | **27.3** | | **$7,355.50** |

### B120 - Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Prepare and send demand letter to Nicole Hancock re: release of seized funds. | 0.7 | $375.00 | $262.50 |
| | | Total: | **0.7** | | **$262.50** |

### B150 - Meetings of and Communications with Creditors

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/16/2022 | MAR | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft 341 Meeting letter for attorney review and signature. | 0.4 | $130.00 | $52.00 |
| 9/6/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Emails with client and participate in IDI. | 1 | $375.00 | $375.00 |
| 9/9/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Phone call with clients re: upcoming 341 meeting. | 1 | $375.00 | $375.00 |
| 9/15/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Participate in 341 Meeting and emails with client afterwards. | 2.6 | $375.00 | $975.00 |
| 9/29/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Phone call with SSchwager re: Orion claim. | 0.3 | $375.00 | $112.50 |
| | | Total: | **5.3** | | **$1,889.50** |

### B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/12/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Conference with Chad Moody; draft letter to David Hegstrom re: accounting services; finalize letter and email to David Hegstrom; | 0.6 | $130.00 | $78.00 |
| 8/15/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Telephone call with David Hegstrom with Harris CPAs about potential employment. | 0.9 | $265.00 | $238.50 |
| 8/15/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Emails from and to David Hegstrom re: accounting services; coordinate conference call; | 0.2 | $130.00 | $26.00 |
| 8/15/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Telephone conference with David Hegstrom and Chad Moody re: potential employment; | 0.9 | $130.00 | $117.00 |
| 8/22/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Emails to and from David Hegstrom re: Application of Employment; | 0.1 | $130.00 | $13.00 |
| 8/26/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Revise Application to Employ Accountant; email to David Hegstrom; | 0.2 | $130.00 | $26.00 |
| 9/13/2022 | MAR | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft Certificate of Service - Application to Employ | 0.2 | $130.00 | $26.00 |
| 9/14/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Receipt and review documents from auditor for employment application and draft follow up email to professional and client. | 0.4 | $265.00 | $106.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/16/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review Application to Employ Accountant and Verified Statement of David Hegstrom; forward to Chad Moody for review; | 0.3 | $130.00 | $39.00 |
| 9/20/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Draft email to accountant/auditor about employment application issues. | 0.1 | $265.00 | $26.50 |
| 9/21/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Finalize Verified Statement of David Hegstrom; forward Verified Statement and Application to Employ to Chad Moody for review; email to David Hegstrom and Jesse Meldru; | 0.4 | $130.00 | $52.00 |
| 9/21/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review and revise employment application and verified statement for auditor, which required reivew of client documents and communications as well as Debtor's schedules. | 2.1 | $265.00 | $556.50 |
| 10/7/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Follow up on status of application to employ accountant. | 0.2 | $265.00 | $53.00 |
| 10/11/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Follow up email to David Hegstrom; | 0.1 | $130.00 | $13.00 |
| 10/14/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Follow up on status of Application to Employ with staff and client (.2); draft email to David Hegstrom about proposed engagement (.2). | 0.4 | $265.00 | $106.00 |
| 10/14/2022 | JFB | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Conference with Chad Moody re: status of Application to Employ Accountant; | 0.1 | $130.00 | $13.00 |
| | | Total: | **7.2** | | **$1,489.50** |

### B190 - Other Contested Matters (excluding assumption/rejection motions)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Discuss strategy for claims against Cureous with JB. | 0.1 | $375.00 | $37.50 |

