Citibank CBO Services    913
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F008

000
CITIBANK, N. A.

**Account**
☐ 7677

**Statement Period**
Mar 1 - Mar 31, 2023

**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1 of 2

IDAHO HEALTH DATA EXCHANGE, INC
1299 N. ORCHARD ST 120
BOISE                    ID 83706

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2023

**Relationship Summary:**

| | |
|---|---|
| Checking | $351.56 |
| Savings | ----- |
| Checking Plus | ----- |

| Checking | | | Balance |
|---|---|---|---|
| CitiBusiness Checking | ☐ | 7677 | $351.56 |
| CitiBusiness Checking | ☐ | 7685 | $0.00 |
| **Total Checking at Citibank** | | | **$351.56** |

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2023 THRU FEBRUARY 28, 2023

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # ☐ 7677** | | | |
| Average Daily Collected Balance | | | $737.42 |
| DEPOSIT SERVICES | | | |
|    DEPOSIT ASSESSMENT | 737 | | 0.09 |
|    MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |
|    OVERDRAFT/UNCOLLECTED ITEMS | 1 | 35.0000 | 35.00 |
|    REMOTE CHECK MAINTENANCE | 1 | 60.0000 | 60.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|    ACH DEBIT RECEIVED | 1 | .1700 | 0.17 |
| **Total Charges for Services** | | | **$119.26** |
| **CITIBUSINESS CHECKING # ☐ 7685** | | | |
| Average Daily Collected Balance | | | $0.00 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 24.0000 | 24.00 |
| **Total Charges for Services** | | | **$24.00** |
| **Total Non-Interest Bearing Account Charges** | | | **$143.26** |
| Average collected balances | | | $737.42 |
| Balances eligible for Earnings Credit | | | $0.00 |
| Earnings Credit allowance at   0.00000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $143.26 |
| **Net Service Charge** | | | **$143.26** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

Charges debited from account # ☐ 7677

IDAHO HEALTH DATA EXCHANGE, INC          Account ▮▮▮▮▮7677          Page 2 of 2          001/R1/04F008
Statement Period:  Mar 1 - Mar 31, 2023

## CHECKING ACTIVITY

**CitiBusiness Checking**

▮▮▮▮7677

| | | Beginning Balance: | $868.82 |
| | | Ending Balance: | $351.56 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01 | ACH DEBIT<br>BILL.COM LLC    BILLING   02B4ZGOIERC6GWY Mar 01<br>BILL.COM 02B4ZGOIERC6GWY STMT 23025640096 ID | 187.00 | | 681.82 |
| 03/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 143.26 | | 538.56 |
| 03/29 | ACH DEBIT<br>BILL.COM LLC    BILLING   02B4AGUQAIH6ZFQ Mar 29<br>BILL.COM 02B4AGUQAIH6ZFQ STMT 23035900169 ID | 187.00 | | 351.56 |
| | **Total Debits/Credits** | **517.26** | **0.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>For TTY:We accept 711 or<br>other Relay Service. | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2023 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.