Idaho Health Data Exchange, Inc.

Citibank, Period Ending 03/31/2023

RECONCILIATION REPORT

Reconciled on: 04/19/2023

Reconciled by: ▊▊▊▊▊▊▊▊

Any changes made to transactions after this date aren't included in this report.

## Summary

|  | USD |
|---|---:|
| Statement beginning balance | 868.82 |
| Checks and payments cleared (3) | -517.26 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 351.56 |
| Register balance as of 03/31/2023 | 351.56 |

## Details

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/01/2023 | Check | EFT | BILL.com | -187.00 |
| 03/08/2023 | Check | EFT | Citibank | -143.26 |
| 03/29/2023 | Check | EFT | BILL.com | -187.00 |
| Total |  |  |  | -517.26 |