Idaho Health Data Exchange, Inc.

Key Bank - IHDE, Period Ending 03/31/2023

## RECONCILIATION REPORT

Reconciled on: 04/19/2023

Reconciled by: ▮

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                                                       USD

| | |
|---|---:|
| Statement beginning balance | 484,242.91 |
| Checks and payments cleared (28) | -235,470.75 |
| Deposits and other credits cleared (2) | 119,940.00 |
| Statement ending balance | 368,712.16 |
| | |
| Register balance as of 03/31/2023 | 368,712.16 |
| Cleared transactions after 03/31/2023 | 0.00 |
| Uncleared transactions after 03/31/2023 | -174,393.61 |
| Register balance as of 04/19/2023 | 194,318.55 |

### Details

Checks and payments cleared (28)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/01/2023 | Check | ACH | Idacomp | -7,352.50 |
| 03/03/2023 | Check | EFT | The Hartford | -233.78 |
| 03/07/2023 | Check | EFT | Delta Dental of Idaho | -272.24 |
| 03/07/2023 | Check | EFT | Blue Cross Insurance | -4,214.37 |
| 03/08/2023 | Check | EFT | Key Bank | -58.70 |
| 03/09/2023 | Check | EFT | United Heritage Insurance | -50.58 |
| 03/10/2023 | Bill Payment | | Idacomp | -1,080.20 |
| 03/10/2023 | Bill Payment | | Lyniate | -8,333.33 |
| 03/10/2023 | Bill Payment | | Amazon Web Services | -3,276.67 |
| 03/10/2023 | Bill Payment | | Xpio Group Health, LLC | -37,500.00 |
| 03/10/2023 | Bill Payment | | Capitol Health Associates, LLC | -20,000.00 |
| 03/10/2023 | Bill Payment | | Paramount Consulting Solutio… | -12,494.18 |
| 03/10/2023 | Bill Payment | | Capitol Health Associates, LLC | -4,414.79 |
| 03/13/2023 | Check | EFT | Great West Trust | -1,665.64 |
| 03/13/2023 | Check | EFT | Great West Trust | -2,565.64 |
| 03/13/2023 | Check | EFT | Internal Revenue Service | -2,399.73 |
| 03/13/2023 | Check | EFT | Internal Revenue Service | -2,399.69 |
| 03/14/2023 | Check | EFT | Idaho State Tax Commission | -646.00 |
| 03/15/2023 | Payroll Check | DD | ▮ | -3,919.82 |
| 03/15/2023 | Payroll Check | DD | ▮ | -3,692.96 |
| 03/17/2023 | Bill Payment | | Orion Health, Inc. | -60,000.00 |
| 03/22/2023 | Expense | | VendorProof | -45.00 |
| 03/22/2023 | Bill Payment | | eHealth Technologies | -19,998.00 |
| 03/23/2023 | Bill Payment | | Aunt Bertha, a Public Benefit … | -23,925.00 |
| 03/24/2023 | Bill Payment | | Amazon Web Services | -3,104.78 |
| 03/29/2023 | Check | EFT | Blue Cross Insurance | -4,214.37 |
| 03/31/2023 | Payroll Check | DD | ▮ | -3,919.82 |
| 03/31/2023 | Payroll Check | DD | ▮ | -3,692.96 |
| **Total** | | | | **-235,470.75** |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/22/2023 | Deposit | | | 105,509.25 |
| 03/31/2023 | Deposit | | OCHIN | 14,430.75 |
| **Total** | | | | **119,940.00** |

### Additional Information

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/02/2023 | Check | ach | Idacomp | -7,352.50 |
| 04/04/2023 | Check | EFT | Delta Dental of Idaho | -272.24 |
| 04/05/2023 | Check | EFT | The Hartford | -233.78 |
| 04/05/2023 | Check | EFT | Internal Revenue Service | -2,399.73 |
| 04/05/2023 | Check | EFT | Idaho State Tax Commission | -362.00 |
| 04/05/2023 | Check | EFT | Great West Trust | -1,515.64 |
| 04/11/2023 | Bill Payment | | Capitol Health Associates, LLC | -20,000.00 |
| 04/11/2023 | Bill Payment | | Paramount Consulting Solutio… | -13,118.66 |
| 04/11/2023 | Bill Payment | | Primus Policy Group, LLC | -10,000.00 |
| 04/11/2023 | Bill Payment | | ▇▇▇▇▇▇▇▇ | -1,267.80 |
| 04/11/2023 | Bill Payment | | Idacomp | -1,040.55 |
| 04/11/2023 | Check | EFT | United Heritage Insurance | -50.58 |
| 04/11/2023 | Bill Payment | | State Insurance Fund | -752.00 |
| 04/12/2023 | Bill Payment | | Xpio Group Health, LLC | -37,500.00 |
| 04/14/2023 | Payroll Check | DD | ▇▇▇▇▇▇▇▇ | -3,919.83 |
| 04/14/2023 | Payroll Check | DD | ▇▇▇▇▇▇▇▇ | -3,692.97 |
| 04/17/2023 | Check | EFT | Great West Trust | -1,515.64 |
| 04/18/2023 | Check | EFT | Internal Revenue Service | -2,399.69 |
| 04/18/2023 | Bill Payment | | Civitas Networks for Health | -7,000.00 |
| 04/21/2023 | Bill Payment | | Orion Health, Inc. | -60,000.00 |
| Total | | | | -174,393.61 |