## Idaho Health Data Exchange, Inc.

### Restricted Cash Pledged Collateral, Period Ending 03/31/2023

#### RECONCILIATION REPORT

Reconciled on: 04/19/2023

Reconciled by: ▮

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                 USD

Statement beginning balance ........................................................................ 2,508.30
Checks and payments cleared (0) .................................................................. 0.00
Deposits and other credits cleared (1) ........................................................... 0.32
Statement ending balance ............................................................................. 2,508.62

Register balance as of 03/31/2023 ................................................................ 2,508.62

### Details

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2023 | Journal | 211096 | | 0.32 |

Total                                                                                              0.32