# Idaho Health Data Exchange, Inc.

## Transaction Report

### March 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Citibank** | | | | | | | | |
| Beginning Balance | | | | | | | | 868.82 |
| 03/01/2023 | Check | EFT | BILL.com | BILL.com Subscription & Transaction Fees for checks mailed and EFTs delivered. | Citibank | Operational:Office Expense:Finance Charge | -187.00 | 681.82 |
| 03/08/2023 | Check | EFT | Citibank | Service Charge | Citibank | Bank Charge | -143.26 | 538.56 |
| 03/29/2023 | Check | EFT | BILL.com | BILL.com Subscription & Transaction Fees for checks mailed and EFTs delivered. | Citibank | Operational:Office Expense:Finance Charge | -187.00 | 351.56 |
| **Total for Citibank** | | | | | | | **$ -517.26** | |
| **TOTAL** | | | | | | | **$ -517.26** | |