# Idaho Health Data Exchange, Inc.

## Transaction Report

### March 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Key Bank - IHDE | | | | | | | | |
| Beginning Balance | | | | | | | | 484,242.91 |
| 03/01/2023 | Check | ACH | Idacomp | | Key Bank - IHDE | Operational:Computer & IT:Computer Software and Hosting | -7,352.50 | 476,890.41 |
| 03/03/2023 | Check | EFT | The Hartford | | Key Bank - IHDE | Operational:Salaries & Wages:Benefits | -233.78 | 476,656.63 |
| 03/07/2023 | Check | EFT | Delta Dental of Idaho | | Key Bank - IHDE | Operational:Salaries & Wages:Benefits | -272.24 | 476,384.39 |
| 03/07/2023 | Check | EFT | Blue Cross Insurance | | Key Bank - IHDE | Prepaid Expenses:Prepaid Insurance | -4,214.37 | 472,170.02 |
| 03/08/2023 | Check | EFT | Key Bank | Service Charge | Key Bank - IHDE | Bank Charge | -58.70 | 472,111.32 |
| 03/09/2023 | Check | EFT | United Heritage Insurance | | Key Bank - IHDE | Operational:Salaries & Wages:Benefits | -50.58 | 472,060.74 |
| 03/10/2023 | Bill Payment (Check) | | Amazon Web Services | Inv #1249117977 | Key Bank - IHDE | Accounts Payable | -3,276.67 | 468,784.07 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | Multiple invoices (details on stub) | Key Bank - IHDE | Accounts Payable | -4,414.79 | 464,369.28 |
| 03/10/2023 | Bill Payment (Check) | | Lyniate | Inv #INV62498 | Key Bank - IHDE | Accounts Payable | -8,333.33 | 456,035.95 |
| 03/10/2023 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | Inv #23-IHDE-44986 | Key Bank - IHDE | Accounts Payable | -12,494.18 | 443,541.77 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | Inv #3026 | Key Bank - IHDE | Accounts Payable | -20,000.00 | 423,541.77 |
| 03/10/2023 | Bill Payment (Check) | | Idacomp | Multiple invoices (details on stub) | Key Bank - IHDE | Accounts Payable | -1,080.20 | 422,461.57 |
| 03/10/2023 | Bill Payment (Check) | | Xpio Group Health, LLC | Inv #23-01-5099 | Key Bank - IHDE | Accounts Payable | -37,500.00 | 384,961.57 |
| 03/13/2023 | Check | EFT | Great West Trust | Retirement Contribution - EFT to Great West | Key Bank - IHDE | Payroll Liabilities:401k | -2,565.64 | 382,395.93 |
| 03/13/2023 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll (SS-Med-FIT) - 2023-03-15 Payroll | Key Bank - IHDE | Payroll Liabilities:Federal Taxes (941/944) | -2,399.73 | 379,996.20 |
| 03/13/2023 | Check | EFT | Great West Trust | Retirement Contribution - EFT to Great West | Key Bank - IHDE | Payroll Liabilities:401k | -1,665.64 | 378,330.56 |
| 03/13/2023 | Check | EFT | Internal Revenue Service | Federal Tax Withholding - Employee Payroll (SS-Med-FIT) - 2023-02-28 Payroll | Key Bank - IHDE | Payroll Liabilities:Federal Taxes (941/944) | -2,399.69 | 375,930.87 |
| 03/14/2023 | Check | EFT | Idaho State Tax Commission | Idaho State Income Tax - Employee Payroll - FEB | Key Bank - IHDE | Payroll Liabilities:ID Income Tax | -646.00 | 375,284.87 |
| 03/15/2023 | Payroll Check | DD | | Pay Period: 03/01/2023-03/15/2023 | Key Bank - IHDE | Direct Deposit Payable | -3,919.82 | 371,365.05 |
| 03/15/2023 | Payroll Check | DD | | Pay Period: 03/01/2023-03/15/2023 | Key Bank - IHDE | Direct Deposit Payable | -3,692.96 | 367,672.09 |
| 03/17/2023 | Bill Payment (Check) | | Orion Health, Inc. | Inv #IN208221 | Key Bank - IHDE | Accounts Payable | -60,000.00 | 307,672.09 |
| 03/22/2023 | Deposit | | | | Key Bank - IHDE | -Split- | 105,509.25 | 413,181.34 |
| 03/22/2023 | Bill Payment (Check) | | eHealth Technologies | Inv #27658 | Key Bank - IHDE | Accounts Payable | -19,998.00 | 393,183.34 |
| 03/22/2023 | Expense | | VendorProof | | Key Bank - IHDE | Operational:Professional Fees | -45.00 | 393,138.34 |
| 03/23/2023 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | Inv #4578 | Key Bank - IHDE | Accounts Payable | -23,925.00 | 369,213.34 |
| 03/24/2023 | Bill Payment (Check) | | Amazon Web Services | Inv #1277953657 | Key Bank - IHDE | Accounts Payable | -3,104.78 | 366,108.56 |
| 03/29/2023 | Check | EFT | Blue Cross Insurance | | Key Bank - IHDE | Prepaid Expenses:Prepaid Insurance | -4,214.37 | 361,894.19 |
| 03/31/2023 | Payroll Check | DD | | Pay Period: 03/16/2023-03/30/2023 | Key Bank - IHDE | Direct Deposit Payable | -3,919.82 | 357,974.37 |
| 03/31/2023 | Deposit | | OCHIN | | Key Bank - IHDE | Undeposited Funds | 14,430.75 | 372,405.12 |
| 03/31/2023 | Payroll Check | DD | | Pay Period: 03/16/2023-03/30/2023 | Key Bank - IHDE | Direct Deposit Payable | -3,692.96 | 368,712.16 |
| **Total for Key Bank - IHDE** | | | | | | | **$ -115,530.75** | |
| **TOTAL** | | | | | | | **$ -115,530.75** | |