# Idaho Health Data Exchange, Inc.

## Transaction Report

### March 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Undeposited Funds** | | | | | | | | |
| 03/05/2023 | Payment | | Rurban | | Undeposited Funds | Accounts Receivable | 750.00 | 750.00 |
| 03/05/2023 | Payment | 1080 | Total Life Clinic, PLLC | | Undeposited Funds | Accounts Receivable | 750.00 | 1,500.00 |
| 03/05/2023 | Payment | 1977 | Appleton Clinics Idaho | | Undeposited Funds | Accounts Receivable | 1,207.50 | 2,707.50 |
| 03/05/2023 | Payment | 67512 | Pathologists Regional Laboratory | | Undeposited Funds | Accounts Receivable | 7,500.00 | 10,207.50 |
| 03/05/2023 | Payment | 0005247225 | Cambia Health Solutions, Inc. | | Undeposited Funds | Accounts Receivable | 50,000.00 | 60,207.50 |
| 03/21/2023 | Payment | 138806 | Whitewater Healthcare, LLC | | Undeposited Funds | Accounts Receivable | 1,321.38 | 61,528.88 |
| 03/21/2023 | Payment | 1353 | The Idaho Clinic | | Undeposited Funds | Accounts Receivable | 2,517.62 | 64,046.50 |
| 03/21/2023 | Payment | 21472 | Idaho Falls Family and Sports Medicine | | Undeposited Funds | Accounts Receivable | 4,530.00 | 68,576.50 |
| 03/21/2023 | Payment | 1326674358 | Southwest District Health | | Undeposited Funds | Accounts Receivable | 4,905.00 | 73,481.50 |
| 03/21/2023 | Payment | 631851 | Kootenai Medical Center | | Undeposited Funds | Accounts Receivable | 32,027.75 | 105,509.25 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -50,000.00 | 55,509.25 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -32,027.75 | 23,481.50 |
| 03/22/2023 | Deposit | | | Voided | Undeposited Funds | Key Bank - IHDE | 0.00 | 23,481.50 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -7,500.00 | 15,981.50 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -4,905.00 | 11,076.50 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -4,530.00 | 6,546.50 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -2,517.62 | 4,028.88 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -1,321.38 | 2,707.50 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -1,207.50 | 1,500.00 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -750.00 | 750.00 |
| 03/22/2023 | Deposit | | | | Undeposited Funds | Key Bank - IHDE | -750.00 | 0.00 |
| 03/31/2023 | Payment | | OCHIN | | Undeposited Funds | Accounts Receivable | 14,430.75 | 14,430.75 |
| 03/31/2023 | Deposit | | OCHIN | | Undeposited Funds | Key Bank - IHDE | -14,430.75 | 0.00 |
| **Total for Undeposited Funds** | | | | | | | **$0.00** | |
| **TOTAL** | | | | | | | **$0.00** | |