# Idaho Health Data Exchange, Inc.

## Transaction Report
### March 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Restricted Cash Pledged Collateral** | | | | | | | | |
| Beginning Balance | | | | | | | | 2,508.30 |
| 03/31/2023 | Journal Entry | 211096 | | Taxable Interest Income | Restricted Cash Pledged Collateral | -Split- | 0.32 | 2,508.62 |
| **Total for Restricted Cash Pledged Collateral** | | | | | | | **$0.32** | |
| **TOTAL** | | | | | | | **$0.32** | |