## Idaho Health Data Exchange, Inc.

### Transaction Report

August 12, 2022 - March 31, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| Accounts Payable | | | | | | | | |
| Beginning Balance | | | | | | | | 947,751.95 |
| 08/15/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,161.81 | 946,590.14 |
| 08/16/2022 | Bill | ICC802230 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 1,290.00 | 947,880.14 |
| 08/31/2022 | Bill | 3004 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 957,880.14 |
| 08/31/2022 | Bill | 3003 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 6,600.00 | 964,480.14 |
| 08/31/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 965,591.95 |
| 08/31/2022 | Bill | 26154 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 985,589.95 |
| 08/31/2022 | Bill | 22-08-4829 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 1,002,389.95 |
| 09/01/2022 | Bill | 22-IHDE-44805 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 14,017.18 | 1,016,407.13 |
| 09/01/2022 | Bill | 3005 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,036,407.13 |
| 09/01/2022 | Bill | 3911 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,060,332.13 |
| 09/01/2022 | Bill | IN207484 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,120,332.13 |
| 09/02/2022 | Bill | 1115100273 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,484.14 | 1,123,816.27 |
| 09/06/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,063,816.27 |
| 09/14/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 1,043,818.27 |
| 09/14/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 1,027,018.27 |
| 09/14/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -14,017.18 | 1,013,001.09 |
| 09/14/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -5,000.00 | 1,008,001.09 |
| 09/14/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,418.06 | 1,004,583.03 |
| 09/14/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,290.00 | 1,003,293.03 |
| 09/14/2022 | Bill Payment (Check) | | 4medica, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -22,500.00 | 980,793.03 |
| 09/15/2022 | Bill | | The Hartford | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 906.00 | 981,699.03 |
| 09/15/2022 | Bill Payment (Check) | EFT | Clarke & Sampson, Inc. | | Accounts Payable | Citibank | -16,500.00 | 965,199.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,600.00 | 948,599.03 |
| 09/15/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -20,000.00 | 928,599.03 |
| 09/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 927,487.22 |
| 09/20/2022 | Bill | 95048 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,211.53 | 929,698.75 |
| 09/30/2022 | Bill | 22-09-4882 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 16,800.00 | 946,498.75 |
| 09/30/2022 | Bill | 3009 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 956,498.75 |
| 09/30/2022 | Bill | INV13955 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 964,832.08 |
| 09/30/2022 | Bill | 95846 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 5,977.98 | 970,810.06 |
| 09/30/2022 | Bill | 3008 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 4,702.50 | 975,512.56 |
| 09/30/2022 | Bill | | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 976,624.37 |
| 10/01/2022 | Bill | 3010 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 996,624.37 |
| 10/01/2022 | Bill | 22-IHDE-44835 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 11,900.52 | 1,008,524.89 |
| 10/01/2022 | Bill | 1875 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,013,524.89 |
| 10/01/2022 | Bill | 1874 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,018,524.89 |
| 10/01/2022 | Bill | 1873 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,023,524.89 |
| 10/02/2022 | Bill | 1143613289 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,291.15 | 1,026,816.04 |
| 10/03/2022 | Bill | IN207555 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription | 60,000.00 | 1,086,816.04 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

