# Idaho Health Data Exchange, Inc.

## Transaction Report

### March 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Accounts Payable** | | | | | | | | |
| Beginning Balance | | | | | | | | 986,366.80 |
| 03/01/2023 | Bill | IN208221 | Orion Health, Inc. | | Accounts Payable | SaaS Platform Costs:Hosting/Subscription Expense | 60,000.00 | 1,046,366.80 |
| 03/01/2023 | Bill | 3026 | Capitol Health Associates, LLC | | Accounts Payable | -Split- | 40,000.00 | 1,086,366.80 |
| 03/01/2023 | Bill | 4578 | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | -Split- | 23,925.00 | 1,110,291.80 |
| 03/01/2023 | Bill | 23-IHDE-44986 | Paramount Consulting Solutions, LLC | | Accounts Payable | -Split- | 12,494.18 | 1,122,785.98 |
| 03/01/2023 | Bill | 1909 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,127,785.98 |
| 03/01/2023 | Bill | 1910 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,132,785.98 |
| 03/01/2023 | Bill | 3012366 | Idacomp | | Accounts Payable | Operational:Computer & IT:IT and admin support | 468.75 | 1,133,254.73 |
| 03/01/2023 | Bill | 27211640 | State Insurance Fund | Payroll Report Premium 10/01/2022-1/01/2023 | Accounts Payable | Operational:Insurance:Workers Compensation | 752.00 | 1,134,006.73 |
| 03/01/2023 | Bill | 1912 | Primus Policy Group, LLC | | Accounts Payable | Operational:Professional Fees:Consulting | 5,000.00 | 1,139,006.73 |
| 03/03/2023 | Bill | 1277953657 | Amazon Web Services | | Accounts Payable | Operational:Computer & IT:Computer Software and Hosting | 3,104.78 | 1,142,111.51 |
| 03/06/2023 | Bill | ICC3012359 | Idacomp | | Accounts Payable | -Split- | 377.40 | 1,142,488.91 |
| 03/06/2023 | Bill | ICC3012358 | Idacomp | | Accounts Payable | -Split- | 194.40 | 1,142,683.31 |
| 03/10/2023 | Bill Payment (Check) | | Idacomp | | Accounts Payable | Key Bank - IHDE | -1,080.20 | 1,141,603.11 |
| 03/10/2023 | Bill Payment (Check) | | Xpio Group Health, LLC | | Accounts Payable | Key Bank - IHDE | -37,500.00 | 1,104,103.11 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -20,000.00 | 1,084,103.11 |
| 03/10/2023 | Bill Payment (Check) | | Paramount Consulting Solutions, LLC | | Accounts Payable | Key Bank - IHDE | -12,494.18 | 1,071,608.93 |
| 03/10/2023 | Bill Payment (Check) | | Lyniate | | Accounts Payable | Key Bank - IHDE | -8,333.33 | 1,063,275.60 |
| 03/10/2023 | Bill Payment (Check) | | Capitol Health Associates, LLC | | Accounts Payable | Key Bank - IHDE | -4,414.79 | 1,058,860.81 |
| 03/10/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,276.67 | 1,055,584.14 |
| 03/13/2023 | Bill | | ███████████ | | Accounts Payable | Operational:Office Expense:Web Site | 875.00 | 1,056,459.14 |
| 03/17/2023 | Bill Payment (Check) | | Orion Health, Inc. | | Accounts Payable | Key Bank - IHDE | -60,000.00 | 996,459.14 |
| 03/22/2023 | Bill Payment (Check) | | eHealth Technologies | | Accounts Payable | Key Bank - IHDE | -19,998.00 | 976,461.14 |
| 03/23/2023 | Bill Payment (Check) | | Aunt Bertha, a Public Benefit Corporation | | Accounts Payable | Key Bank - IHDE | -23,925.00 | 952,536.14 |
| 03/24/2023 | Bill Payment (Check) | | Amazon Web Services | | Accounts Payable | Key Bank - IHDE | -3,104.78 | 949,431.36 |
| 03/31/2023 | Bill | 23-03-5216 | Xpio Group Health, LLC | | Accounts Payable | -Split- | 37,500.00 | 986,931.36 |
| **Total for Accounts Payable** | | | | | | | **$564.56** | |
| **TOTAL** | | | | | | | **$564.56** | |