# Idaho Health Data Exchange, Inc.

## A/R Aging Summary
### As of March 31, 2023

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Ada County Emergency Medical Services District |  |  |  |  | 30,000.00 | $30,000.00 |
| Ada Pediatrics, P.A. |  |  |  |  | 750.00 | $750.00 |
| Appleton Clinics Idaho |  |  |  |  | 1,957.50 | $1,957.50 |
| Ashton Memorial, Inc. |  |  |  |  | 1,500.00 | $1,500.00 |
| Aspen Transitional Rehab |  |  |  |  | 895.50 | $895.50 |
| Borron Family Medicine |  |  |  | 750.00 |  | $750.00 |
| Clearwater Gastroenterology |  |  |  |  | 0.50 | $0.50 |
| East to West Family Medicine |  |  |  |  | 1,500.00 | $1,500.00 |
| Everest Ambulatory Surgery Center, LLC |  |  |  |  | 750.00 | $750.00 |
| Family Health Center |  |  |  |  | 1,654.50 | $1,654.50 |
| Firth Medical Center |  |  |  |  | 750.00 | $750.00 |
| Frontier Pediatric Partners |  |  |  |  | 6,762.00 | $6,762.00 |
| Gritman Medical Center |  |  |  | 5,759.25 |  | $5,759.25 |
| Health Care For Women PA |  |  |  |  | 475.00 | $475.00 |
| HealthMotivate Care |  |  |  |  | 1,719.00 | $1,719.00 |
| High Country Behavioral Health |  |  |  |  | 1,240.50 | $1,240.50 |
| Horizon Home Health and Hospice |  |  |  |  | 1,045.00 | $1,045.00 |
| Idaho Air National Guard |  |  |  |  | 950.00 | $950.00 |
| Innovation Medical Group |  |  |  |  | -187.50 | $ -187.50 |
| Kaylor Family Medicine |  |  |  |  | 7,708.50 | $7,708.50 |
| KidneyLink | 685.00 |  |  |  |  | $685.00 |
| LabCorp |  |  |  |  | 22,500.00 | $22,500.00 |
| Legacy Navigation |  |  |  |  | 1,125.00 | $1,125.00 |
| Mountain Mobile Medicine |  |  |  |  | 1,500.00 | $1,500.00 |
| Northwest Accident and Injury Clinic, LLC | 750.00 |  |  |  |  | $750.00 |
| Omega Mental Health Services |  |  |  |  | 750.00 | $750.00 |
| Rindfleisch Family Practice |  |  |  |  | 475.00 | $475.00 |
| Sandpoint Family Medicine Inc |  |  |  |  | 950.00 | $950.00 |
| Sara A Berg MD |  |  |  |  | 750.00 | $750.00 |
| Skyline Transitional Care |  |  |  |  | 957.00 | $957.00 |
| Stark Medical Group |  |  |  |  | 1,500.00 | $1,500.00 |
| Terrace Home Health |  |  |  |  | 712.50 | $712.50 |
| Treasure Valley Hospice, LLC. |  |  |  |  | 750.00 | $750.00 |
| Vance Medical Services |  |  |  |  | 750.00 | $750.00 |
| **TOTAL** | **$1,435.00** | **$0.00** | **$0.00** | **$6,509.25** | **$92,190.00** | **$100,134.25** |