

# Idaho Health Data Exchange, Inc.

## Statement of Activities-DRAFT
### January - March, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|    Grant Funds | 78,699.99 |
|    Participant Revenue | 384,866.26 |
| **Total Income** | **$463,566.25** |
| Cost of Goods Sold | |
|    eHealth Technology (Imaging) | 19,998.00 |
|    Other Costs | 107,751.09 |
|    SaaS Platform Costs | 212,258.34 |
| **Total Cost of Goods Sold** | **$340,007.43** |
| **GROSS PROFIT** | **$123,558.82** |
| Expenses | |
|    Marketing | 2,041.67 |
|    Operational | 301,071.61 |
|    Payroll Expenses | 36,596.96 |
|    Reimbursements | 375.00 |
| **Total Expenses** | **$340,085.24** |
| **NET OPERATING INCOME** | **$ -216,526.42** |
| Other Income | |
|    Interest Income | 0.93 |
| **Total Other Income** | **$0.93** |
| Other Expenses | |
|    Bank Charge | 516.07 |
|    Depreciation & Amortization | 873.54 |
|    Interest Expense | 39,822.63 |
| **Total Other Expenses** | **$41,212.24** |
| **NET OTHER INCOME** | **$ -41,211.31** |
| **NET INCOME** | **$ -257,737.73** |

**Note**
These financial statements are prepared in DRAFT format for intra-period communication with the expectation that formal financial statements will be prepared and released at the conclusion of the fiscal year following the cooperative support and review of our public accounting and audit partners.  In addition, these DRAFT financial statements do not include the required disclosures under Generally Accepted Accounting Principles.