# Idaho Health Data Exchange, Inc.

## Statement of Financial Position - DRAFT

As of March 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Citibank | 351.56 |
|       Key Bank - IHDE | 368,712.16 |
|     **Total Bank Accounts** | **$369,063.72** |
|     Accounts Receivable | |
|       Accounts Receivable | 100,134.25 |
|     **Total Accounts Receivable** | **$100,134.25** |
|     Other Current Assets | |
|       Allowance for Doubtful Accounts | 3,275.00 |
|       Contract Asset | -147,178.26 |
|       Prepaid Expenses | 102,943.98 |
|       Restricted Cash Pledged Collateral | 2,508.62 |
|       Restricted Cash with Ada County | 469,767.83 |
|     **Total Other Current Assets** | **$431,317.17** |
|   **Total Current Assets** | **$900,515.14** |
|   Fixed Assets | |
|     Accumulated Depreciation | -25,043.82 |
|     Computers & Software | 3,119.27 |
|     Furniture and Office Equipment | 24,660.39 |
|     Leasehold Improvements | 295.73 |
|   **Total Fixed Assets** | **$3,031.57** |
|   Other Assets | |
|     Accumulated Amortization | -71,740.98 |
|     Legal Deposits | 45,200.00 |
|     Loan Deposit | 12,500.00 |
|     Loan Origination Fee | 12,500.00 |
|   **Total Other Assets** | **$ -1,540.98** |
| **TOTAL ASSETS** | **$902,005.73** |



# Idaho Health Data Exchange, Inc.

## Statement of Financial Position - DRAFT

### As of March 31, 2023

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Accounts Payable |  |
|         Accounts Payable | 986,931.36 |
|       **Total Accounts Payable** | **$986,931.36** |
|       Credit Cards |  |
|         Visa Payable 2630 | 126.45 |
|         Visa Payable 6145 | 358.10 |
|       **Total Credit Cards** | **$484.55** |
|       Other Current Liabilities |  |
|         Accrued Liabilities | 23,725.13 |
|         Current Portion of Orion Note Payable | 402,198.50 |
|         Note Payable SPUR due 8.2.21 | 262,500.00 |
|         Payroll Liabilities | 469.03 |
|         Reserve for Legal Dispute | 788,500.00 |
|         Unearned Revenue | 208,181.66 |
|       **Total Other Current Liabilities** | **$1,685,574.32** |
|     **Total Current Liabilities** | **$2,672,990.23** |
|     Long-Term Liabilities |  |
|       Note Payable Orion | 1,899,980.45 |
|     **Total Long-Term Liabilities** | **$1,899,980.45** |
|   **Total Liabilities** | **$4,572,970.68** |
|   Equity |  |
|     Unrestricted Net Assets | -3,413,227.22 |
|     Net Income | -257,737.73 |
|   **Total Equity** | **$ -3,670,964.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$902,005.73** |

**Note**

These financial statements are prepared in DRAFT format for intra-period communication with the expectation that formal financial statements will be prepared and released at the conclusion of the fiscal year following the cooperative support and review of our public accounting and audit partners. In addition, these DRAFT financial statements do not include the required disclosures under Generally Accepted Accounting Principles.