Nicole C. Hancock, ISB No. 6899
nicole.hancock@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Cureous Innovations Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IDAHO HEALTH DATA EXCHANGE, INC.<br><br>Debtor. | Case No. 22-00355-JMM<br><br>Chapter 11<br>Subchapter V |

### CUREOUS INNOVATIONS' CONDITIONAL OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION

On January 26, 2023 Cureous Innovations Inc. ("*Cureous*"), a creditor and party in interest in this case, filed its *Joinder in Objection to Confirmation by the U.S. Trustee and Further Objections to Confirmation of Debtor's Subchapter V Plan of Reorganization* (Docket No. 47), which it corrected in an *<u>Amended</u> Joinder in Objection to Confirmation by the U.S. Trustee and Further Objections to Confirmation of Debtor's Subchapter V Plan of Reorganization* (Docket No. 48) that it filed on January 30, 2023 (as so amended, the "*Objection to Confirmation*").

Cureous subsequently entered into a March 29, 2023 Settlement Agreement that provided for a consensual resolution of all issues between Cureous and the Debtor (the "*Settlement*"), as

described in the Debtor's March 31, 2023 *Motion for Approval of Compromise (Cureous Innovations)* (Docket No. 71; the "**Compromise Motion**").  If the Compromise Motion is approved, as Cureous believes it should be, then the Settlement will release all of Cureous's claims in this bankruptcy case and resolve Cureous's concerns regarding the Debtor's First Amended Subchapter V Plan of Reorganization (the "**Plan**").

On April 21, 2023 the Acting United States Trustee filed a *Limited Objection* to the Compromise Motion (Docket No. 77; the "**Objection to Compromise**").  Although no creditors or other parties in interest in this bankruptcy case objected to the Compromise Motion, and Cureous believes that the Objection to Compromise should be rejected because it fundamentally misunderstands the effect of the Settlement on the treatment of unsecured claims,[1] the Objection to Compromise draws into question whether the Compromise Motion will be approved, hence the need for Cureous to protect its rights.

***Accordingly, if for any reason the Compromise Motion is not approved, then Cureous objects to confirmation of the Plan on all of the grounds set forth in its January 30 Objection to Confirmation, which is incorporated herein by this reference, as if set forth herein in full.***

//

//

//

---

[1] The Objection to Compromise is premised on the idea that, if approved, the Settlement will result in Cureous being paid slightly more on account if its claim than the Debtor's other creditors will be paid on account of their claims under the Plan.  In fact, *the Debtor will pay nothing to Cureous if the Settlement is approved*.  Instead, funds legally attached by Cureous prior to commencement of the bankruptcy case and held by the Ada County Sheriff will be divided between the parties, with the Debtor *receiving* a payment, not *making* a payment.  To the extent the Settlement results in a total recovery by Cureous (outside of the Plan) that is slightly higher than the payments received by the Debtor's other creditors (under the Plan), the difference is justified by the *A&C Properties* factors discussed in the Compromise Motion.

CUREOUS INNOVATIONS' CONDITIONAL OBJECTION TO CONFIRMATION OF
DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION - 2
118247241.3 0073566-00001

DATED: April 27, 2023.

        STOEL RIVES LLP

        */s/ Nicole C. Hancock*
        Nicole C. Hancock

        Attorneys for Cureous Innovations Inc.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 27, 2023, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Ronald Naess on behalf of U.S. Trustee US Trustee
Jason.r.naess@usdoj.gov

Matthew Todd Christensen on behalf of Debtor Idaho Health Data Exchange
mtc@johnsonmaylaw.com

Matthew W. Grimshaw on behalf of Subchapter V Trustee
matt@grimshawlawgroup.com

US Trustee
ustp.region18.bs.ecf@usgoj.gov

                 */s/ Nicole C. Hancock*
                 Nicole C. Hancock

CUREOUS INNOVATIONS' CONDITIONAL OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION - 4
118247241.3 0073566-00001