# United States Bankruptcy Court
### District of Idaho

| | | |
|---|---|---|
| In re **Idaho Health Data Exchange, Inc.** | Case No. | **22-00355** |
| Debtor(s) | Chapter | **11** |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F and G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**All parties listed on the Amended Schedules via US Mail at the addresses listed on the schedules.**

Date:  **May 11, 2023**                        /s/ Matt Christensen

Matthew T. Christensen, Attorney for Debtor(s)
**Johnson May**
**199 N. Capitol Blvd. , Suite 200**
**Boise, ID 83702**

   **Email: mtc@johnsonmaylaw.com**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Idaho Health Data Exchange, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **22-00355** |

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>4medica, Inc.<br>13160 Mindano Way #350<br>Marina Del Rey, CA 90292 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Amazon Web Services<br>Dept 3747<br>Dallas, TX 75312-3747 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Idaho Health Data Exchange, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | 22-00355 |

☒ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Web hosting services** | |
| | State the term remaining | **Monthly** | |
| | List the contract number of any government contract | | **Amazon Web Services**<br>**Dept 3747**<br>**Dallas, TX 75312-3747** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for software services** | |
| | State the term remaining | **Annual Contract** | |
| | List the contract number of any government contract | | **4medica, Inc.**<br>**13160 Mindano Way #350**<br>**Marina Del Rey, CA 90292** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for software services** | |
| | State the term remaining | **Annual (renewable)** | |
| | List the contract number of any government contract | | **Orion Health**<br>**7350 E Evans Road Ste. C-100**<br>**Scottsdale, AZ 85260** |

**Fill in this information to identify the case:**

Debtor name   Idaho Health Data Exchange, Inc.

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   22-00355

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*   **E/F and G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 5, 2023

X   /s/ Jesse Meldru
Signature of individual signing on behalf of debtor

Jesse Meldru
Printed name

EXECUTIVE DIRECTOR
Position or relationship to debtor