UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 22-00355 - JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

## ORDER APPROVING COMPROMISE

The Court, having reviewed the Motion for Approval of Compromise (Cureous Innovations) (Docket No. 71 – the "Motion"); the one objection to the proposed compromise having been resolved and formally withdrawn; a hearing having been held on the compromise on May 16, 2023; and good cause appearing therefor,

IT IS HEREBY ORDERED that, for the reasons outlined on the record at the May 16, 2023, hearing, the compromise is APPROVED pursuant to the terms outlined in the Motion.

DATED: June 6, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by: Matthew T. Christensen, Attorney for the Debtor

Approved as to Form:

  /s/ Nicole Hancock (email approval)
Nicole Hancock
Attorney for Cureous Innovations, Inc.