# Notice Recipients

| District/Off: 0976–1 | User: admin | Date Created: 6/6/2023 |
| Case: 22–00355–JMM | Form ID: pdf046 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov
aty     Jason Ronald Naess     Jason.r.naess@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Idaho Health Data Exchange, Inc.     PO Box 190983     Boise, ID 83719

TOTAL: 1