UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 22-00355 - JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

## ORDER APPROVING COMPROMISE

The Court, having reviewed the Motion for Approval of Compromise (Cureous Innovations) (Docket No. 71 – the "Motion"); the one objection to the proposed compromise having been resolved and formally withdrawn; a hearing having been held on the compromise on May 16, 2023; and good cause appearing therefor,

IT IS HEREBY ORDERED that, for the reasons outlined on the record at the May 16, 2023, hearing, the compromise is APPROVED pursuant to the terms outlined in the Motion.

DATED:  June 6, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by: Matthew T. Christensen, Attorney for the Debtor

Approved as to Form:

  /s/ Nicole Hancock (email approval)___
Nicole Hancock
Attorney for Cureous Innovations, Inc.

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In re: | Case No. 22-00355-JMM |
| Idaho Health Data Exchange, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 06, 2023 | Form ID: pdf046 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Idaho Health Data Exchange, Inc., PO Box 190983, Boise, ID 83719-0983 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 08, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jaclyn T. Gans | on behalf of Creditor SPUR Catalyst Inc. dba SPUR Capital jtg@elamburke.com, mse@elamburke.com |
| Jason Ronald Naess | on behalf of U.S. Trustee US Trustee Jason.r.naess@usdoj.gov |
| Matthew T. Christensen | on behalf of Debtor Idaho Health Data Exchange Inc. mtc@johnsonmaylaw.com, mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com |
| Matthew T. Christensen | on behalf of Plaintiff Idaho Health Data Exchange Inc. mtc@johnsonmaylaw.com, mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com |
| Matthew T. Christensen | on behalf of Counter-Defendant Idaho Health Data Exchange Inc. mtc@johnsonmaylaw.com, |

| | | |
|---|---|---|
| District/off: 0976-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 06, 2023 | Form ID: pdf046 | Total Noticed: 1 |

    mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

Matthew W Grimshaw

    matt@grimshawlawgroup.com ID22@ecfcbis.com

Nicole C Hancock

    on behalf of Defendant Cureous Innovations Inc. nicole.hancock@stoel.com
    karissa.armbrust@stoel.com,docketclerk@stoel.com,tracy.horan@stoel.com,hillary.bibb@stoel.com,emina.hasanovic@stoel.com,kelly.tonkin@stoel.com

Nicole C Hancock

    on behalf of Counter-Claimant Cureous Innovations Inc. nicole.hancock@stoel.com
    karissa.armbrust@stoel.com,docketclerk@stoel.com,tracy.horan@stoel.com,hillary.bibb@stoel.com,emina.hasanovic@stoel.com,kelly.tonkin@stoel.com

Nicole C Hancock

    on behalf of Creditor Cureous Innovations Inc. nicole.hancock@stoel.com
    karissa.armbrust@stoel.com,docketclerk@stoel.com,tracy.horan@stoel.com,hillary.bibb@stoel.com,emina.hasanovic@stoel.com,kelly.tonkin@stoel.com

Sheila Rae Schwager

    on behalf of Creditor Orion Health Inc. sschwager@hawleytroxell.com thummel@hawleytroxell.com

US Trustee

    ustp.region18.bs.ecf@usdoj.gov

TOTAL: 11