Matthew W. Grimshaw, #10716
GRIMSHAW LAW GROUP, P.C.
800 W. Main Street, Ste. 1460
Boise, Idaho 83702
(208) 391-7860
matt@grimshawlawgroup.com

Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | Case No. 22-00355-JMM |
|---|---|
| IDAHO HEALTH DATA EXCHANGE, INC., | Chapter 11 (Subchapter V) |
| Debtor. | |

**SUBCHAPTER V TRUSTEE'S APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE JOSEPH M. MEIER, UNITED STATES BANKRUPTCY

JUDGE, AND ALL INTERESTED PARTIES:

Matthew W. Grimshaw, the Subchapter V Trustee ("Trustee"), seeks an order

allowing the Trustee's compensation and reimbursement of expenses under 11 U.S.C.

§§330(a) and 503(a). In support of this application, the Trustee respectfully states as

follows:

**Background Facts**

1.  On August 12, 2022, Title Pipe, Inc. ("Debtor") filed a voluntary Chapter

11 petition. Dkt. No. 1.

2.  On August 15, 2022, the United States Trustee ("UST") filed a Notice of

Appointment of Subchapter V Trustee, appointing Matthew W. Grimshaw as the

1
TRUSTEE'S APPLICATION FOR COMPENSATION

Subchapter V Trustee. Dkt. No. 9.

3. On August 26, 2022, the UST conducted the §341(a) meeting of creditors. Dkt. 23.

4. On November 10, 2022, Debtor filed its chapter 11 plan of reorganization ("Initial Plan"). Dkt. No. 31. The court denied confirmation of the Initial Plan and granted Debtor leave to file an amended plan ("Amended Plan"). Dkt. No. 59.

5. On March 29, 2023, Debtor filed its Amended Plan. Dkt. No. 68.

6. On May 15, 2023, Trustee filed his recommendation regarding the Amended Plan. Dkt. No. 90.

7. On June 8, 2023, the Court entered its order confirming the Amended Plan. Dkt. No. 99.

8. The Trustee now files this request for fees and reimbursement of expenses incurred since the Trustee's appointment in this case. To date, the Trustee has not received payment for any of the fees or expense reimbursements sought herein.

**Requested Fees and Reimbursement of Expenses**

9. The Trustee requests $9,360.00 in fees and $227.15 in expenses pursuant to 11 U.S.C. §330(a)(1)(A).

10. The Trustee's fee request is calculated as follows:

   a. As detailed in Exhibit A, which is incorporated by this reference, the Trustee has dedicated at least 31.2 hours to this matter.

   b. According to the Notice of Appointment of Subchapter V Trustee, the Trustee's hourly rate is $300. Dkt. No. 9.

   c. 31.2 x $300 = $9,360.00

11. The Trustee requests $100.00 in expense reimbursement based on the following:

    a. The Trustee uses a computer software suite provided by Stretto to manage his subchapter V cases ("Software").

    b. Beginning in October 2022, Stretto imposed a $100/month fee for continued use of the Software. The $100/month fee is being applied to all subchapter V trustees nationwide.

    c. Currently, the Trustee has 7 active subchapter V cases.

    d. After consulting with the UST, the Trustee is apportioning $100 of the Software expense to Debtor's case.

12. In addition, the Trustee requests reimbursement for $30.90 in copying charges (206 copies at $0.15 per page) and $96.25 in postage fees relating to the service of this fee application and its related notice.

WHEREFORE, the Trustee respectfully requests that the Court enter an order allowing the Trustee $9,360.00 in fees and reimbursement of $227.15 in expenses, for total compensation of $9,587.15, and authorizing payment of the same.

Dated: June 12, 2023

SUBCHAPTER V TRUSTEE

By: /s/ Matthew W. Grimshaw
      Matthew W. Grimshaw

<u>CERTIFICATE OF MAILING</u>

I certify that on June 12, 2023, the foregoing SUBCHAPTER V TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES ("Application") was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing the CM/ECF registered participants in this case were served by electronic means as more fully reflected on the Notice of Electronic Filing.

- US Trustee – ustp.region18.bs.ecf@usdoj.gov
- Matthew T. Christensen – mtc@johnsonmaylaw.com
- Jaclyn T. Gans – jtg@elamburke.com
- Nicole C. Hancock – nicole.hancock@stoel.com
- Jason Naess – jason.r.naess@usdoj.gov
- Shelia R. Schwager – sschwager@hawleytroxell.com
- Matthew W. Grimshaw – matt@grimshawlawgroup.com

I FURTHER CERTIFY that, on June 12, 2023, I caused the Application to be served on the non-registered CM/ECF parties-in-interest listed below by depositing the same in the United States mail with first-class postage prepaid, enclosed in an envelope and addressed said Debtors, creditors, and interested parties.