### B190 - Other Contested Matters (Adversary Proceeding 16747-002)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Phone call with JB Evans re: claims. | 0.20 | $375.00 | $75.00 |
| 10/18/2022 | JFB | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Draft Adversary Complaint to Avoid Preference Transfer and Summons; | 1.90 | $130.00 | $247.00 |
| 10/19/2022 | JFB | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Conference with Chad Moody re claims | 0.40 | $130.00 | $52.00 |
| 10/26/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Finalize draft of Complaint and send to client for review/comments. | 2.80 | $375.00 | $1,050.00 |
| 11/7/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Finalize and file Complaint. | 0.50 | $375.00 | $187.50 |
| 11/16/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Review Answer/Counterclaims and email KLU/CRM instructions on responses. | 0.50 | $375.00 | $187.50 |
| 11/16/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Review new article and decision related 523a objections in Sub V, in preparation of response to adversary complaint. | 0.30 | $265.00 | $79.50 |
| 11/16/2022 | KLU | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Draft Motion to Dismiss (2.2); draft answer to counterclaim (1.3); prepare documents and pull applicable research for Mtn to Dismiss (1.6) | 5.10 | $150.00 | $765.00 |
| 11/16/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Consult with paralegal, Kylei Uphoff, regarding motion to dismiss claims. | 0.30 | $265.00 | $79.50 |
| 11/16/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Phone call with JB Evans re: transferring funds to BK Court (.2); phone call with Jeff Severson re: same (.2); email from JB Evans re: client unwilling to stipulate to move funds (.1). | 0.50 | $375.00 | $187.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Draft and revise motion to dismiss | 1.80 | $265.00 | $477.00 |
| 11/22/2022 | CC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Discuss with Chad Moody the Motion to Dismiss arguments to draft in the Memorandum. | 0.8 | $175.00 | $140.00 |
| 11/23/2022 | CC | 16747-002 - Idaho Health Data Exchange - IDHE v. Cureous Innovations - Review and revise Memorandum in support of Motion to Dismiss; emial Matt Christensen to review. | 2.7 | $175.00 | $472.50 |
| 12/12/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Research and revise motion and memorandum in support of dismissal. | 0.20 | $265.00 | $53.00 |
| 12/14/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Research and analyze decisions regarding 523 applicability to Sub V Debtors. | 0.90 | $265.00 | $238.50 |
| 12/14/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Draft and revise draft Motion and Memo to Dismiss based on additional research, including related edits. | 5.10 | $265.00 | $1,351.50 |
| 12/14/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Telephone call with clients to discuss adversary proceeding and upcoming case hearings/plans. | 0.50 | $375.00 | $187.50 |
| 12/14/2022 | CC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Revise Memorandum in support of Motion to Dismiss. | 0.50 | $175.00 | $87.50 |
| 12/14/2022 | CRM | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Prepare final revisions to motion to dismiss for Matt's consideration and approval. | 0.20 | $265.00 | $53.00 |
| 12/16/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations; Exchange emails with JB Evans re discovery and Answer to Counterclaims | 0.20 | $375.00 | $75.00 |
| 12/23/2022 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations; Prepare Answer to Counterclaims (2.3); revise and finalize Mtn/Memo to Dismiss (.5); prepare NOH (.2). | 3.00 | $375.00 | $1,125.00 |
| 1/11/2023 | KLU | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Draft Mtn for Summary Judgment (.3); Draft Statement of Facts (1.5); Draft Memo in Support of SJ (4.2). | 6.00 | $150.00 | $900.00 |
| 1/12/2023 | KLU | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Revise Motion for Summary Judgement, statement of fact, and memo in support (3.0); Forward to Matthew Christensen for review. | 3.00 | $150.00 | $450.00 |
| 1/12/2023 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Revise, finalize and file MSJ on preference claims. | 2.30 | $375.00 | $862.50 |
| 1/23/2023 | MTC | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Finalize response to First Set of Discovery (1.2); compile and Bates documents for discovery (.7). | 1.90 | $375.00 | $712.50 |
| 1/23/2023 | KLU | 16747-002 - Idaho Health Data Exchange - IHDE v. Cureous Innovations - Follow up with Jesse Meldru ("Jesse") regarding uploading documents (0.2); Review production documents provided (1.8); Draft IHDE's Response to First Set of Discovery Request from Cureous Innovations, Inc. and forward to Matthew Christensen for review (4.0); Separate excel spreadsheet and format doc into PDF (0.5) | 6.50 | $150.00 | $975.00 |
| | | Total: | 48.2 | | $11,108.50 |

### B310 - Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Phone call with client re: CI and Orion claims. | 0.7 | $375.00 | $262.50 |
| 10/20/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Review settlement offer from creditor. | 0.1 | $265.00 | $26.50 |

### B320 - Plan and Disclosure Statement (including business plan)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/20/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK | 22-00355-JMM Client strategy meeting with Jesse Meldru and Matt Christensen regarding budget, plan, and MOR (1.4); post-client call budget discussion with Matt Christensen. . | 1.6 | $265.00 | $424.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/20/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Phone call with client re: budget and plan projections. | 1.4 | $265.00 | $371.00 |
| 11/7/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Prepare draft of Ch. 11 Plan and send to client to review. | 2 | $375.00 | $750.00 |
| 11/9/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Phone call with client re: plan projections and plan language (.8); update plan and other documents and send to client to review (.6); review budget information provided by client (.4). | 1.8 | $375.00 | $675.00 |
| 11/10/2022 | CRM | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Strategy discussion with Matt Christensen regarding proposed plan considerations and terms. | 0.3 | $265.00 | $79.50 |
| 11/10/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Multiple phone calls and emails with client re: plan and attachments (1.3); revise Plan (1.1); prepare Liquidation analysis and coordinate other plan attachments (1); finalize and file Plan (.4). | 3.8 | $375.00 | $1,425.00 |
| 11/10/2022 | KLU | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Preparing for and drafting ballot and proposed order confirmation hearing. | 0.2 | $150.00 | $30.00 |
| 11/15/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - Update confirmation hearing order and send to Naess/Grimshaw for approval. | 0.1 | $375.00 | $37.50 |
| 12/22/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - Telephone call with SSchwager re: plan options. | 0.4 | $375.00 | $150.00 |
| 12/28/2022 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - Call with clients re: Orion treatment | 0.8 | $375.00 | $300.00 |
| 1/17/2023 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - review email from SSchwager (.3); discuss with clients (.5). | 0.8 | $375.00 | $300.00 |
| 1/25/2023 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - Telephone call and email with insurance company atty re: plan treatment. | 0.2 | $375.00 | $75.00 |
| 1/25/2023 | MTC | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM - Telephone call with client and multiple emails with Shelia S and Matt G re: plan treatment. | 0.7 | $375.00 | $262.50 |
| | | Total: | 14.1 | | $5,168.50 |
| | | | 102.8 | | $27,274.00 |