August 12, 2022 - March 31, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| | | | | | Payable | Expense | | |
| 10/05/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 1,026,816.04 |
| 10/06/2022 | Bill | 68492351 | Zoho Corporation | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 993.21 | 1,027,809.25 |
| 10/06/2022 | Bill | ICC1004224 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,028,570.05 |
| 10/06/2022 | Bill | ICC1004222 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,028,764.45 |
| 10/06/2022 | Bill | ICC1004223 | Idacomp | | Accounts Payable | -Split- | 87.60 | 1,028,852.05 |
| 10/08/2022 | Bill | | Clarke & Sampson, Inc. | | Accounts Payable | Prepaid Expenses:Prepaid Insurance | 16,500.00 | 1,045,352.05 |
| 10/12/2022 | Bill Payment (Check) | | The Hartford | | Accounts Payable | 1072 Bill.com Money Out Clearing | -906.00 | 1,044,446.05 |
| 10/12/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -34,702.50 | 1,009,743.55 |
| 10/12/2022 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | 1072 Bill.com Money Out Clearing | -23,925.00 | 985,818.55 |
| 10/12/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 969,018.55 |
| 10/12/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -11,900.52 | 957,118.03 |
| 10/12/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,484.14 | 953,633.89 |
| 10/13/2022 | Bill Payment (Check) | | Zoho Corporation | | Accounts Payable | 1072 Bill.com Money Out Clearing | -993.21 | 952,640.68 |
| 10/14/2022 | Bill | 3011 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 3,300.00 | 955,940.68 |
| 10/17/2022 | Bill | 2022-10-001 | Prudence Vincent | | Accounts Payable | Marketing:Marketing Conf. & Meetings | 753.50 | 956,694.18 |
| 10/18/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 955,582.37 |
| 10/19/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,300.00 | 952,282.37 |
| 10/24/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,042.80 | 951,239.57 |
| 10/31/2022 | Bill | 22-10-4938 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 19,800.00 | 971,039.57 |
| 10/31/2022 | Bill | 848-26089 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 972,151.38 |
| 11/01/2022 | Bill | 1876 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 977,151.38 |
| 11/01/2022 | Bill | 3013 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 987,151.38 |
| 11/01/2022 | Bill | 22-P3HP-44867 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 13,150.78 | 1,000,302.16 |
| 11/01/2022 | Bill | 3014 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,020,302.16 |
| 11/01/2022 | Bill | IN207701 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Implementation costs | 2,000.00 | 1,022,302.16 |
| 11/02/2022 | Bill | 1168595793 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,404.00 | 1,025,706.16 |
| 11/03/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 965,706.16 |
| 11/04/2022 | Bill | IN207738 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,025,706.16 |
| 11/04/2022 | Bill Payment (Check) | | Prudence Vincent | | Accounts Payable | 1072 Bill.com Money Out Clearing | -753.50 | 1,024,952.66 |
| 11/04/2022 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | 1072 Bill.com Money Out Clearing | -2,000.00 | 1,022,952.66 |
| 11/06/2022 | Bill | ICC116221 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,023,147.06 |
| 11/06/2022 | Bill | ICC116223 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,023,907.86 |
| 11/06/2022 | Bill | 96627 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 1,424.00 | 1,025,331.86 |
| 11/06/2022 | Bill | 96626 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 3,134.00 | 1,028,465.86 |
| 11/06/2022 | Bill | ICC116222 | Idacomp | | Accounts Payable | -Split- | 115.20 | 1,028,581.06 |
| 11/09/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,291.15 | 1,025,289.91 |
| 11/09/2022 | Bill Payment (Check) | | Lyniate | | Accounts Payable | 1072 Bill.com Money Out Clearing | -8,333.33 | 1,016,956.58 |
| 11/09/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -13,150.78 | 1,003,805.80 |
| 11/09/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -16,800.00 | 987,005.80 |
| 11/09/2022 | Bill Payment | | Capitol Health Associates, LLC | | Accounts | 1072 Bill.com Money Out Clearing | -30,000.00 | 957,005.80 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

August 12, 2022 - March 31, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| | (Check) | | | | Payable | | | |
| 11/16/2022 | Bill | 2022-1101 | Prudence Vincent | | Accounts Payable | -Split- | 63.58 | 957,069.38 |
| 11/18/2022 | Bill Payment (Check) | 16 | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 955,957.57 |
| 11/28/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,070.40 | 954,887.17 |
| 11/30/2022 | Bill | 22-11-4996 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 25,300.00 | 980,187.17 |
| 11/30/2022 | Bill | 26884 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 1,000,185.17 |
| 11/30/2022 | Bill | 3019 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 10,000.00 | 1,010,185.17 |
| 11/30/2022 | Bill | 97499 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 4,504.00 | 1,014,689.17 |
| 11/30/2022 | Bill | 3018 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 2,310.00 | 1,016,999.17 |
| 11/30/2022 | Bill | 848-26323 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 1,018,110.98 |
| 11/30/2022 | Bill Payment (Check) | EFT | Orion Health, Inc. | | Accounts Payable | Citibank | -60,000.00 | 958,110.98 |
| 12/01/2022 | Bill | IN207820 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,018,110.98 |
| 12/01/2022 | Bill | 4221 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,042,035.98 |
| 12/01/2022 | Bill | 3020 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,062,035.98 |
| 12/01/2022 | Bill | 22-IHDE-44896 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 13,924.86 | 1,075,960.84 |
| 12/01/2022 | Bill | INV61317 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 1,084,294.17 |
| 12/01/2022 | Bill | ICC831228 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 510.00 | 1,084,804.17 |
| 12/01/2022 | Bill | | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 144.00 | 1,084,948.17 |
| 12/01/2022 | Bill | 26912664 | State Insurance Fund | Payroll Report Premium 07/01/2022-10/01/2022 | Accounts Payable | Operational:Insurance:Workers Compensation | 139.00 | 1,085,087.17 |
| 12/01/2022 | Bill | ICC831227 | Idacomp | For services in August; not billed at the time | Accounts Payable | -Split- | 64.00 | 1,085,151.17 |
| 12/02/2022 | Bill | 1189072125 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,220.62 | 1,088,371.79 |
| 12/05/2022 | Bill | 97500 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 2,956.50 | 1,091,328.29 |
| 12/06/2022 | Bill | ICC12012257 | Idacomp | | Accounts Payable | -Split- | 115.20 | 1,091,443.49 |
| 12/06/2022 | Bill | ICC12012256 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,091,637.89 |
| 12/06/2022 | Bill | ICC12012258 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,092,398.69 |
| 12/13/2022 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -13,924.86 | 1,078,473.83 |
| 12/13/2022 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -10,000.00 | 1,068,473.83 |
| 12/13/2022 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | 1072 Bill.com Money Out Clearing | -3,404.00 | 1,065,069.83 |
| 12/13/2022 | Bill Payment (Check) | | State Insurance Fund | | Accounts Payable | 1072 Bill.com Money Out Clearing | -139.00 | 1,064,930.83 |
| 12/13/2022 | Bill Payment (Check) | | Prudence Vincent | | Accounts Payable | 1072 Bill.com Money Out Clearing | -63.58 | 1,064,867.25 |
| 12/13/2022 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,800.00 | 1,045,067.25 |
| 12/13/2022 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | 1072 Bill.com Money Out Clearing | -32,310.00 | 1,012,757.25 |
| 12/14/2022 | Bill | INV-001173 | Civitas Networks for Health | | Accounts Payable | Prepaid Expenses:Prepaid Marketing Costs | 7,000.00 | 1,019,757.25 |
| 12/19/2022 | Bill Payment (Check) | EFT | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 1,018,645.44 |
| 12/21/2022 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | 1072 Bill.com Money Out Clearing | -19,998.00 | 998,647.44 |
| 12/22/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -718.00 | 997,929.44 |
| 12/27/2022 | Bill Payment (Check) | | Idacomp | | Accounts Payable | 1072 Bill.com Money Out Clearing | -1,070.40 | 996,859.04 |
| 12/31/2022 | Bill | 22-12-5048 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 25,300.00 | 1,022,159.04 |
| 12/31/2022 | Bill | 1213219369 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,283.22 | 1,025,442.26 |
| 12/31/2022 | Bill | 98408 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 1,387.50 | 1,026,829.76 |
| 12/31/2022 | Bill | 848-26545 | Regus Management Group, LLC | | Accounts | Operational:Office Expense:Rent | 1,111.81 | 1,027,941.57 |

Case 22-00355-JMM    Doc 78-12    Filed 04/21/23    Entered 04/21/23 14:42:53    Desc
Exhibit E - Accounts Payable    Page 4 of 5

# Idaho Health Data Exchange, Inc.

## Transaction Report

### August 12, 2022 - March 31, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| 01/01/2023 | Bill | 3022 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 1,047,941.57 |
| 01/01/2023 | Bill | 23-IHDE-44927 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 11,377.12 | 1,059,318.69 |
| 01/02/2023 | Bill | IN207992 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,119,318.69 |
| 01/06/2023 | Bill | 2050 | Idaho Hospital Association | | Accounts Payable | Prepaid Expenses:Prepaid Marketing Costs | 1,000.00 | 1,120,318.69 |
| 01/06/2023 | Bill | ICC107235 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,121,079.49 |
| 01/06/2023 | Bill | ICC107233 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,121,273.89 |
| 01/07/2023 | Bill | ICC107238 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 315.00 | 1,121,588.89 |
| 01/09/2023 | Bill | 98409 | Johnson May Law | | Accounts Payable | Operational:Professional Fees:Legal Fees | 3,611.00 | 1,125,199.89 |
| 01/12/2023 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | Key Bank - IHDE | -60,000.00 | 1,065,199.89 |
| 01/12/2023 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | Key Bank - IHDE | -60,000.00 | 1,005,199.89 |
| 01/17/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -20,000.00 | 985,199.89 |
| 01/17/2023 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | Key Bank - IHDE | -11,377.12 | 973,822.77 |
| 01/17/2023 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | Key Bank - IHDE | -5,000.00 | 968,822.77 |
| 01/17/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,220.62 | 965,602.15 |
| 01/17/2023 | Bill Payment (Check) | | 4medica, Inc. | | Accounts Payable | Key Bank - IHDE | -22,500.00 | 943,102.15 |
| 01/17/2023 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | Key Bank - IHDE | -25,300.00 | 917,802.15 |
| 01/17/2023 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | Key Bank - IHDE | -23,925.00 | 893,877.15 |
| 01/18/2023 | Bill Payment (Check) | 17 | Regus Management Group, LLC | | Accounts Payable | Citibank | -1,111.81 | 892,765.34 |
| 01/18/2023 | Bill | ICC118231 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 507.00 | 893,272.34 |
| 01/31/2023 | Bill | 23-01-5099 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 37,500.00 | 930,772.34 |
| 01/31/2023 | Bill | 848-26780 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 931,884.15 |
| 02/01/2023 | Bill | 3024 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 20,000.00 | 951,884.15 |
| 02/01/2023 | Bill | IN208111 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,011,884.15 |
| 02/01/2023 | Bill | 23-IHDE-44958 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 10,587.61 | 1,022,471.76 |
| 02/01/2023 | Bill | | D.L Evans Bank | | Accounts Payable | Visa Payable 2630 | 125.62 | 1,022,597.38 |
| 02/01/2023 | Bill | | D.L Evans Bank | | Accounts Payable | Visa Payable 6145 | 1,087.54 | 1,023,684.92 |
| 02/01/2023 | Bill | 1911 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,028,684.92 |
| 02/02/2023 | Bill | 1249117977 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,276.67 | 1,031,961.59 |
| 02/06/2023 | Bill | ICC0206233 | Idacomp | | Accounts Payable | -Split- | 760.80 | 1,032,722.39 |
| 02/06/2023 | Bill | ICC0206232 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,032,916.79 |
| 02/08/2023 | Bill Payment (Check) | | Idaho Hospital Association | | Accounts Payable | Key Bank - IHDE | -1,000.00 | 1,031,916.79 |
| 02/08/2023 | Bill Payment (Check) | | Idacomp | | Accounts Payable | Key Bank - IHDE | -1,270.20 | 1,030,646.59 |
| 02/08/2023 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | Key Bank - IHDE | -25,300.00 | 1,005,346.59 |
| 02/08/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -20,000.00 | 985,346.59 |
| 02/08/2023 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | Key Bank - IHDE | -10,587.61 | 974,758.98 |
| 02/08/2023 | Bill Payment (Check) | | Lyniate | | Accounts Payable | Key Bank - IHDE | -8,333.33 | 966,425.65 |
| 02/08/2023 | Bill Payment (Check) | | Civitas Networks for Health | | Accounts Payable | Key Bank - IHDE | -7,000.00 | 959,425.65 |
| 02/08/2023 | Bill Payment (Check) | | Primus Policy Group, LLC | | Accounts Payable | Key Bank - IHDE | -5,000.00 | 954,425.65 |
| 02/08/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,283.22 | 951,142.43 |
| 02/09/2023 | Bill Payment | | Idacomp | | Accounts | Key Bank - IHDE | -507.00 | 950,635.43 |

# Idaho Health Data Exchange, Inc.

## Transaction Report

August 12, 2022 - March 31, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---:|---:|
| | (Check) | | | | Payable | | | |
| 02/10/2023 | Bill | ESO-103557 | ESO Solutions, Inc. | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 25,461.60 | 976,097.03 |
| 02/13/2023 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | Key Bank - IHDE | -60,000.00 | 916,097.03 |
| 02/15/2023 | Bill | INV62498 | Lyniate | | Accounts Payable | Prepaid Expenses:Prepaid Software and Licenses | 8,333.33 | 924,430.36 |
| 02/15/2023 | Bill Payment (Check) | | D.L Evans Bank | | Accounts Payable | Key Bank - IHDE | -125.62 | 924,304.74 |
| 02/15/2023 | Bill Payment (Check) | | D.L Evans Bank | | Accounts Payable | Key Bank - IHDE | -1,087.54 | 923,217.20 |
| 02/18/2023 | Bill | ICC218232 | Idacomp | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 125.00 | 923,342.20 |
| 02/28/2023 | Bill | 3028 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Office Expense:Travel | 1,490.20 | 924,832.40 |
| 02/28/2023 | Bill | 3027 | Capitol Health Associates, LLC | | Accounts Payable | Operational:Office Expense:Travel | 2,924.59 | 927,756.99 |
| 02/28/2023 | Bill | 27658 | eHealth Technologies | | Accounts Payable | Prepaid Expenses:Prepaid Hubs/Connections | 19,998.00 | 947,754.99 |
| 02/28/2023 | Bill | 23-02-5158 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 37,500.00 | 985,254.99 |
| 02/28/2023 | Bill | 848-27012 | Regus Management Group, LLC | | Accounts Payable | Operational:Office Expense:Rent | 1,111.81 | 986,366.80 |
| 03/01/2023 | Bill | IN208221 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,046,366.80 |
| 03/01/2023 | Bill | 3026 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 40,000.00 | 1,086,366.80 |
| 03/01/2023 | Bill | 4578 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,110,291.80 |
| 03/01/2023 | Bill | 23-IHDE-44986 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 12,494.18 | 1,122,785.98 |
| 03/01/2023 | Bill | 1912 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,127,785.98 |
| 03/01/2023 | Bill | 1910 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,132,785.98 |
| 03/01/2023 | Bill | 3012366 | Idacomp | | Accounts Payable | Operational:Computer & IT:IT and admin support | 468.75 | 1,133,254.73 |
| 03/01/2023 | Bill | 27211640 | State Insurance Fund | Payroll Report Premium 10/01/2022-1/01/2023 | Accounts Payable | Operational:Insurance:Workers Compensation | 752.00 | 1,134,006.73 |
| 03/01/2023 | Bill | 1909 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,139,006.73 |
| 03/03/2023 | Bill | 1277953657 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,104.78 | 1,142,111.51 |
| 03/06/2023 | Bill | ICC3012359 | Idacomp | | Accounts Payable | -Split- | 377.40 | 1,142,488.91 |
| 03/06/2023 | Bill | ICC3012358 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,142,683.31 |
| 03/10/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,276.67 | 1,139,406.64 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -4,414.79 | 1,134,991.85 |
| 03/10/2023 | Bill Payment (Check) | | Lyniate | | Accounts Payable | Key Bank - IHDE | -8,333.33 | 1,126,658.52 |
| 03/10/2023 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | Key Bank - IHDE | -12,494.18 | 1,114,164.34 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -20,000.00 | 1,094,164.34 |
| 03/10/2023 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | Key Bank - IHDE | -37,500.00 | 1,056,664.34 |
| 03/10/2023 | Bill Payment (Check) | | Idacomp | | Accounts Payable | Key Bank - IHDE | -1,080.20 | 1,055,584.14 |
| 03/13/2023 | Bill | | ███████████ | | Accounts Payable | Operational:Office Expense:Web Site | 875.00 | 1,056,459.14 |
| 03/17/2023 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | Key Bank - IHDE | -60,000.00 | 996,459.14 |
| 03/22/2023 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | Key Bank - IHDE | -19,998.00 | 976,461.14 |
| 03/23/2023 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | Key Bank - IHDE | -23,925.00 | 952,536.14 |
| 03/24/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,104.78 | 949,431.36 |
| 03/31/2023 | Bill | 23-03-5216 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 37,500.00 | 986,931.36 |
| **Total for Accounts Payable** | | | | | | | **$39,179.41** | |
| **TOTAL** | | | | | | | **$39,179.41** | |