Idaho Health Data Exchange, Inc.
P.O. Box 190983
Boise, ID 83719

<u>/s/ Matthew W. Grimshaw</u>
Matthew W. Grimshaw

**EXHIBIT A**

# Grimshaw Law Group, P.C.

26 Executive Park, Ste. 250
Irvine, California 92614
United States
Phone: 208-391-7860

## BILLING STATEMENT

Invoice # 131
Date: 06/12/2023

Subchapter V Trustee

## 03080

## In re Idaho Health Data Exchange, Inc.

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 08/15/2022 | MG | A108 Communicate (other external) B110 Case Administration: Review correspondence from J Henley re: filing of notice of appointment; | 0.10 | $300.00 | $30.00 |
| Service | 08/15/2022 | MG | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Review correspondence to and from J Henley and M Christensen re scheduling IDI; | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2022 | MG | A104 Review/analyze B150 Meetings of and Communications with Creditors: Review notice re 341 meeting; | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2022 | MG | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Review correspondence from M Christensen re: debtor's availability for IDI; | 0.10 | $300.00 | $30.00 |
| Service | 08/16/2022 | MG | A104 Review/analyze B110 Case Administration: Review notice re status conference; | 0.10 | $300.00 | $30.00 |
| Service | 08/19/2022 | MG | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery: Telephone conference with M Christensen re recovery of funds from Cureous Innovations; | 0.40 | $300.00 | $120.00 |
| Service | 08/19/2022 | MG | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery: Review letter to N Hancock re writ of attachment issues; | 0.10 | $300.00 | $30.00 |

Page 1 of 11

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/19/2022 | MG | A107 Communicate (other outside counsel) B110 Case Administration: Review correspondence from M Christensen re article re debtor's background and review same; | 0.20 | $300.00 | $60.00 |
| Service | 08/22/2022 | MG | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery: Telephone conference to N Hancock re writ of attachment issues; | 0.10 | $300.00 | $30.00 |
| Service | 08/23/2022 | MG | A107 Communicate (other outside counsel) B110 Case Administration: Telephone conference with N Hancock re: litigation background and case perspectives; | 0.30 | $300.00 | $90.00 |
| Service | 08/24/2022 | MG | A107 Communicate (other outside counsel) B310 Claims Administration and Objections: Telephone conference with JB Evans re Curios claim and related issues; | 0.30 | $300.00 | $90.00 |
| Service | 08/24/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Telephone conference with JB Evans re Cureous's claim and related issues; | 0.30 | $300.00 | $90.00 |
| Service | 09/02/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review correspondence from JB Evans re response to debtor's request for turnover; | 0.10 | $300.00 | $30.00 |
| Service | 09/06/2022 | MG | A109 Appear for/attend B110 Case Administration: Prepare for and participate in debtor's IDI; | 0.90 | $300.00 | $270.00 |
| Service | 09/06/2022 | MG | A104 Review/analyze B110 Case Administration: Review debtor's supplement to petition; | 0.10 | $300.00 | $30.00 |
| Service | 09/06/2022 | MG | A107 Communicate (other outside counsel) B150 Meetings of and Communications with Creditors: Review correspondence with M Christensen re additional information requested after IDI; | 0.10 | $300.00 | $30.00 |
| Service | 09/08/2022 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with M Christensen re business operations and plan issues; | 0.20 | $300.00 | $60.00 |
| Service | 09/14/2022 | MG | A107 Communicate (other outside counsel) B110 Case Administration: Review correspondence to and from M Christensen re status of info requested at IDI; | 0.10 | $300.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/14/2022 | MG | A104 Review/analyze B110 Case Administration: Review debtor's status report; | 0.10 | $300.00 | $30.00 |
| Service | 09/15/2022 | MG | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Prepare for and participate in debtor's 341(a) meeting of creditors; | 2.80 | $300.00 | $840.00 |
| Service | 09/21/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review correspondence from S Schwager re administrative claim and analyze documents attached to same (.6); Review multiple emails from M Christensen re timing for response to same (.1); | 0.70 | $300.00 | $210.00 |
| Service | 09/26/2022 | MG | A109 Appear for/attend B110 Case Administration: Prepare for and participate in chapter 11 status conference | 1.10 | $300.00 | $330.00 |
| Service | 09/26/2022 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Draft correspondence to M Christensen re dates for confirmation hearing and review response to same; | 0.10 | $300.00 | $30.00 |
| Service | 10/03/2022 | MG | A104 Review/analyze B110 Case Administration: Review debtor's Aug MOR; | 0.10 | $300.00 | $30.00 |
| Service | 10/04/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review email exchange with S Schwager and M Christensen re debtor's failure to pay post-petition fees, MOR issues, and analyze document attached to same (.2); | 0.20 | $300.00 | $60.00 |
| Service | 10/05/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review correspondence from S Schwager re delinquent post-petition payment and MOR issues (.1); | 0.10 | $300.00 | $30.00 |
| Service | 10/07/2022 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review emails from and to S Schwager and M Christensen re MOR, cure, and Curious garnishment issues and analyze same (.3); | 0.30 | $300.00 | $90.00 |
| Service | 10/12/2022 | MG | A107 Communicate (other outside counsel) B110 Case Administration: Telephone conference from J Gans re: Spur Catalyst issues; | 0.30 | $300.00 | $90.00 |
| Service | 10/18/2022 | MG | A104 Review/analyze B310 Claims Administration and Objections: Review | 0.40 | $300.00 | $120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Cureous Innovations' POC (.4); | | | |
| Service | 10/20/2022 | MG | A104 Review/analyze B310 Claims Administration and Objections: Review Orion Health POC; | 0.10 | $300.00 | $30.00 |
| Service | 10/21/2022 | MG | A104 Review/analyze B310 Claims Administration and Objections: Review SPUR Catalyst POC; | 0.10 | $300.00 | $30.00 |
| Service | 11/04/2022 | MG | A104 Review/analyze B110 Case Administration: Review Sept MOR (.1); | 0.10 | $300.00 | $30.00 |
| Service | 11/07/2022 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review debtor's preference complaint against Cureous and Ada County District Court; | 0.10 | $300.00 | $30.00 |
| Service | 11/10/2022 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from M Christensen re conference call re plan (.1); | 0.10 | $300.00 | $30.00 |
| Service | 11/15/2022 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from A Duong re order setting confirmation hearing (.1); Review correspondence from M Christensen re order setting confirmation hearing, review, and approve same (.2); Review correspondence from J Naess re approval of order setting confirmation hearing (.1); | 0.40 | $300.00 | $120.00 |
| Service | 11/17/2022 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review entered order setting confirmation hearing and related schedule (.1); | 0.10 | $300.00 | $30.00 |
| Service | 11/23/2022 | MG | A104 Review/analyze B160 Fee/Employment Applications: Review entered order on debtor's counsel's employment application; | 0.10 | $300.00 | $30.00 |
| Service | 11/29/2022 | MG | A104 Review/analyze B210 Business Operations: Review Oct MOR (.1); | 0.10 | $300.00 | $30.00 |
| Service | 12/23/2022 | MG | A104 Review/analyze B110 Case Administration: Review Nov 2022 MOR; | 0.10 | $300.00 | $30.00 |
| Service | 12/23/2022 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Cureous discovery requests; | 0.10 | $300.00 | $30.00 |
| Service | 12/27/2022 | MG | A104 Review/analyze B110 Case Administration: Review Nov 2022 MOR; | 0.10 | $300.00 | $30.00 |
| Service | 01/12/2023 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Conference with | 0.10 | $300.00 | $30.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | M Christensen re MSJ issues (.1); |  |  |  |
| Service | 01/13/2023 | MG | A107 Communicate (other outside counsel) B110 Case Administration: Review correspondence from S Schwager re employee issues; | 0.10 | $300.00 | $30.00 |
| Service | 01/23/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from J Naess re UST's objection to plan; | 0.10 | $300.00 | $30.00 |
| Service | 01/24/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review UST's objection to plan; | 0.20 | $300.00 | $60.00 |
| Service | 01/24/2023 | MG | A104 Review/analyze B210 Business Operations: Review Dec 2022 MOR; | 0.10 | $300.00 | $30.00 |
| Service | 01/24/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from S Schwager re stipulation re plan treatment and analyze same (.3); Review correspondence from M Christensen re revisions to stipulation and review same (.1); Review various emails to and from S Schwager and M Christensen re stipulation negotiations (.2); | 0.60 | $300.00 | $180.00 |
| Service | 01/25/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with G Bressler re plan issues and Debtor's insurance policy (.1); Draft correspondence to M Christensen re G Bressler's phone call and review response to same (.1); Review correspondence with G Bressler re debtor's agreement to resolve issues raised in connection with insurance policy (.1); | 0.30 | $300.00 | $90.00 |
| Service | 01/25/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with M Christensen re plan issues; | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review various emails to and from S Schwager and M Christensen re plan treatment stipulation issues and analyze same and respond (.3); Draft correspondence to S Schwager and M Christensen confirming my understanding of stipulation and review response to same (.2); | 0.50 | $300.00 | $150.00 |
| Service | 01/26/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including | 0.20 | $300.00 | $60.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Business Plan): Telephone conference with Jackie Gans re: plan and ballot issues; | | | |
| Service | 01/27/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze Cureous's objection to plan and supporting document (.5); | 0.50 | $300.00 | $150.00 |
| Service | 01/30/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review Cureous's amended objection to plan (.3); | 0.30 | $300.00 | $90.00 |
| Service | 01/31/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from G Bressler re inquiry re plan language; | 0.10 | $300.00 | $30.00 |
| Service | 02/01/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review UST's witness list and exhibit list (.1); | 0.10 | $300.00 | $30.00 |
| Service | 02/01/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Draft various emails to M Christensen re scheduling conference re discussion of plan issues and review responses to same (.2); | 0.20 | $300.00 | $60.00 |
| Service | 02/02/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from J Naess re UST's exhibits and analyze same (.4); Review Cureous's witness and exhibit list (.1); | 0.50 | $300.00 | $150.00 |
| Service | 02/03/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review Debtor's witness and exhibit list (.1); Review Debtor's ballot summary (.1); Review Debtor's pre-confirmation report (.1); | 0.30 | $300.00 | $90.00 |
| Service | 02/03/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from G Bressler re amended plan issues (.1); | 0.10 | $300.00 | $30.00 |
| Service | 02/03/2023 | MG | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan): Meet with M Christensen re plan issues and amended plan to address the same (.3); | 0.30 | $300.00 | $90.00 |
| Service | 02/06/2023 | MG | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Draft and finalize Trustee's recommendation re confirmation of plan; | 1.00 | $300.00 | $300.00 |
| Service | 02/06/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including | 0.10 | $300.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Business Plan): Telephone conference to N Hancock re plan objection issues; | | | |
| Service | 02/08/2023 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review email from M Christensen re MSJ continuance issues (.1); Review email from M Christensen re earmarking defense and distribution defense and analyze same (.2); Review email from S Schwager re earmarking defense (.1); Draft email to M Christensen and S Schwager re potential defense issues and review response to same (.1); | 0.50 | $300.00 | $150.00 |
| Service | 02/09/2023 | MG | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan): Prepare for and attend hearing on plan confirmation; | 1.40 | $300.00 | $420.00 |
| Service | 02/09/2023 | MG | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan): Meet with M Christensen re amended plan issues; | 0.20 | $300.00 | $60.00 |
| Service | 02/09/2023 | MG | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Review various emails to and from S Schwager re MSJ issues (.2); | 0.20 | $300.00 | $60.00 |
| Service | 02/22/2023 | MG | A104 Review/analyze B210 Business Operations: Review Jan 2023 MOR; | 0.10 | $300.00 | $30.00 |
| Service | 02/24/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from M Christensen re resolving plan objections and interim compensation issues (.1); | 0.10 | $300.00 | $30.00 |
| Service | 03/23/2023 | MG | A104 Review/analyze B210 Business Operations: Review Feb 2023 MOR; | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review various emails from and to M Christensen re draft scheduling order and respond to same (.2); Review and approve draft scheduling order (.1); | 0.30 | $300.00 | $90.00 |
| Service | 03/31/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from M Christense re draft amended scheduling order for plan confirmation and review and approve same (.2); Review chapter 11 plan (.5); | 0.70 | $300.00 | $210.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/31/2023 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review motion to approve compromise; | 0.30 | $300.00 | $90.00 |
| Service | 03/31/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review entered order setting confirmation schedule; | 0.10 | $300.00 | $30.00 |
| Service | 04/21/2023 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review UST's objection to compromise motion and analyze same; | 0.20 | $300.00 | $60.00 |
| Service | 04/21/2023 | MG | A104 Review/analyze B210 Business Operations: Review March MOR; | 0.10 | $300.00 | $30.00 |
| Service | 04/24/2023 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review UST's notice of hearing re motion to compromise; | 0.10 | $300.00 | $30.00 |
| Service | 04/24/2023 | MG | A107 Communicate (other outside counsel) B210 Business Operations: Review various emails to and from J Naess and M Christensen re signature pages on MORs; | 0.10 | $300.00 | $30.00 |
| Service | 04/28/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference from J Ganz re: plan issues (.3); Draft correspondence to M Christensen re: plan issues (.1); | 0.40 | $300.00 | $120.00 |
| Service | 04/28/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze plan, UST's objection, and Curious' objection; | 1.00 | $300.00 | $300.00 |
| Service | 05/01/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference from J Gans re questions that need to be answered before her client votes (.1); | 0.10 | $300.00 | $30.00 |
| Service | 05/02/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from M Christensen re conference call re confirmation issues; | 0.10 | $300.00 | $30.00 |
| Service | 05/03/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze UST's objection to confirmation (.3); | 0.30 | $300.00 | $90.00 |
| Service | 05/04/2023 | MG | A107 Communicate (other outside counsel) | 0.30 | $300.00 | $90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with M Christensen re UST plan objections and expected resolution for sale and plan voting issues; | | | |
| Service | 05/09/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review UST's exhibit list and witness list; | 0.10 | $300.00 | $30.00 |
| Service | 05/12/2023 | MG | A104 Review/analyze B110 Case Administration: Review debtor's amended schedules and analyze impact of same on plan; | 0.20 | $300.00 | $60.00 |
| Service | 05/12/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from J Naess re amended schedule issues and impact on plan and analyze same; | 0.20 | $300.00 | $60.00 |
| Service | 05/12/2023 | MG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Review correspondence from M Christensen re plan confirmation issues (.1); Review correspondence from M Christensen re Spur's amended ballot (.1); Telephone conference with M Christensen re plan confirmation issues (.2); | 0.40 | $300.00 | $120.00 |
| Service | 05/15/2023 | MG | A101 Plan and prepare for B320 Plan and Disclosure Statement (including Business Plan): Prepare for plan confirmation hearing; | 1.00 | $300.00 | $300.00 |
| Service | 05/15/2023 | MG | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Draft trustee's recommendation re confirmation and analyze documents re same (2.1); | 2.10 | $300.00 | $630.00 |
| Service | 05/15/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with M Christensen re confirmation issues (.1); | 0.10 | $300.00 | $30.00 |
| Service | 05/16/2023 | MG | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan): Prepare for and attend hearing on confirmation of Debtor's plan and approval of Cureous settlement; | 2.20 | $300.00 | $660.00 |
| Service | 05/18/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review and analyze Debtor's re plan supplement and amended ballot summary (.3); | 0.30 | $300.00 | $90.00 |
| Service | 05/19/2023 | MG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review updated objection deadline re plan | 0.10 | $300.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | supplement; | | | |
| Service | 06/06/2023 | MG | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review entered order approving Cureous Innovations settlement; | 0.10 | $300.00 | $30.00 |
| Service | 06/06/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review and respond to correspondence from M Christensen re proposed confirmation order (.1); Review correspondence from S Schwager re approval of confirmation order (.1); Review various emails to and from J Rios and M Christensen re language in draft confirmation order (.1); | 0.30 | $300.00 | $90.00 |
| Service | 06/08/2023 | MG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review debtor's second supplement to plan in support of confirmation (.1); | 0.10 | $300.00 | $30.00 |
| Expense | 06/12/2023 | MG | E101 Copying: Copying for fee application | 206.00 | $0.15 | $30.90 |
| Expense | 06/12/2023 | MG | E108 Postage: Postage for fee application | 175.00 | $0.55 | $96.25 |
| Expense | 06/12/2023 | MG | E124 Other: Stretto software (apportioned charge) | 1.00 | $100.00 | $100.00 |
| | | | | **Quantity Subtotal** | | **31.2** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Matthew Grimshaw | 31.2 | $300.00 | $9,360.00 |
| | | **Quantity Total** | **31.2** |
| | | Total | $9,587.15 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 131 | 06/12/2023 | $9,587.15 | $0.00 | $9,587.15 |
| | | | **Outstanding Balance** | **$9,587.15** |
| | | | **Total Amount Outstanding** | **$9,587.15** |

Invoice # 131

Please make all amounts payable to: Grimshaw Law Group, P.C.

Payment is due upon receipt.