**COSTS**

| Date | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/2022 | | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Filing fees | 1 | $350.00 | $350.00 |
| 8/12/2022 | | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Postage Charge | 1 | $10.53 | $10.53 |
| 9/21/2022 | | 16747-001 - Idaho Health Data Exchange - Ch. 11 BK \| 22-00355-JMM Postage | 1 | $6.48 | $6.48 |
| | | Total: | 3 | | $367.01 |

| | |
|---|---|
| Total Fees: | $27,274.00 |
| Total Costs: | $367.01 |
| TOTAL: | $27,641.01 |

| | | |
|---|---|---|
| MTC: | 35.20 | $13,200.00 |
| CRM: | 33.40 | $8,851.00 |
| JFB: | 6.50 | $845.00 |
| MAR: | 0.6 | $78.00 |
| CC: | 4.60 | $805.00 |
| KLU: | 23.30 | $3,495.00 |
| | 103.60 | $27,274.00 |

# EXHIBIT C

**NARRATIVE SHEET**

|   | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: |  |
| A. | Date the bankruptcy petition was filed. | August 12, 2022. |
| B. | Date of the "Order Authorizing Employment of Counsel": | November 22, 2022. |
| C. | Date services commenced. | August 12, 2022. |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as bankruptcy clients: $195.00-$375.00 per hour for attorneys; $95.00-$175.00 per hour for paralegals. |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | August 12, 2022 through January 31, 2023. |
|  |  |  |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: |  |
| A. | The amount of cash on hand or on deposit in the estate. | The sum of $36,766.50 is presently being held in a trust account with Johnson May. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | The only other unpaid administrative expenses are those incurred for the Subchapter V Trustee, Matthew Grimshaw. The exact amount of fees owed to Mr. Grimshaw is unknown, but the Debtor anticipates paying those fees from funds on hand on the Effective Date of confirmation. |
| C. | The amount the unencumbered funds in the estate. | The sum of $36,766.50 is presently being held in a trust account with Johnson May. Based on the last Monthly Operating Report, the Debtor is holding funds in excess of $250,000.00. |
|  |  |  |
| III. | PROJECT SUMMARY:<br>Description of each professional project or task for which compensation and reimbursement is sought: |  |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the |

| | | |
|---|---|---|
| | | applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Analysis and Recovery, Meetings of and Communications with Creditors, Fee/Employment Applications, Other Contested Matters, Claims Administration and Objections, and Plan and Disclosure Statement. |
| B. | Necessity of projects. | **Case Administration** was necessary in order to discuss various items with the client, and other parties, as well as prepare and file required reports (IRR, MOR) and respond to various inquiries from third parties.<br><br>**Asset Analysis & Recovery** was necessary in order to begin efforts to recover funds transferred pre-petition (ultimately led to an adversary proceeding to recover the funds).<br><br>**Meetings of and Communications with Creditors** was necessary in order to prepare for and attend the Initial Debtor Interview and Meeting of Creditors, as well as discuss claims of creditors with those attorneys.<br><br>**Fee/Employment Applications** was necessary in order complete the employment process for counsel, and discuss and prepare an employment application for a specialized accountant. While the employment application for the accountant was not ultimately filed, the Debtor had requested counsel work with the accountant to get employed. The accountant was necessary in order to do an audit of the Debtor (as a non-profit dealing with patient medical records). As the application to employ progressed, the accountant ultimately decided he did not want to have to deal with the employment and compensation |

|   |   |   |
|---|---|---|
|   |   | requirements of the Bankruptcy Code and the efforts to employ him were aborted. **Other Contested Matters** was necessary in order to initiate and pursue an adversary proceeding against Cureous Innovations to recover funds seized by Cureous pre-petition and object to Cureous's claim. **Claims Administration and Objections** was necessary in order to discuss the Orion claim with Orion's counsel and the Debtor. **Plan and Disclosure Statement** was necessary in order to prepare and begin seeking confirmation of the Debtor's bankruptcy plan. |
| C. | Benefit of projects to the estate. | The projects have allowed the Debtor to prepare and file required reports, Prepare for and attend required meetings, draft various applications and motions, and otherwise proceed towards confirmation of its Chapter 11 Plan. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |